In the United States District Court
Southern District of Ohio
Western Division

Case No. 1:21-CV-141, 1-2

Michael L. Johnson, et Al.,
    plaintiff, pro se,          Judge, McFarland
        VS.                Magistrate Judge, Litkovitz
Brian Barney, et Al.,
    defendant              Declaration of
                           Michael L. Johnson
                           here by declares:

Johnson VS. Barney And Johnson VS. little
happen At two different places.
Barney incident happen At J1 Shower,
little incident happen At the infirmary
both incident occur on the Same date
March 13, 2019 At different time,
they Are not duplicates Complaints
Judge or Magistrate Judge
Can you review the updated informal's
And grievance's i filed At toledo
Correctional Institution on unit staff
About retaliation And harassment
because i'm in the process of filing A tro.

I declare under penalty of perjury the
foregoing is true And Correct.          Signature
Michael L. Johnson #A515-853           date:
Toledo Correctional Institution         3·30·2021
2001 East Central Ave., Toledo, Ohio 43608

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI
21 APR -5 PM 1:28
FILED
RICHARD W. NAGEL
CLERK OF COURT

~~Clerk of Court~~

~~Can you Send Me~~

~~Notice of Appeal~~

~~Form~~

Send to:

Michael Johnson #A515-853

Toledo Correctional Institution

2001 East Central Ave.

Toledo, Ohio, 43608

Michael L. Johnson #A515-853
Toledo Correctional Institution
P.O. Box 80033
2001 East Central Avenue
Toledo, OH 43608

METROPLEX
TOCI
INMATE MAIL 31 MAR '21
FM 71

U.S. POSTAGE >> PITNEY BOWES
ZIP 43608  $ 000.51°
02 4W
0000374782 MAR 31 2021

THE Clerk of Court
United States District Court
Southern District of Ohio
1000 East Fifth Street, Room #103
Cincinnati, Ohio 45202

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

45202-390599