United States District Court
Southern District of Ohio
Western Division

RICHARD W. HAGEL
CLERK OF COURT
MJ
21 APR 26 PM 12: 34
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Michael L. Johnson          Case No. 1:21-cv-141
Plaintiff, pro se           Judge, McFarland
        vs.                 Magistrate Judge, Litkovitz
Brian Barney, R.S.          Report and Recommendation
        defendant           Objection's

Plaintiff Objection's

Now comes Plaintiff, Michael L. Johnson pro se respectfully submit objection to Magistrate Judge, Litkovitz report and recommendation. The following reason set forth in the Memorandum in support.

Memorandum in Support

Object #1. Plaintiff object to Magistrate Judge finding on claim's one and six where Plaintiff stating, defendant's, Barney and Joseph violated his due process rights by filing false conduct report's against him. See, Doc.#7, page: 3 of 9, pageID#209 and review conduct report, SOCF-19-000830 wrote by Barney where Barney stated, Plaintiff, Johnson immediately spit at me and i deployed or spray to his facial area, and that's the false conduct report Plaintiff allege defendant Barney wrote for a cover up after using oc chemical mace under false pretense and excessive force out of retaliation with defendant's, Joseph and Springs and Plaintiff never had contraband, or spit at any one. And Plaintiff review conduct report, SOCF-19-000831 wrote by Joseph stated, Plaintiff refuse to exit the shower and pull his right hand free from the hand cuff and attempted to hit me, which Plaintiff did not refuse to step from the shower or pull my right hand free from the hand cuff and hit or attempt to hit defendant Joseph or resist direct order's. That's the conduct report wrote by defendant Joseph for a cover up and retaliation allege by Plaintiff on claim's one and six, and three and five. Also see where defendant, Joseph stated, Plaintiff slipped his hand cuff and assaulted an officer on 3.6.2021 and responding officer's arrived and Plaintiff was escorted out the area by J. Ruff and G. Fri. See, Conduct report, SOCF-19-000831

Object #2. Plaintiff object to Magistrate Judge finding on claim's eight and nine on defendant's (OD) and Mahlman violated his due process and eighth amendment rights by failing to take action despite being notified of the use of excessive force through the grievance and administrative exhaustion process.

Michael L Johnson A515-853
Toledo Correctional Institution
2001 East Central Ave.
Toledo, OH 4360

It's clear the magistrate judge lost her way during the screening with out proper documentation of Plaintiff allegation of McCroskey improperly finding plaintiff guilty of false accusation stemming from the incident. What plaintiff stated in complaint that defendant, McCroskey improperly found me guilty of false accusation of defendant's, Barney And Joseph, review conduct report SOCF-19-000830 And SOCF-19-000831 where McCroskey did not determine plaintiff guilty by proper evidence when evidence were available such as, video footage, medical exam, incident And use of force report And given plaintiff the opportunity to be heard At P.i.b hearing because of all those factors did not or was not properly follow. defendant McCroskey duly base plaintiff guilty of conduct report base on An assault And use of guilty And imposed 15.R.H, days stark on each conduct report And remain level "E" And 90 days retaliation restriction which is unconstitutional base on plaintiff on A mental health L.) case load And the retaliation part base on pass interaction with plaintiff And defendant McCroskey. Review, conduct report, SOCF-19-000762 where evidence base on, conduct And incident report, video footage, photos And medical exam, base of those facts plaintiff claims Against defendant McCroskey shall proceed. (see, Abbas vs. Dixon, 480 F. 3d 636, reversing dismissal for failure to state claim because court based decision only on prisoners complaint. , see, Look vs. Loo), case no. 1:17-cv-532, where magistrate Judge, stated, plaintiff Look did not name McCroskey As a defendant in case no. 1:17-cv-765. Magistrate Judge, Litkovitz further states claims Against defendant Loo) should be dismissed because plaintiff Alleges that defendant failed to take corrective Action despite being informed of 3-13-2019 incident through the grievance process. Defendant #3 plaintiff, Johnson was stating defendant, Loo) were notify About guard physical brutality And were negligment showing evil intent And deliberate indifference.

Michael L Johnson #A515-853
Toledo Correctional Institution
2001 East Central Ave.
Toledo, OH 43608

Conclusion
Where fore, plaintiff request the court to allow plaintiff civil right complaint to proceed against defendants, CDD and McCroskey.

Certification of service
I here by certify that the following plaintiff objections to Magistrate judge, Litkovitz Report and Preccommendation on case no. 1:21-cv-141 Johnson vs. Barney was placed in the institution mail box on 4·16·2021 and sent by U.S mail to the clerk of court, United States District court, Southern District of Ohio, Cincinnati, Ohio 45202-3988

Signature: Michael L. Johnson #A515-853
Toledo Correctional Institution
P.O. Box 80033
2001 East Central Avenue
Toledo, Ohio 43608

Case no. 1:21-cv-141

date: April 16, 2021

