**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| MICHAEL L. JOHNSON, | : | Case No. 1:21-cv-141 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| BRIAN BARNEY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**ORDER OVERRULING OBJECTION (Doc. 10) AND ADOPTING
REPORT AND RECOMMENDATION (Doc. 7)**

---

This case is before the Court upon the Report and Recommendation ("R&R") (Doc. 7) entered by United States Chief Magistrate Judge Karen L. Litkovitz. On April 26, 2021, Plaintiff filed an Objection (Doc. 10) to the R&R. Defendants did not file any response to the objection and the time to do so has expired, making this matter ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection is not well-taken and is accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety and **ORDERS** that the Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), except for Plaintiff's excessive force claims against Defendants Barney, Joseph, and Spriggs.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND