# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Michael L. Johnson, et al.,

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:    PRISONER # A515-853

vs.

1:21CV1717

J. BARRETT

M.J. LITKOVITZ

Kristal Little, individual capacity,

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Ron Erdos, individual capacity,

Linnea Mahlman, individual capacity,

Cythia Davis, individual capacity,

John Doe, individual capacity, last name, Paches

John Doe, name initial-G.Fri. individual capacity

John Doe, last name, Setty individual capacity

Michael Rush individual capacity

### COMPLAINT

I.    PARTIES TO THE ACTION:

PLAINTIFF:    PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Michael L. Johnson #A515-853

NAME - FULL NAME PLEASE - PRINT

Toledo Correctional Institution

ADDRESS: STREET, CITY, STATE AND ZIP CODE

2001 East Central Avenue, Toledo, Ohio, 43608

419-726-7977

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (✓) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:
Michael L. Johnson, Case No. 1:20-CV-157
Michael L. Johnson, Case No. 1:21-CV-3
Related Cases

DEFENDANTS:
Bryan Lawless on Case No. 1:20-CV-157
Rodney Osborne, Brian Barney, Koch Edwin, Brain Sparks, Jane Doe, on Case No. 1:21-CV-3

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
Scioto County

3. DOCKET NUMBER
1:20-CV-157 And 1:21-CV-3

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
Matthew McFarland And Timothy Black

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
Still Pending

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
2-24-2020 And 1-4-2021

7. APPROXIMATE DATE OF THE DISPOSITION
June 18, 2020 on Case No. 1:20-CV-157

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (✓)

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

Informal Complaint Resolution.

2. WHAT WAS THE RESULT?

I were transfer to Madison Correctional Institution And then Toledo Correctional Institution And never received the result?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

SOCF-informal Complaint id Filed on Lt. Kristal Little, And denied a grievance From SOCF inspector Mahlman, Kite, 389

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

N/A

2. WHAT WAS THE RESULT?

N/A

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Kristal Little, lieutenant
NAMES - FULL NAME PLEASE
Southern Ohio Correctional Facility, P.O Box 45699,    Lucasville Ohio 45699
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Ron Erdos, Warden,
Southern Ohio Correctional Facility, P.O Box 45699,    Lucasville Ohio 45699

3. Linnea Mahlman, inspector,
Southern Ohio Correctional Facility, P.O Box45699    Lucasville Ohio 45699

4. Cythia Davis, unit manager chief
Southern Ohio Correctional Facility, P.O Box 45699    Lucasville Ohio 45699

5. Michael Push, case manager
Southern Ohio Correctional Facility, P.O Box45699    Lucasville Ohio 45699

6. John Doe, last name, Caches, lieutenant,
Southern Ohio Correctional Facility, P.O Box45699    Lucasville Ohio 45699

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

John Doe, last name, Setty, lieutenant,
Southern Ohio Correctional Facility P.O Box45699,    Lucasville Ohio 45699
John Doe, name initial- G.Fri.
Southern Ohio Correctional Facility, P.O Box 45699    Lucasville Ohio 45699

-4-

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On March 13, 2019 9th through 10th two escort officer, J.Weff and G.Fri. brought me to the infirmary after i were Attacked by two Supervisor, Lt. Joseph And Sgt. Barney And C.O Spriggs inside J1 Shower while i was Severly injuried by guard brutality. note: i were hand Cuffed the Entire time with my hands behind my back even during the escort to the infirmary As i were keeping the escort Officer on the left Side from breaking my wrist by bending my wrist until it break As i walk down the hall in Bloody Clothes with O.C Chemical mase in my eyes. Once At the infirmary room A medical nurse walked in name, teresa Hill, As the two escort begin to Attack me with punches then Stopped when Lt. Setty Enter the medical room And then Started Attacking me Again with Lt. Setty Consent. Lt. Little then Enter the medical room As more Officer's Enter the medical room C.O Gregrows And Another Officer As Lt. little gave the O.K to the Officer's And then watch the Officer's to Continue to Attack with hand Cuffs on me with my hands behind my back. Lt. Parkes then Enter the medical room with A Small blue hand

