## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Michael L. Johnson, et Al.,
_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # A515-853

vs.

Teresa Hill, et Al.,
_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Jane Doe - Nurse, individual Capacity,

John Doe - Doctor, individual Capacity,

John Doe - Nurse, individual Capacity,

John Doe - Mental Health Staff, individual Capacity,

Jane Doe - Supervisor of Medical, individual Capacity

John Doe - Correctional Officer - First initial And last name, J-Deff, individual Capacity

1:21CV155

J. COLE

M.J. BOWMAN

**RECEIVED**

MAR - 5 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I.     PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Michael L. Johnson #A515-853
_____
NAME - FULL NAME PLEASE - PRINT

Toledo Correctional Institution
_____
ADDRESS: STREET, CITY, STATE AND ZIP CODE

2001 East Central Avenue, Toledo, Ohio, 43608
_____

_____
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (✓) NO ( )

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

            Case No: 1:20-CV-157
Michael L. Johnson, Case No. 1:20-CV-3
Michael L. Johnson

            DEFENDANTS:

            Case No. 1:20-CV-157, Bryan Lawless
Case No. 1:20-CV-3, Rodney Osborne, Mark Edwin,
Brian Barney, Brain Sparks, Jane Doe,

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

            Scioto County, Southern District of Ohio

        3.    DOCKET NUMBER

            1:20-CV-157 And 1:20-CV-3

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

            Timothy Black and Matthew McFarland

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

            Still pending

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

            2-24-2020 And 1:4-2021

        7.    APPROXIMATE DATE OF THE DISPOSITION

            June 18, 2020 on Case No. 1:20-CV-157

In the United States District Court
for the Southern District of Ohio
Western Division

Michael L. Johnson, et Al.,
    Plaintiff
       VS.
Kristal Little, et Al.,
    defendant

                    Declaration of
                    Michael L. Johnson

here by declares:

I have been incarcerated At Toledo Correctional Institution since 8·21·2019 from Madison Correctional Institution P.T.U transfer on 4·11·2019 from Southern Ohio Correctional facility base on A incident on 2·8·19 And then An incident on 3·13·2019 And on 3·6·2019 concerning An civil Action related to this civil Action And other civil Action filed by plaintiff, Johnson. Preview how the plaintiff Attempted to exhaust Available Administrative remedies while Segregated And being transfer from A correctional facility with paper forms to A correctional Institution with J-Pay system, review, disposition of grievance, SOCF-04-19-000176 where inspector mahlman forward me the grievance from, SOCF, to MACi, than i were transfer to TOCi, where i was unable to exhaust Available Administrative remedies, review, grievance no. Toci-1219000508 where Chief inspector stated, i can not submit paper forms on Appeal review, case, Johnson vs. Osborne case no. 1:21-cv-3 where plaintiff Attempted to exhaust All Available remedies but were prevented to do so. Attached exhibit 75, 76, 77. ==Plaintiff Also going to Amend complaint to Add defendant's to the complaint once plaintiff receive their full names.== I certify that the following facts Are true And Accurate under the laws of the united States Constitution penalty of perjury.

Signature: Michael C. Johnson # A515-853
    Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio, 43608

dated: 2·22·2021

Michael Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608

# Informal Complaint Resolution

Institution: SOCF

**RECEIVED**

MAR 29 2019

SOCF INFIRMARY

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: Supervisor of Medical

Date Submitted:

Inmate's Name: Johnson

Number: 515-853

Housing Assignment: S1 #1

Complaint Regarding: Medical Staff

On March 13 2019 1st Shift, 9am through 10pm Medical Staff watch Correctional Officers Attack me Under Supervisors Supervision And Fail to Report the Assault And then Falsied Medical Reports, Medical Exam, Medical Staff Also Stated i Refuse Medical treatment.

