IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL L. JOHNSON, | : | Case No. 1:21-cv-141 (Lead Case) |
| | : | (Consolidated with 1:21-cv-155) |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| | : | |
| BRIAN BARNEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CONSOLIDATION ORDER

Pursuant to the Court's June 3, 2021 Order (*see* Docs. 6 & 9) in related case, *Michael L. Johnson v. Teresa Hill, et al.*, No. 1:21-cv-155 (S.D. Ohio), this action has been **CONSOLIDATED** with Case No. 1:21-cv-155. The complaint in Case No. 1:21-cv-155 has been filed as a supplemental complaint in this action and J. Neff, Teresa Hill, and the three unnamed John/Jane defendants are added as defendants in this action.

All further filings relating to the complaint and supplemental complaint shall be filed in the docket of Case No. 1:21-cv-141. No further filings shall be permitted in the docket of Case No. 1:21-cv-155.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND