Southern District of Ohio
Western Division

Michael L. Johnson,                    Case No. 1:21-CV-141
    Plaintiff, Pro Se,                  Judge, McFarland
                                        Magistrate Judge, Litkovitz
            VS.
Brian Barney, et. Al.,                  Motion to Clarify the
    Defendant                           Docket for Case No. 1:21-CV-141
                                        Johnson vs. Barney

FILED
RICHARD W. NAGEL
CLERK OF COURT
21 OCT 13 PM 12:47
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Now comes plaintiff, Michael L. Johnson, Pro Se, respectfully request the court to clarify docket for case no. 1:21-CV-441 and docket for Johnson vs. Osborne case no. 1:21-CV-3 and Johnson vs. Little, case no. 1:21-CV-171 and Johnson vs. Hill case no. 1:21-CV-155, All these cases indicates been identified as related to the instant case Johnson vs. Barney, case no. 1:21-CV-141, A memorandum in support of this motion follows.

                Memorandum in Support
This is a prisoner civil rights case brought by Michael L. Johnson Pro Se, plaintiff, pursuant to 42 U.S.C. § 1983, Alleging that defendant's Brian Barney, Jason Joseph, Scott Spriggs, Kristal Little, Jeremy Eachus, Robert Setty, Garth Fri, Michael Rush, Teresa Hill, J. Duff, And Three John And Jane Doe who is employed by the Ohio Department of Rehabilitation and Correction, ODRC, violated his Constitutional Rights by subjecting him to excessive force and retaliating against him. On August 26, 2021, defendant, Barney, counsel, McFarland stated that all the defendant's stated above did not get served with a Summons and the initial complaint. (see, Doc. #22, filed: 8-26-21, page: 1 of 8, page I.D.# 324 to page 8 of 8 page I.D.# 331, in Johnson vs. Barney case no. 1:21-CV-141, Motion for More definite statement. Review, Every report and recommendation to every complaint states above if case number and you'll see for yourself, the court ordered the clerk of courts to order the United States Marshal, shall serve a copy of the complaint, summons, the order granting plaintiff in forma pauperis status, and this report and report and recommendation upon defendant's Barney, Joseph, and Spriggs as directed by plaintiff, with cost of service to be advanced by the United States, Review, the following transaction was entered on 4.7.2021 at 12:00 pm EDT, Johnson vs. Barney case no. 1:21-CV-141, document number #7 Furthermore, plaintiff, Johnson, complied with every court order to send the defendant's copies of complaint's, summons, and what ever the court directed plaintiff to do and have copy of receipt for proof of mailing to the clerk of court of the related case such as, Johnson vs. Little and Johnson vs. Hill, Further more, the court did not ordered the plaintiff, Johnson, to served defendant's, Barney, Spriggs, Joseph, Little, Eachus, Setty, Fri, Rush, Hill, J. Duff, and three John and Jane Doe supplemental complaint after the initial report and recommendation and the consolidation orders in 3, separate action that were subsequently consolidated in to the above-captioned action, Review, Doc.# 6, #7, #12, #14, #15, #13, #7, #11.

Conclusion,
Plaintiff, Johnson, ask the court to clarify the docket for case no. 1:21-CV-141, Johnson vs. Barney, case no. 1:21-CV-171, Johnson vs. Little, case no. 1:21-CV-155, Johnson vs. Hill, case no. 1:21-CV-3, Johnson vs. Osborne,

Memorandum in Support

**Michael L Johnson, 515-853**
TOLEDO CORRECTIONAL INSTITUTION
P. O. BOX 80033
2001 EAST CENTRAL AVENUE
TOLEDO, OH 43608

Certification,
Plaintiff, Johnson, have not received docket for the case no. 1:21-cv-141, Johnson vs. Barney, or any of the cases related to this case, Johnson vs. Barney subsequently consolidated into the above-captioned action.

Certificate of Service,
I here by certify that the fore going plaintiff motion to clarify the docket for case no. 1:21-cv-141, Johnson vs. Barney, were sent by regular U.S mail at the toledo correctional institution mail box 9-27-2021, to the United States District Court at clerk of court, 100 East fifth Street, Proom# 103 Cincinnati, ohio 45202.

Signature: Michael L. Johnson #A515-853
Toledo Correctional Institution
P.O. Box 80033
2001 EAST CENTRAL AVENUE
Toledo, ohio 43608

Johnson
vs.
Barney
Case no. 1:21-cv-141

Michael L. Johnson #A515-853
Toledo Correctional Institution
P.O. Box 80033
2001 East Central Avenue
Toledo, OHIO 43608

TOCI METROPLEX
INMATE MAIL



U.S. POSTAGE >> PITNEY BOWES

ZIP 43608 $ 000.53⁰
02 4W
0000374782 OCT 07 2021

Clerk of Court
United States District Court
Southern District of OHIO
100 East Fifth Street, Room #103
Cincinnati, OHIO 45202

4520283976