

United States District Court
Southern District of Ohio
Western Division

Michael L. Johnson
Plaintiff, pro se,

vs.

Brian Barney, et al.,
Defendant,

Case no. 1:21-cv-141
Judge, Mcfarland
Magistrate Judge, Bowman

Motion for leave to file
An Amended
Complaint

Now comes plaintiff Michael L. Johnson, pro se, pursuant to Rules 15 (a) And 19 (a), Federal Rules of Civil Procedure, requests leave to file An Amended Complaint Adding A party.

1. The plaintiff in his original complaint named A Jane Doe defendant.

2. Since the filing of the complaint the plaintiff has determined that the name of the Jane Doe defendant is laura Hart in which you refer to Jane Doe, are Amended to reflect the identity And the Actions of nurse

3. This court should grant leave freely to Amend A complaint. Forman vs Davis, 371 U.S. 178, 182 (1962).

Conclusion,
The Jane Doe defendant named as red hair nurse in Johnson vs. Hill, case no. 1:21-cv-155 is in fact laura Hart.

Certificate of Service,
I here by certify that the fore going plaintiff Motion for leave to file An Amended complaint, were sent by regular U.S mail at the institution mail box on 11-30-2021 to the united states District court at clerk of court, 100 East fifth Street, Proom # 103
Cincinnati, ohio 45202

Signature: Michael L. Johnson # A515-853
Toledo Correctional Institution
P.O. box 80033
2001 East Central Avenue
Toledo, ohio 43608

Johnson
vs.
Barney
case no. 1:21-cv-141

Respectfully Submitted On
November 30, 2021

FILED
RICHARD W. NAGEL
CLERK OF COURT
'21 DEC 17 AM 10: 52
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

