Case: 1:21-cv-00141-JPH-KLL Doc #: 30 Filed: 12/21/21 Page: 1 of 2  PAGEID #: 362

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,                                          Case No. 1:21-cv-141
     Plaintiff,                                                 McFarland, J.
                                                                    Litkovitz, M.J.
vs.

BRIAN BARNEY, et al.,                                        **ORDER**
     Defendants.

This matter is before the Court on plaintiff's Motion to Issue Service (Doc. 28) and

Motion for Leave to File an Amended Complaint (Doc. 29).  In his Motion to Issue Service,

plaintiff identifies Laura Hart as one of three John/Jane Doe defendants named in S.D. Ohio case

number 21-cv-155 and provides completed summons and United States Marshal forms.  The

motion is consistent with the order of the Court entered prior to consolidation with the above-

captioned case.  *See* S.D. Ohio case number 21-cv-155 (Doc. 6 at PAGEID 78; Doc. 10 at

PAGEID 109 n.1).

Plaintiff also moves to amend his complaint to add a party consistent with this

identification.  The Court is to "freely give leave [to amend a pleading] when justice so

requires."  Fed. R. Civ. P. 15(a)(2).

**IT IS THEREFORE ORDERED THAT**:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 29) is **GRANTED**,
   and plaintiff's complaint in S.D. Ohio case number 21-cv-155 is hereby amended to
   add Laura Hart as a party defendant;

2. Plaintiff's Motion to Issue Service (Doc. 28) is **GRANTED**; and

3. The United States Marshal serve a copy of the complaint in S.D. Ohio case number
   21-cv-155, summons, the Order granting plaintiff leave to proceed in forma pauperis,

and this Order upon Laura Hart, with all costs of service advanced by the United States.


Date: _12/20/2021_

_Karen L. Litkovitz_
Karen L. Litkovitz
Chief United States Magistrate Judge