## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| v. | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, *et al.*** | : | |
| | : | |
| **Defendants.** | : | |

### INTERESTED PARTY, STATE OF OHIO'S MEMORANDUM OPPOSING PLAINTIFF'S DECLARATION FOR ENTRY OF DEFAULT [DOC. 54]

NOW COMES Interested Party, State of Ohio, by and through counsel, and hereby states its opposition to Plaintiff's request for an entry of default against Defendant, J. Neff.[1]  [Doc. 54].

Plaintiff claims in his numerous complaints that "J. Neff" is or was an employee of the Ohio Department of Rehabilitation and Correction."  On or about December 8, 2021, a summons and complaint was delivered via United States certified mail to the Southern Ohio Correctional Facility ("SOCF") and addressed to defendant "J.Neff."  [Doc. 40 at PageID # 434].

On January 27, 2022, a representative of SOCF returned the service packet addressed to "J. Neff" at the SOCF address, indicating "J. Neff" was not a current employee of SOCF, and therefore SOCF could not accept service of the summons and complaint on behalf of "J. Neff" as it did not have authority to do so.  [Doc. 46 at PageID # 458].  As such, the Court acknowledged

---

[1] [1] Under R.C. § 109.361, the Ohio Attorney General may appear in any civil action in order to protect the interest of the State of Ohio.  Such appearance does not waive personal service and any defenses available at law.  Here, Plaintiff indicated he is suing "J. Neff," whom he claims to be an employee, representative, or servant of the Ohio Department of Rehabilitation and Correction ("ODRC").  This constitutes the State's interest.

that Defendant "J. Neff" has not been properly served with the summons and complaint. [Doc. 46 at PageID #457].

Consequently, Plaintiff has requested that an entry of default be issued against Defendant "J. Neff" mistakenly believing that "J. Neff" has been properly served. [Doc. 54]. Because Defendant "J. Neff" has not been properly served with the summons and complaint, let alone properly identified, this Court cannot issue an entry declaring "J. Neff" to be in default. As such, Plaintiff's request for default should be denied.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/  D. Chadd McKitrick
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7661
Fax:    (866) 359-3383
Daniel.McKitrick@OhioAGO.gov

*Counsel for Defendants and*
*Interested Party, State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *INTERESTED PARTY, STATE OF OHIO'S, MEMORANDUM IN OPPOSITION OF PLAINTIFF'S DECLARATION FOR ENTRY OF DEFAULT* was electronically filed on March 18, 2022, and was sent by regular, first-class mail to:

Michael L. Johnson, #A515-853
Toledo Correctional Institution
P.O. Box 80033
Toledo, Ohio 43608

*/s/ D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General