FILED
RICHARD W. NAGEL
CLERK OF COURT

22 APR 11 PM 12:51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States District Court
Southern District of Ohio
Western Division

Case No. 1:21-CV-141

Michael L. Johnson, pro Se,
Plaintiff

VS.

Brian Barney, et Al.,
defendant

Judge, McFarland
Magistrate Judge, Litkovitz

## Plaintiff Motion to Strike

Now Comes Michael L. Johnson, pro Se, plaintiff Respectfully Submit motion to Strike defendant memorandum in opposition of plaintiff Declaration for Entry of Default Against, j. Neff, Doc.#54 The reason in Support of this motion Are Set forth in the Attached memorandum.

## Memorandum in Support

Plaintiff, Michael L. Johnson, An inmate Currently At the toledo Correctional Institution, is under the Custody And Control of the Ohio Department of Rehabilitation And Correction. bringing various Claims Against defendants who employed At

Southern Ohio Correctional Institution

The defendant moved for a motion of the interested party, State of Ohio Memorandum opposing plaintiff declaration for entry of default, Doc. 54

In Civil litigation, without a Court order directing so, a reply or response to an answer is not a permitted pleading. Fed. R. Civ. p. 7 ,a, 2. Defendant has not sought leave to file such a pleading, and the Court has not directed him to do so. This document contains legal and factual arguments that are not appropriate in the pleading stage of litigation.

Thus, plaintiff request that the document be Stricken from the record under the Authority of Fed. R. Civ. p. 12 ,f, which provides that an immaterial or impertinent matter may be Struck from the record.

The pleadings were effectively closed with the filing of plaintiff declaration for entry of

default., Doc.54,
No motion has been filed by the defendant, jeff from counsel, McKitrick, seeking leave of court to file a response or reply to the plaintiff declaration for entry of default., Doc.54, and no order has been docketed by the court permitting such a filing.

Conclusion,

Wherefore, for the foregoing reasons, plaintiff respectfully request that defendant, interested party, State of Ohio Memorandum opposing plaintiff declaration for entry of default Doc.54 is stricken from the record, pursuant to the power and authority of the court under Fed. R. Civ. P. 12 f, 2,

Certificate of Service,

I hereby certify that the following plaintiff motion to strike was placed in the toledo Correctional Institution mail box on 3.29.2022

And was sent by regular U.S mail to the United States District Court At Clerk of Court, 100 East Fifth Street, Room # 103, Cincinnati, Ohio 45202
Signature: Michael L. Johnson #A515-853
Toledo Correctional Institution
P.O Box 80033
2001 East Central Avenue
Toledo, Ohio 43608

Michael L. Johnson #A515353
Toledo Correctional Institution
P.O Box 80033
2001 EAST Central Avenue
Toledo, Ohio 43608

TOCI
UNMAILED MAIL

US POSTAGE PITNEY BOWES

ZIP 43608 $ 001.56⁰
02 4W
0000374782 APR 07 2022

Clerk of Court
United States District Court
Southern District of Ohio
100 EAST Fifth Street, Room#103
Cincinnati, Ohio 45202