**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, *et al*.** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS', AND INTERESTED PARTY, STATE OF OHIO'S NOTICE OF FILING EXHIBIT A, DECLARATION OF ROGER WILSON, IN SUPPORT OF THEIR FORTHCOMING FIRST MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOW COME the defendants, Brian Barney, Scott Spriggs, Garth Fri, Robert Setty, Kristal Little, Jeremy Eaches, Jason Joseph, Lauren Hart, and Teresa Hill, by and through counsel, and hereby respectfully file the attached Exhibit A, Declaration of Roger Wilson, to be used in support of their forthcoming First Motion for Summary Judgment.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/  D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General
Criminal Justice Section,
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7661
Fax:    (866) 359-3383
Daniel.McKitrick@OhioAGO.gov

*Trial Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS', AND INTERESTED PARTY, STATE OF OHIO'S NOTICE OF FILING EXHIBIT A, DECLARATION OF ROGER WILSON, IN SUPPORT OF THEIR FORTHCOMING FIRST MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES  was electronically filed on August 9, 2022, and was sent by prepaid, U.S. Mail to:

> Michael L. Johnson, #A515-853
> Toledo Correctional Institution
> P.O. Box 80033
> Toledo, Ohio 43608

> */s/  D. Chadd McKitrick*
> D. CHADD MCKITRICK (0073750)
> Senior Assistant Attorney General