I Certify that the Following facts Are true And Accurate under the laws of the united States Constitution Penalty of perjury.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO
DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Plaintiff, request that this Court enter Judgment:
granting plaintiff, Michael L. Johnson A declaration
that the Acts And omissions of the defendant described
here in violate his rights under the Constitution And laws
of the United States And, 1.) plaintiff seek Compensatory
damages in the Amount of $200,000 Against Kristal
little in their individual Capacity. on Claim #1,
2.) plaintiff seek punitive damages in the Amount of
$200,000 Against Kristal little in their individual Capacity. on Claim #1,
3.) plaintiff seek Compensatory damages in the Amount
of $200,000 Against Pam Erdos in their individual on Claim #2,
Capacity. 4.) on Claim #3, plaintiff seek Compensatory
damages in the Amount of $200,000 Against Linnea Mahlman
in their individual Capacity. 5.) on Claim #3, plaintiff seek
punitive damages in the Amount of $150,000 in their
individual Capacity. 6.) on Claim #4, plaintiff seek punitive
damages in the Amount of $150,000 in their individual Capacity.
Against Cythia Davis

SIGNED THIS ___1___ DAY OF __March__ 20_21_.


Michael L. Johnson #A515-853
SIGNATURE OF PLAINTIFF

Statement of Claim Supplement #1

held camera and start taking pictures of my injuries and then sit down in a black chair and watch officer's attack me more and more until i got a cut on the left side of my ear that's when some kind of medical staff enter the medical room laughing with the Supervisor nurse, with red hair the older white man, doctor, sit there and watch the officer's attack and put a cut on the left side of my ear laughing saying, i need stiches As the officer's start cleaning the blood off the floor, that's when the officer stated to me, refuse to sign for medical and i said, i want to go to a outside hospital because medical staff watch officer's attack me and did nothing, that's when medical staff stated, All i outta do is put refuse to sign and that's when the two escort officer's grab me escorting me out of the medical room back to JI#1 As Lt. Laches follow holden the small hand held camera down the hallway not recording. Preview, Exhibit 61, 62, 63, 64, 65, 66, for further details.

Claim #1, defendant, Kristal little, involvement, Violated Plaintiff, Michael L. Johnson Constitutional Rights by failing to use reasonable care, failure to protect, Defendant, Kristal little Violated Plaintiff, Johnson Constitutional Rights by failing to protect Plaintiff, Johnson from Physical brutality that constitutes cruel And unusual Punishment under the Eight Amendment by Allowing And given A direct order to two escort guards At the infirmary to Attack me with guard brutality to continue with evil intent under her supervision without of medical staff And then Allow Medical staff to refuse me medical treatment then exit the infirmary room knowing i were being Attacked with sever injuries, And then failed to report the incident. Defendant, Kristal little, Actions violates Plaintiff Michael L. Johnson Rights under the Eighth Amendment to the United States Constitution And caused Plaintiff, Johnson Pain And Suffering And Physical injury. (deliberate indifference,

Claim #2, defendant, Pam Erdos, involvement, Violated Plaintiff Michael L. Johnson Constitutional Rights by failing to use reasonable care, failure to protect, Defendant, Pam Erdos Violated Plaintiff, Johnson Constitutional Rights by failing to protect Plaintiff, Johnson from Physical brutality that constitutes cruel And unusual Punishment under the Eighth Amendment. Defendant, Pam Erdos were notify many times of Supervisor And Correctional Officer Misconduct And Misconduct in office And Harassment And physical Brutality, through the Administration exhaustion And failure to protect, defendant, Pam Erdos failed to use reasonable care Defendant, Pam Erdos, knew that there was a substantial risk Plaintiff, Johnson would seriously be harmed and failed to respond reasonably to protect Plaintiff, Johnson. Defendant, Pam Erdos Action violates Plaintiff, Johnson Rights under the Eighth Amendment to the United States Constitution And caused Plaintiff, Michael L. Johnson Physical injury And pain And Suffering. (deliberate indifference,