THE Supervisor's Supervision were Lt. little Lt. Eagles Lt. Setty

Highway Patrol took Authority for me to Get Medical treatment March, 14 2019 which was A failure.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

Mr. Johnson,                                                                                3-13-19
This was a reported use of force TR to Case # A 000831. You were Seen by a Nurse and Sent to the Infirmary. You were Evaluated by ALP and you Refused Treatment. You refused [to] [sign] an AMA which was witnessed by another Medical Staff member. All in Accordance with 68-Med-01. You were Seen a Second time (by your request) on 3-14-19 and Treatment was offered and accepted at that time. DVR shows you being Seen and Brought to the infirmary on 3-13-19.

Staff Member's Signature and Title: Goodman HCA

Date: 4-2-19

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

# NOTIFICATION OF GRIEVANCE

| Name: Johnson | Institution: Warren |
|---|---|
| Number: A315-53 | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: J1-1 | Date: 4-8-19 |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

THE Alleged Unreported Use of Force in Medical on 3-13-19 Actually was A Reported Use of Force. Line #1

THE Reported Use of Force Line #2 Begin After Lt. Joseph, Sgt. Barney And Correctional Officer ran into J1 Shower Attacking Me while i was Hand cuffed Behind My Back.

After the Assault from the Supervisors & Officer that's when two Officers Enter J1 Block to escort to the Infirmary. Line #3

THE Escort to the Infirmary is where the two Escort Officer's Attack Me down the Hallway to the in Firmary And Continue to Attack Me At the 8:30 AM Through 2:00 PM in Firmary While Medical Staff And Supervisors Watch And Refuse Me Medical Treatment. Line #4

Note: I Gotta Receive the Names of Medical Staff And the two Escort Officer's Names from incident And Use of Force Report's. Line #5

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.
☒ Yes ☐ No

C. I filed an informal complaint on _____ with _____
    Date                        Name                        Position
(Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31.
☒ Yes ☐ No

| Inmate Signature: Michael Johnson |
|---|

DRC 4088 (Rev. 11/01)  DISTRIBUTION: WHITE & CANARY - Inspector  PINK - Inmate  ACA 4271, 4331

Johnson 515-853

J1-1

DRC4089

Page 1 of 1

## DISPOSITION OF GRIEVANCE

**INMATE:** JOHNSON, MICHAEL     **COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force - Use of force with no report

**NUMBER:** A515853     **DISPOSITION:** Pending Disposition

**INSTITUTION:** MACI     **GRIEVANCE NUMBER:** SOCF-04-19-000176

**DATE:** 04/25/2019

☑ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):
So that the entire matter can be thoroughly investigated.

☐ Your grievance, filed on 04/11/2019, has been reviewed and disposed of as follows:

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linnea Mahlman*

Page 1 of 1

PLACE OF PRESENT CONFINEMENT

A.  IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
    YES (✓) NO ( )

B.  DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
    PRISONER GRIEVANCE PROCEDURE? YES ( ) NO ( )

C.  IF YOUR ANSWER IS YES:

    1.  WHAT STEPS DID YOU TAKE?

    Informal Complaint Resolution and grievance exhaustion.

    2.  WHAT WAS THE RESULT?

    I were transfer to Madison Correctional Institution and then Toledo Correctional Institution and never received the result?

D.  IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

    Southern Ohio Correctional Facility has paper forms and Madison and Toledo has J-pay System.