Statement of Claim, Supplement #2

Claim #3

Defendant, Linnea Mahlman, involvement, violated Plaintiff, Michael L. Johnson Constitutional Rights by failing to use reasonable care, failure to protect, Defendant, Linnea Mahlman violated Plaintiff, Johnson Constitutional Rights by failing to protect and use reasonable care, failure to protect, Plaintiff, Johnson from physical brutality that constitutes cruel and unusual punishment under the Eighth Amendment. Defendant, Linnea Mahlman were notify many times and made aware of Supervisor's and correctional officer's misconduct and misconduct in office and harassment and physical brutality through the grievance administration exhaustion and defendant, Linnea Mahlman failed to use reasonable care, failure to protect, Defendant, Linnea Mahlman knew that there be harmed and failed to respond reasonable to protect Plaintiff, Johnson Defendant, Linnea Mahlman Actions violates Plaintiff, Johnson Rights under the Eighth Amendment to the United State's Constitution and caused Plaintiff, Michael L. Johnson physical injury and pain and suffering. deliberate indifference,

Claim #4, defendant, Cynthia Davis, involvement, violated Plaintiff, Michael L. Johnson Constitutional Rights by failing to use reasonable care, failure to protect, Plaintiff, Johnson from physical brutality that constitues cruel and unusual punishment under the Eighth Amendment. Defendant, Cynthia Davis were notify many times and made aware of Supervisor and correctional officer misconduct and misconduct in office and harassment and physical brutality through the Administration exhaustion and defendant, Cynthia Davis failed to use reasonable care, failure to protect, Defendant, Cynthia Davis knew that there be harmed and failed to respond reasonable to protect Plaintiff, Johnson Defendant, Cynthia Davis Actions violates Plaintiff, Johnson Rights under the Eighth Amendment to the United States Constitution and caused Plaintiff, Michael L. Johnson physical injury and pain and suffering. deliberate indifference,

Claim #5, defendant, Joe Doe, involvement, initial name, G. Fri. violated Plaintiff, Michael L. Johnson Constitutional Rights by Attacking Plaintiff, Johnson with guard brutality with another Escort Officer, J. Weth, while Plaintiff, Johnson hand cuffed with his hands behind his back at the infirmary for medical treatment under the supervision of medical staff, and Supervisor, Lt. little, Lt. Raches, Lt. Setty of their consent of guard brutality with evil intent, with excessive force causing more sever injuries on top of the sever injuries from the excessive force from Supervisor, Lt. Joseph and Sgt. Barney the reason why Plaintiff, Johnson were at the infirmary for medical attention. Defendant, Joe Doe violated Plaintiff, Johnson Constitutional rights by using excessive force with physical brutality that constitutes cruel and unusual punishment under the Eighth Amendment

to the United States Constitution And Caused plaintiff, Michael L. Johnson physical injury And pain And Suffering.

Claim #6, defendant, Joe Doe, first initial of last name, Lt. Setty Plaintiff, Michael L. Johnson Constitutional Rights by failing to Use reasonable care, failure to protect.

Defendant, Joe Doe violated plaintiff, Johnson Constitutional rights by failing to protect plaintiff, Johnson from physical brutality that Constitution Cruel And unusual punishment under the Eighth Amendment by Allowing And given An direct order to two escort guards At the infirmary to Attack me with guard brutality to Continue with evil intent under his supervision infront of Medical Staff And then Allow Medical Staff to refuse me Medical treatment then exit the infirmary room knowing I were being Attacked with Sever injuries And then Failed to report the incident.

Defendant, Joe Doe Actions violates plaintiff, Michael L. Johnson Rights under the Eighth Amendment to the United States Constitution And Caused plaintiff, Johnson physical injury And pain And Suffering. deliberate indifference.

Claim #7, defendant, Joe Doe, lastname, Lt. Eaches violated plaintiff, Michael L. Johnson Constitutional Rights by failing to Use reasonable care, failure to protect.