E.  IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
    YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F.  IF YOUR ANSWER IS YES:

    1.  WHAT STEPS DID YOU TAKE?

    N/A

    2.  WHAT WAS THE RESULT?

    N/A

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Teresa Hill, nurse,
NAMES - FULL NAME PLEASE
Southern Ohio Correctional Facility, P.O Box 45699          Lucasville
ADDRESS - STREET, CITY, STATE AND ZIP CODE                  Ohio
                                                            45699

2. Jane Doe, nurse,
Southern Ohio Correctional Facility, P.O Box 45699          Lucasville
                                                            Ohio
3. John Doe, doctor,                                        45699
Southern Ohio Correctional Facility, P.O Box 45699

4. John Doe, nurse,                                         Lucasville
Southern Ohio Correction Facility, P.O Box 45699            Ohio
                                                            45699

5. John Doe, Mental Health Staff,                           Lucasville
Southern Ohio Correctional Facility, P.O Box 45699          Ohio
                                                            45699

6. Jane Doe, Supervisor of Medical,                         Lucasville
Southern Ohio Correctional Facility, P.O Box 45699          Ohio
                                                            45699
                                                            Lucasville
                                                            Ohio
IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.      45699

. 7. John Doe - here's the first initial And last name
J. Wiff - Correctional Officer
Southern Ohio Correctional Facility
    P.O Box 45699, Lucasville, Ohio 45699

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On March 13, 2019 9AM through 10 PM two escort officer, J.neff And G.fri., brought Michael L. Johnson to the infirmary from J1 shower for sever injuries caused by two supervisor and one correctional officer, Lt. Joseph, Sgt. Barney, Spriggs Once At the infirmary, nurse, teresa Hill, enter the infirmary room As the two escort officer start Attacking me, J.neff And G.fri., while i were hand cuffed behind My back As teresa hill watched with hate And careless As Lt. Setty enter the infirmary room At some point given the two escort officer O.k to continue to Attach me As nurse.teresa, walked out of the infirmary room leaving me to be Attacked by the two escort officer even more As i were Already severly injury from the incident At J1 shower. Then Another white male with blond hair.nurse, enter the infirmary room As the two escort officer Continue to Attach me with the consent of Lt. eaches As the white male with blond hair.nurse, watch the two escort officer Attach me with Lt.eaches consent As the blond hair.nurse, begin falsifying the Medical exam while Lt.eaches take picture's of My injuries with A blue hand held camera As the two escort officer Continue to Attach me in the presence of the white blond

I certify that the following facts are true And Accurate under the laws of the united States constitution penalty of perjury.

-5-

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Plaintiff respectfully ask that this Court enter Judgment: Granting plaintiff Michael L. Johnson A declaration that the Acts And Omissions described here in violate his rights under the Constitution And laws of the United States, And granting plaintiff, Michael L. Johnson relief finding defendant's violated the law of the United States Constitution in this Action, And

1.) On Claim #1, plaintiff seek Compensatory damages in the Amount of #200,000 Against teresa hill, in their individual Capacity. 2.) On Claim #2, plaintiff seek Compensatory damages in the Amount of #200,000 Against John Doe, in their individual Capacity. 3.) On Claim #3, plaintiff seek Compensatory damages in the Amount of #200,000 Against Jane Doe, in their individual Capacity. 4.) On Claim #4, plaintiff seek Compensatory damages in the Amount of #200,000 in their individual Capacity. Against John Doe,

SIGNED THIS 22 DAY OF February 20 21.

_Michael L. Johnson_
SIGNATURE OF PLAINTIFF

-6-

Male nurse who just stood there with hate and careless, And then walked out of the infirmary room leaving me with sever injuries with no medical treatment. And not notify some one of the assault on inmate he'd just witness. Then An red hair white nurse enter the infirmary room And watch the two escort officer hit me with punching while my hands cuffed behind my back. this happen some time After Lt. Eaches And that white male blond hair nurse exit the infirmary room And then Lt. little enter the infirmary room given the O.K. to the two escort officer to continue to attack me under her supervison at the infirmary while she watched with evil intent And careless. While the red hair white female nurse watched for three or four minutes then a white older male doctor enter the infirmary Allowing the two escort officer to attack me in his presence And then once one of the escort officer hit me from the blind side And cut the left side of my ear open that's when the white older male doctor, begin laughing stating I need to get stickes with the officers And Lt. eaches as he enter the infirmary Again. Not once did i refuse medical Attention. Actually i had to get medical Attention through the highway patrol on march 14, 2019 while i was being read my rights by the highway patrol concerning a incident occur on march 6, 2019. SOCF-19-000762, SOCF-19-000762