Defendant, John Doe, violated plaintiff, Johnson Constitutional Rights by failing to protect plaintiff, Johnson from physical brutality that Constitution Cruel And unusual punishment under the Eighth Amendment by Allowing And given a direct order to two escort guards At the infirmary to Attack me with guard brutality to Continue with evil intent under his supervision infront of Medical Staff And then Allow Medical Staff to refuse me Medical treatment then exit the infirmary room knowing i were being Attacked with Sever injuries, And then Failed to report the incident. Defendant, John Doe, Actions violates plaintiff, Michael L. Johnson Rights under the Eighth Amendment to the United States Constitution And Caused plaintiff, Johnson, Pain And Suffering And physical injury. deliberate indifference,

Claim #8, defendant, Michael Push, involvement, violated plaintiff, Michael L. Johnson Constitutional Rights by failing to Use reasonable care, failure to protect, Defendant, Michael Push violated plaintiff, Johnson Constitutional Rights by failing to protect plaintiff, Johnson from physical brutality that Constitution Cruel And unusual punishment under the Eighth Amendment by Allowing And given A direct order to two escort guards At the infirmary to Attack me with guard brutality to Continue with evil intent under his supervision infront of Medical Staff And then Allow Medical Staff to refuse

Statement of Claim Summerized #4

The Medical Treatment then Exit the infirmary room Knowing i were being Attacked with Sever injuries, And then Failed to report the incident. Defendant, Michael Push Actions Violates plaintiff Michael L. Johnson rights under the Eighth Amendment to the United States Constitution And caused plaintiff Johnson physical injury And pain And suffering. (deliberate indifference,

plaintiff Michael L. Johnson seek declaratory relief pursuant to 28 U.S.C Section 2201 And 2202

plaintiff Michael L. Johnson claims for injunctive relief Are Authorized by 28 U.S.C Section 2283 And 2284 And Rule 65 of the Federal Rules of Civil Procedure.

plaintiff Michael L. Johnson, The Court has supplemental jurisdiction over plaintiff, State law claims under 28 U.S.C Section 1367

plaintiff Michael L. Johnson Federal Tort claims Art claims Are Authorized by 28 U.S.C Section 1346

And At All times, each defendant Acted under color of State law.

I certify that the following facts Are true And Accurate under the laws of the united States Constitution of penalty of perjury.

Signature: Michael L. Johnson #A515-853
     Toledo Correctional Institution
     2001 East Central Avenue.
     Toledo, Ohio, 43608
     date: 3·1·2021

Relief Supplement #1

7.) On Claim #4, plaintiff seek compensatory damages in the amount of $100,000 against Cynthia Davis in their individual capacity.

8.) On Claim #5, plaintiff seek compensatory damages in the amount of $200,000 against Joe Doe, initial name, G.Fri. in their individual capacity.

9.) On Claim #5, plaintiff seek punitive damages in the amount of 200,000 against Joe Doe, initial name, G.Fri. in their individual capacity.

10.) On Claim #6, plaintiff seek compensatory damages in the amount of $200,000 against Joe Doe, initial name, Lt.Setty in their individual capacity.

11.) On Claim #6, plaintiff seek punitive damages in the amount of $100,000 in their individual capacity. (Against Lt.Setty)

12.) On Claim #7, plaintiff seek compensatory damages in the amount of $200,000 against Joe Doe, initial name, Lt. Earnes in their individual capacity.

13.) On Claim #7, plaintiff seek punitive damages in the amount of $100,000 in their individual capacity. (Against ▮▮▮ , Lt. Earnes

14.) On Claim #8, plaintiff seek compensatory damages in the amount of $200,000 against Michael Push in their individual capacity.

16.) On Claim #8, plaintiff seek punitive damages in the amount of $100,000 against Michael Push in their individual capacity.

17.) Plaintiff also seek a jury trial on all issues triable by jury.

18.) Plaintiff also seek recovery of their costs in this suit.

19.) Plaintiff also seek any additional relief this court deems just proper and equitable.

I certify that the following facts are true and accurate under the laws of the United States Constitution Penalty of Perjury.

Signature: Michael L. Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue.
Toledo Ohio 43608
Dated: March 1, 2021

In the United States District Court
Southern District of Ohio
Western Division

Michael L. Johnson, et Al.,
     Plaintiff
       vs.
Kristal Little, et Al.,
    defendant

Declaration of
Michael L. Johnson

Michael L. Johnson hereby declares:

Plaintiff made many Attempt to exhaust Available Administrative Remedies by filing informal Resolution Complaint, i mean, informal Complaint Resolution And then request An grievance from inspector Mahlman, but were denied An grievance And then transfer to Madison Correctional Institution on 4.11.2019, which inspector Mahlman, forwarded plaintiff Johnson, Kite #389 And Kite #387 to Madison from Southern Ohio Correctional (SOCF) Facility As paper form which i can not Submit An Appeal of paper form to the Chief inspector when i'm At an institution that has J-Pay system like Madison or toledo which i Already tried on A previous exhaustion on Johnson vs. Osborne, Case no. 1:21-CV-3 Preview, Appeal to Chief inspector on grievance no. TOCI-1219000508 Further more, i were Also put in Segregation At Madison on 4.11.2019 transfer, from A conduct report from SOCF, Preview, conduct report, Socf-19-001170 from Socf, heard At Madison, Also review Kite #389 And Kite #387 Exhibit #67 #68, i Ain't receive Kite #388, Can you review declaration An Excuse the exhaust Administration Remedies. Also review why these Allegation related to the other incidents out of retaliation, Case no. 1:20-CV-157 Johnson vs. lawless And Case no. 1:21-CV-3 Johnson vs. Osborne.

I Certify that the following Facts Are true And Accurate under the laws of the United States Constitution penalty of perjury.

Signature: Michael L. Johnson #A515-853
     Toledo Correctional Institution
     2001 East Central Avenue.
     Toledo, Ohio 43608

(387)

EXHIBIT #6.7

J. Mahlman

Johnson
515-853

ENCLOSE J1-1

3-13-19

Alleged
unreported
use of force
in Medical

1x Grievance
1x Pink Copy
of ICR
Regarding
Criminal
Investigation

APR 11 2019
SOCF INS...

Further More,
I Submitted
Canary ICR of
Brain Carter
Action Taken
on 3-11-19
Regarding: M.B. Gladman
Date: Submitted
2-26-19
House: J2 #59
its 4-8-19 i Still
Have not Received Grievance
Can you Send Grievance.
For that ICR Before the
Dead line so i can File
Grievance timely.

4-11-19
J. Mahlm
IIS

Follow AR5120.9-31

Johnson 515-853

JI-1

MACT

Exhibit
#6B

A Tahlman
Enclose

(389)

Johnson
515-853

JI-1

3x ICR
For
3x GRIEVANCE
#1 SGt. BARNEY
EXCESSIVE FORCE

#2 N.S. DAViS

you already
have a pending
Nog alleging
unreported.

#3 Lt. little
Further More
THE reason i'm Sending
Goldenrod Copy of ICR
BECAUSE i'm not receiving
Canary Copy of ICR with
GRIEVANCE when i kite
to you A Tahlman

You are NOT
filing a Nog on
each individual.

APR 11 2019
SOCF INSPECTOR

EXHIBIT
#61

1

My Prison Director,
My Violation of Cright's About
On March 13, 2019 9AM through 10PM
An Correctional Officer Approached
Block, cell ZI #1 Where i'm located for a shower
i cuffed up for a shower And then
Step out of the cell in to the shower
that was next door. Once in the shower
i notice the officer did not enter back
From the Gate to Remove the Hand cuffs
then i see Sgt. Barney Enter the Block,
of ZI And walk up stairs while the
officer stood At the gate. Sgt. Barney
then walked Back down stairs And stopped
At Where i was located hand cuffed
Behind My back. Sgt. Barney then
Said to Me, You order commissary nigga,
And walk in to cell ZI #1 Where i'm
located. Sgt. Barney then walked out
of the cell with a Big trash Bag
of commissary i order March 12 2019
Store: Socf. Socf. Counter Receipt #314851
As Sgt. Barney walked out of the cell of
ZI #1 Where i'm located holden his O.C
Chemical Mase with Safty Pin Already
off And then Sprayed Me with O.C
Chemical. Note: THE BiG trash Bag
Sgt. Barney took was commissary Food & Hygiene

Exhibit
#62

As i was Still Hand Cuffed Behind
My Back As An Correctional Officer
who was At the Control Booth
Some way Some How walked out the
cell of J1 #1 with Sgt. Barney.
The Next thang i know Sgt. Barney
Return holden his O.C Chemical Mase
Standing Aghinst the wall having the
Control Booth Officer open the Shower
door And close it Back As i stated
i want to talk to Mental Health.
Lt. joseph then Approached the Gate
with An Use of Force Form Asking
do i want to Make A Statement And i
Said yes. As i was Still hand Cuffed
Behind My Back with O.C Chemical
Mase All over My Face trying to Make
the Statement As i notice Lt. joseph was
Acting like he was writing the Use of Force
Statement that's when i knew Sgt. Barney
And Lt. joseph was Gonna Attack Me.
Lt. joseph then Stepped from Behind the
Gate with Sgt. Barney. Lt. joseph Stood
Behind J1 #1 Between the Shower door
Exit And the exit of J1 #1 So i could Not
Enter in to J1 #1 After i exit out of
the Shower door.