Claim #1 defendant Teresa Hill involvement, Plaintiff, Michael L. Johnson were being attacked by two escort officer At the infirmary infront of her, teresa, as nurse presence with his hands cuffed behind his back As defendant teresa hill, watch the correctional officer misconduct of guards physical brutality And failed to use reasonable care failure to protect. defendant Teresa hill violated plaintiff Michael L. Johnson constitutional Rights by failing to protect plaintiff Johnson from physical brutality that constitutes cruel And unusual punishment under the Eighth Amendment. defendant, teresa hill Action violates plaintiff Johnson rights under the Eighth Amendment to the united States constitution And caused plaintiff Michael L. Johnson physical injury, And pain And suffering. defendant, teresa hill Also denied plaintiff Johnson medical treatment illegally. deliberate indifference,

Claim #2, defendant, John Doe involvement, white blond hair male, Plaintiff, Michael L. Johnson were Attacked by two escort Officer At the infirmary, J.Deft. And G.tri., while i were hand cuffed behind my back As defendant, Joe Doe, watch the correctional officer misconduct of guards physical brutality And failed to use to use reasonable care failure to protect, defendant, John Doe violated plaintiff Michael L. Johnson constitutional rights by failing to protect plaintiff Johnson from physical brutality that constitutes cruel And unusual punishment under the Eighth Amendment. defendant, John Doe, Action violates plaintiff Johnson rights the Eighth Amendment to the united States

Michael Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608

DATE: 2-22-21

Constitution And Caused plaintiff Michael L. Johnson physical injury, And pain And Suffering. defendant, (Joe Doe, White blond hair male, Also denied plaintiff, Johnson medical treatment illegally. (deliberate indifference,

Claim #3 defendant, (Jane Doe, involvement, red hair white female watched plaintiff Michael L. Johnson being attacked by two escort officer At the infirmary infront of her presence, Jane Doe, As nurse with his hands Cuffed behind his back As defendant (Jane Doe, watch the Correctional Officer misconduct infront of An Supervisor Supervision of guards physical brutality And failed to use reasonable Care (failure to protect,. defendant, (Jane Doe, Violated plaintiff, Michael L. Johnson Constitutional Rights by failing to protect plaintiff, Johnson from physical brutality that Constitutes Cruel And unusual punishment under the Eighth Amendment. defendant, (Jane Doe, Action Violates plaintiff, Johnson Rights under the Eighth Amendment to the united States Constitution. And Caused plaintiff Michael L. Johnson physical injury, And pain And Suffering. defendant, (Jane Doe, Also denied plaintiff, Johnson medical treatment illegally on March 14, 2019   (deliberate indifference,

Claim #4 defendant, (John Doe, involvement, Older white male watched plaintiff, Michael L. Johnson get brutality attacked by the escort officer, J.neff, that caused A Sever deep Cut on the left side of my ear infront of his presence, John Doe, As doctor with my hands cuffed behind my back As defendant (John Doe, watch the Correctional Officer misconduct infront of An Supervisor Supervision of guards physical brutality And failed to use reasonable care (failure to protect,. defendant, (John Doe, violated plaintiff, Michael L. Johnson Constitution Rights by failing to protect plaintiff, Johnson from physical brutality that Constitutes Cruel And unusual punishment under the Eighth Amendment. defendant, (John Doe, Action Violates plaintiff, Johnson Rights under the Eighth Amendment to the united States Constitution And Caused plaintiff, Michael L. Johnson physical injury, And pain And Suffering. defendant, (John Doe, Also denied plaintiff, Johnson medical treatment illegally on March 13, 2019   (deliberate indifference,

Claim #5 defendant, (Jane Doe, involvement, white female last name (goodman, defendant, goodman Answered And reviewed     plaintiff Michael L. Johnson, informal complaint Resolution on April 2, 2019 And reviewed the DVR footage of incident March 13, 2019 And on March 14, 2019 And reviewed medical exam records of supervisor And guard brutality of excessive force And failed to use reasonable care (failure to protect, by doing so, plaintiff, Johnson were Continuely wrongfully held At 11#1 suicide cell with Sever injuries, not on Constant watch, And Continue to be wrongfully Segregated under false pretense And denied proper medical treatment.