EXHIBIT
#63

Sgt. Barney Stood Against the wall on the left side of out side of the Shower door Exit For As, if i Step out of the Shower i would Be in the Middle of Lt. Joseph And Sgt. Barney Facing Lt. Joseph with Sgt. Barney Standing Behind Me. Lt. Joseph then Stated, you know you Got ONE Coming For Attacking that Officer And then Signal C/O to open the Shower door As Lt. Joseph Stood in Front of the Shower door Calling Me A Nigget trying to provoke Me to Fight Stating how they Got My Commissary And how they Got Me on Restriction's For As, phone & Commissary. This went on For two or three Minute's with the Shower door open the Entire time. Lt. Joseph then Ran inside of the Shower pushing Me in Back of the Shower As Sgt. Barney Follow Behind with the Officer At the Control Booth Follow Behind Sgt. Barney As Lt. Joseph, Sgt. Barney And C/O Attacking Me with punches And Night Sticks While i was hand Cuffed Behind My Back Blind From O.C. Chemical Mase. This went on For three or Four Minute's until other Officer's Arrive on a Man down Signal.

Exhibit
#64

4

That's when two More Officer's grab me by my arm's escorting me to the infirmary. On the way to the infirmary the Officer on the left side of my arm kept bending my wrist until it break threatening to knock my teeth out once we get to the infirmary As i walk with Bloody Clothes with O.C Chemical mase in my eye's with out Any shoes. Once At Medical the two escorting Officer's took me to some kind of Medical room with out Any Camera's And place me in a Brown Chair And waited for the O.K from Supervisor's to Attack me. Lt. Setty walked in to the Medical room when the Officer's start Attacking me. Lt. little walked in to the Medical room As More Officer's Enter the Medical room far As, "Gregbous And Another Officer As Lt. little gave the O.K to the Officer's And then watch the Officer's to Continue to Attack with hand cuff's on me with my hands Behind my Back. Lt. Enches then Enter the Medical room with An Small Blue hand held Camera And Start taking Picture's of my injuries And then sit down in a Black Chair And watch

EXHIBIT #65

5 #

Officer's Attack Me More And More until i Got A Cut on the left Side of My Ears And that's when Some kind of Medical Staff Enter the Medical room Laughing with the Supervisor And Officer's talking About i need Stiches As the Officer's Start Cleaning the Blood off the Floor. That's when the Officer Stated to Me, Refuse to Sign for Medical And i said, i want to Go to A outside hospital Because Medical Staff watch Officer's Attack Me And did nothing that's when Medical Staff Stated All i Gotta do is Put Refuse to Sign And that's when the Officer's Grab Me Escorting Me Out of the Medical room Back to I#7 As Lt. Eicles Follow holden the Small hand held Camera down the hall while Not Recording.

Note: Medical Staff was Coming And Going in And Out the Medical room Watching the Officer's Attack Me As Medical Staff Falsify the Medical Exam.

THE Other nurse was Ms. To Hill She walk in the Medical room

One Medical Staff was An red hair Female And the Other Medical Staff was A light Blond hair Male.