Michael Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608
DATE: 2·22·21

defendant, Jane Doe, violated Plaintiff Michael L. Johnson Constitution Rights by failing to protect Plaintiff Johnson from Physical brutality that constitutes cruel and unusual punishment under the Eighth Amendment. defendant, Jane Doe, Action violates Plaintiff Johnson rights under the Eighth Amendment to the United States Constitution and caused Plaintiff, Michael L. Johnson Physical injury, And pain And suffering. defendant, Jane Doe, last name Goodman, Also Allowed Medical Staff to refuse me Medical treatment illegally on March 13, 2019 And March 14, 2019

Claim #6, defendant, John Doe, first initial And last name, J. Neff, Used excessive force Against Plaintiff Michael L. Johnson with Another escort officer, G. Fri., during the escort to the infirmary And once At the infirmary continue with guard brutality physically sever injuries on Plaintiff, Michael L. Johnson face And body under supervisor And Medical Staff supervision And then not reporting the use of force At the infirmary. defendant, John Doe, J. Neff, violated Plaintiff Michael L. Johnson Constitution Rights by using excessive force And Physical brutality that Constitutes cruel And unusual punishment under the Eighth Amendment. defendant, Joe Doe, J. Neff, Action violates Plaintiff Johnson rights under the Eighth Amendment to the United States Constitution And caused Plaintiff, Michael L. Johnson Physical injury And pain And suffering.

Plaintiff, Michael L. Johnson Seek declaratory relief pursuant to 28 U.S.C Section 2201 And 2202

Plaintiff, Michael L. Johnson Claims for injunctive relief Are Authorized by 28 U.S.C Section 2283 And 2284 And Rule 65 of the federal Rules of Civil procedure.

~~Plaintiff Michael L. Johnson The Court has Supplemental Jurisdiction over Plaintiff, State law Claims that Are Authorized under by 28 U.S.C Section 1346 1367~~

Plaintiff, Michael L. Johnson, The Court has Supplemental Jurisdiction over Plaintiff, State law Claims under 28 U.S.C Section 1367

Plaintiff, Michael L. Johnson, Federal Tort Claims Act Claims Are Authorized by 28 U.S.C Section 1346

And At All times, each defendant Acted under color of State law.

I Certify that the following facts Are true And Accurate under the laws of the United States Constitution penalty of perjury.

Michael Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608

dATE: 2·22·21

Relief Requested,

5.) On Claim#5, Plaintiff Seek Compensatory damages in the Amount of 200,000 Against, Jane Doe, in their individual Capacity.

6.) On Claim#6, Plaintiff Seek Compensatory damages in the Amount of 200,000 Against, John Doe, in their individual Capacity.

7.) On Claim#6, Plaintiff Seek Punitive damages in the Amount of 200,000 Against, John Doe, in their individual Capacity.

8.) On Claim#6, Plaintiff Seek nominal damages, in the Amount of 100,000 Against, Joe Doe, in their individual Capacity.

9.) Plaintiff Also Seek A Jury trial on All issues triable by Jury,

10., Plaintiff Also Seek recovery of their cost in this Suit And

11.) Any Additional relief this court deems Just, proper, And equitable.

I certify that the following facts are true And Accurate under the laws of the United States Constitution penalty of perjury.

Michael Johnson #A515-853
Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608

DATE: 2.22.21