Exhibit #66

Prison Director

Brief Statement of what happen
March 13 2019 9am through 10pm
As of now i'm still At J1 #1
local Control Block when i'm
not local Control Status.
I'm on An Mental Health Case load
As C-1 on Orestictive Housing Status
J1 #1 is Some kind of Suicide Cell
with out An Bed Mattress Shelf & table
An Glass Cell. I Got put in J1 #1
out of Retaliation for as defending
My Self Against An Officer Being
Escorting from the Shower with hand cuff
Behind My Back. As i Step in to the
cell the cell door never close Behind Me
for two Minute's As the Officer start
Spraying Me with O.C Chemical Mace
His happen March 6 2019
that's how i Got Moved to J1 # 1
From J2 #59 Segregation Block
Ohio State Highway patrol read
Me My right's March 14 2019
On that incident And i'm pressing
charges on the incident of
March 13 2019         Sincerely
                    Michael #515-853
                    Johnson

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: Ms. Cool

Date Submitted: 3-25-19

Inmate's Name: Johnson

Number: #515-853

Housing Assignment: J1 #1

Complaint Regarding: Lt. little Retaliation

March 13 2019 first 9th through 3 pm
Lt. little Enter the Medical Room Allowing And watching Correctional Officers to Attack I Michael Johnson while placed with hand cuffs Behind My Back still sitting in a chair. THEY Kept saying, Attack A Officer!

Note: One of the correctional officers name tag spell Greghous A white old Guy Ht. "62" Wt. 315 lbs. Hair Black and gray

review camera And Reserve For Further investigation March 13 2019 9th through 3 pm

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken (*Cite appropriate policy, procedure or regulation in response*):**

There are no cameras in the Medical rooms. There are no reported use of Forces in the Infirmary for the date The ITS will be contacted in regards to your allegation

Staff Member's Signature and Title: Wm Cool

Date: 4-1-19

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.

Submitted To: Mr. Cool

Date Submitted: 3-25-19

Inmate's Name: Johnson   Number: #515-853   Housing Assignment: 1 #1

Complaint Regarding: Lt. Eaches (During Use of Force Escort Retaliation)

March 13 2019 1st through 3rd Lt. Eaches Enter the Medical Room Allowing And Given the oth to Correctional Officers to Attack Me while i was hand Cuffed Behind My Back Still Sitting in A Chib. Lt. Eaches then took Pictures of Me with Medical staff falsifying Medical Exam. Lt. Eaches then walk down the hallway during Escort of A Use of force Carrying the Blue hand Held Camera Not Recording.

Note: Lt. Eaches And Correctional Officers Stated they was Attacking Me because i Assault A Correctional Officer

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

## Action Taken (*Cite appropriate policy, procedure or regulation in response*):

There are no cameras in the Medical room. There are no reported Use of Forces in the Infirmary for this date. The ITS will be contacted in regards to your allegation.

Staff Member's Signature and Title: Dw Wm Cool

Date: 4-1-19

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

# Informal Complaint Resolution

Institution: SoCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

| Submitted To: Mr. Cool | | Date Submitted: March 21st 2019 |
|---|---|---|
| Inmate's Name: Johnson | Number: #515-853 | Housing Assignment: J1 #1 |

**Complaint Regarding:** Ms. Davis

Failure to protect

My complaint about how Ms. Davis failed to protect Michael Johnson After being notified many times of J4 Unit management misconduct in office. By Ms. Davis ignoring the situation two other incidents occur two days after Ms. Davis response of Action taken March 4th 2019 Ich submitted February 26th 2019 located at J2#59 The two incidents im referring 1st incident on March 6th 2019 2nd incident on March 13th 2019. Both incidents under criminal investigation involving use of force. I fear for my life

How can i get A camera escort with A supervisor present so i won't get Attack or before Appointments to medical or visits or going anywhere in the facility. Review Grievance SoCF-02-19-000074

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

Both incidents occurred due ~~to your~~ actions, not that of anyone else. You were Filmed, per my orders, going to Medical because of your refusal from the previous date.

| Staff Member's Signature and Title: DWO Wm. Cool | Date: 3.27.19 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

JS 44  (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Johnson, Michael, L

(b) County of Residence of First Listed Plaintiff  Scioto
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** Little, Kristal, Erdos, Ann, Liotura, Mahlman, Davis, Cythia, Push, Michael, Doe, John, Doe, John, Doe, John

County of Residence of First Listed Defendant  Scioto County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*  N/A

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983
Brief description of cause:
Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2,000,014,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE Matthew McFarland
DOCKET NUMBER 1:21-CV-3

DATE 3.1.2521
SIGNATURE OF ATTORNEY OF RECORD Michael L. Johnson #A515-853

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____