## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney,** *et al*. | : | |
| | : | |
| **Defendants.** | : | |

### DECLARATION OF CHIEF DEPUTY INSPECTOR ROGER WILSON

I, Roger Wilson, pursuant to 28 U.S.C. 1746, make this unsworn declaration, under the

penalty of perjury and declare that the statements made below are true:

1. I have personal knowledge of the information set forth in this unsworn declaration, and I am competent to testify as to the matters stated herein.

2. I am currently employed by the Ohio Department of Rehabilitation and Correction ("ODRC") as a Deputy Chief Inspector with the Office of the Chief Inspector. I have thirty-three (33) years of experience in the area of corrections, of which seven (7) of those years I have been assigned to the Chief Inspector's Office wherein five (5) of those years I served as ODRC's Chief Inspector.

3. As part of my job duties with the Chief Inspector's Office, I handle appeals to the ODRC Chief Inspector's Office from incarcerated individuals as proscribed in Section 5120-9-31(J)(3) of the Ohio Administrative Code (also known as "Step 3" of the Grievance procedure). In addition, I am an approved records custodian of the records of said appeals and direct grievances from incarcerated individuals. Said records are indexed by, *inter alia*, the name and number of the incarcerated individual who pursued the grievances and/or appeals. Because of my duties as the former Chief Inspector and currently a Deputy Chief Inspector, I have personal knowledge of the matters set forth herein.

4. The ODRC maintains a grievance procedure that is available to all incarcerated individuals regardless of their disciplinary and/or housing status. *See* O.A.C. 5120-9-31(D). This procedure allows incarcerated individuals to seek administrative relief within ODRC and address their complaints regarding any aspect of institutional life that directly and personally affects them. This may include complaints regarding policies, procedures, conditions of confinement, and/or actions of institutional staff. *See* O.A.C. 5120-9-31(A).

Page 1 of 4

**DEFENDANTS' MSJ  EXHIBIT A**

In order to exhaust all available administrative remedies available through ODRC and its grievance procedure, an incarcerated individual must properly and successfully complete three (3) steps, as described herein, within the time frames allotted and in compliance with other rules and regulations pursuant to O.A.C. 5120-9-31.

5. The grievance procedure available to all individuals incarcerated through the ODRC is comprised of three (3) consecutive steps that are expressly proscribed under O.A.C. 5120-9-31(J)(1) through (J)(3). At the first step of the process, an incarcerated individual submits an informal complaint (commonly known as an "ICR") to the direct supervisor of the staff member or the department most directly responsible over the subject matter concerning the inmate within fourteen (14) calendar days of the date of the event giving rise to the complaint.

6. If the incarcerated individual is not satisfied with the response to the ICR, the incarcerated individual must proceed to the second step of the process by filing a formal Notification of Grievance (commonly known as a "NOG") with the Inspector of Institutional Services at the prison where they are confined, or where the subject of the grievance has occurred if the incarcerated individual has been thereafter transferred to another institution. A NOG form must be filed with the Inspector of Institutional Services within fourteen (14) calendar days of the incarcerated individual's receipt of the response to the ICR. Within fourteen (14) calendar days of receipt of the NOG, and after the Institutional Inspector has investigated the matter, the Inspector of Institutional Services shall issue a written response to the incarcerated individual's grievance on a Disposition of Grievance ("DOG") form. *See*, O.A.C. 5120-9-31(J)(2).

7. If the incarcerated individual is still dissatisfied with the response to NOG, the incarcerated individual must proceed to the third step of the process by filing an appeal of the DOG to the ODRC Office of the Chief Inspector within fourteen (14) calendar days of receipt of the DOG. The Office of the Chief Inspector will conduct an investigation, and it will provide the inmate with a written response to the incarcerated individual's appeal within thirty (30) calendar days of the receipt of the appeal. *See*, 5120-9-31(J)(3).

8. In circumstances where the inmate alleges misconduct on the part of the warden or inspector of institutional services at the institution where the inmate is confined, the inmate may initiate a grievance directly with the ODRC Chief Inspector. *See*, O.A.C. 5120-9-31(L). There is no appeal from the Chief Inspector's decision in a direct grievance to the ODRC Chief Inspector. O.A.C. 5120-9-31(L).

9. Informal complaint and grievances must contain specific information, including dates, times, and places involving the event giving rise to the complaint and, if applicable, the name or names of any ODRC or other personnel involved. If an incarcerated individual does not know the identity of the ODRC or other personnel involved, the incarcerated individual may file what is known as a "John/Jane Doe" complaint that shall be specific as to dates, times, places, physical descriptions of any unidentified personnel, and the actions of said personnel giving rise to the complaint. O.A.C. 5120-9-31(J).

**DEFENDANTS' MSJ  EXHIBIT A**

10. An incarcerated individual does not successfully exhaust his or her administrative remedies through the grievance process under O.A.C. 5120-9-31 until the incarcerated individual has completed the first two (2) steps of the process and has received a DOG in response to an appeal to the Office of the Chief Inspector under this three (3) step grievance process.

11. Upon arrival to an ODRC reception institution, all incarcerated individuals are given both written and oral instructions on how to use the inmate grievance procedure, including instructions on appeals to the Office of the Chief Inspector and direct grievances to that office as required by O.A.C. 5120-9-31(C).

12. I have reviewed the entire grievance file of Plaintiff, Michael L. Johnson, #A515-853.

13. I was asked by the Ohio Attorney General's Office to determine if inmate Michael L. Johnson (#A515-853) exhausted his administrative remedies regarding his claims that current or former Southern Ohio Correctional Facility employees Barney, Joseph, and Spriggs used excessive force against Mr. Johnson on March 13, 2019; that, also on March 19, 2019 in a separate incident, former or current Southern Ohio Correctional Facility employees Fri and Neff used excessive force against Mr. Johnson during an escort to the prison infirmary and that Setty, Little, Eaches, and Rush watched as the excessive force was used and did not intervene.

14. Mr. Johnson's grievance history from May 14, 2008 through April 24, 2022 is attached hereto as Attachment 1. According to that document, although Mr. Johnson submitted several ICRs pertaining to an excessive use of force claim, the first Notification of Grievance was received by prison staff on April 11, 2019. See Attachment 2. On May 8, 2019 the SOCF Institutional Inspector provided a comprehensive Disposition of Grievance denying Johnson's grievance. Mr. Johnson was advised that if he chose to appeal the Disposition of Grievance he could request an appeal form from the Inspector of Institutional Service. See Attachment 3.

15. Mr. Johnson failed to appeal the Notice of Grievance Disposition. See Attachment 1. Because he did not submit an appeal, he did not complete the grievance process.

16. Excessive use of force claims are subject to the grievance process pursuant to O.A.C. 5120-9-31(A).

17. Upon arrival to an ODRC reception institution, all incarcerated individuals are given both written and oral instructions on how to use the inmate grievance procedure, including instructions on appeals to the Office of the Chief Inspector and direct grievances to that office as required by O.A.C. 5120-9-31(C).

18. A true and accurate copy of ODRC Form 4141, Inmate Orientation Checklist, signed by Mr. Johnson, is attached hereto. See Attachment 4.

Page 3 of 4

**DEFENDANTS' MSJ  EXHIBIT A**

I, Roger Wilson, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the foregoing statements are true.

Executed on this  29th  day of July, 2022.

_____
Roger Wilson

**DEFENDANTS' MSJ  EXHIBIT A**

5/11/22, 10 51 AM                          https://facility.jpay.com/GrievanceInbox.aspx?page=result



DEFENDANTS' MSJ  EXHIBIT A
Attachment 1



5/11/22, 10:43 AM                                        DOTS-Portal

## Departmental Offender Tracking System Portal
### Ohio Department of Rehabilitation and Correction

**A515853 JOHNSON , MICHAEL**        Help    Logout    Search    Reentry Portal

**Inmate Grievances History – GPL**

Select Offender:  A ∨ [        ] →

**HOME**
**Offender Search**
**Offender Snapshot**
**Portal Index**
Your Signature
Offender Information
SB 52 Tools
Snapshot Views
Juvenile Records
Screen Publications
WOTC System
OJL VC Notification
Job Linkage
OHIO Database
Ex-Offender Jobs
County Jail Database
Offender Detainers
Chaplain Processing

Inmate #:   **A515853**

Name:   **JOHNSON, MICHAEL**

Institution:   **TOCI**

Lock:   **B4/E/0009**

Race:   **BLACK**

DOB:   ▮▮ **1982**

**INCARCERATED – 08/21/2019 – ADMIN. TRANSFER**

Add / View Correspondence

**Use this Institution for Case #:**

TOLEDO CORRECTIONAL INSTITUTION  ∨     Add New Chief Inspector (CI) Grievance

Add New Grievance     Add New ICR

### Please select from below:

| COMPLAINT DATE | INST | CASE # | TYPE | DISPOSITION | DISPOSITION DATE | COMPLAINT CODE |
|---|---|---|---|---|---|---|
| 04/11/2019 | SOCF | SOCF-04-19-000176 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 05/08/2019 | Use of force with no report |
| 04/02/2019 | SOCF | SOCF-04-19-000036 | ICR | | 04/01/2019 | Use of force with no report |
| 04/02/2019 | SOCF | SOCF-04-19-000041 | ICR | | 04/02/2019 | Use of force with no report |
| 04/01/2019 | SOCF | SOCF-04-19-000020 | ICR | | 04/02/2019 | Use of force with no report |
| 04/01/2019 | SOCF | SOCF-04-19-000019 | ICR | | 04/01/2019 | Reported use of force |
| 04/01/2019 | SOCF | SOCF-04-19-000037 | ICR | | 04/01/2019 | Use of force with no report |
| 04/01/2019 | SOCF | SOCF-04-19-000038 | ICR | | 04/01/2019 | Lost, damaged, confiscated by staff |
| 03/25/2019 | SOCF | SOCF-03-19-000202 | ICR | | 03/26/2019 | Other |

DEFENDANTS' MSJ  EXHIBIT A
Attachment 1

5/11/22, 10:43 AM                                                 DOTS-Portal

| 03/25/2019 | SOCF | SOCF-03-19-000201 | ICR | | 03/27/2019 | Failure to respond to communication |
|---|---|---|---|---|---|---|
| 03/13/2019 | SOCF | SOCF-03-19-000117 | ICR | | 03/11/2019 | Other |
| 03/01/2019 | SOCF | SOCF-03-19-000016 | ICR | | 03/04/2019 | Denied item |
| 03/01/2019 | SOCF | SOCF-03-19-000018 | ICR | | 03/04/2019 | Reported use of force |
| 02/19/2019 | SOCF | SOCF-02-19-000105 | ICR | | 02/21/2019 | RIB / Hearing Officer |
| 02/05/2019 | SOCF | SOCF-02-19-000074 | GRIEVANCE | Affirmed | 07/30/2019 | Other |
| 01/28/2019 | SOCF | SOCF-02-19-000004 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 02/04/2019 | Other |
| 01/28/2019 | SOCF | SOCF-02-19-000003 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 02/01/2019 | Other |
| 01/04/2019 | SOCF | SOCF-01-19-000025 | ICR | | 01/09/2019 | Other |
| 12/31/2018 | SOCF | SOCF-12-18-000213 | ICR | | 01/03/2019 | Intimidation / threats |
| 12/31/2018 | SOCF | SOCF-12-18-000216 | ICR | | 01/02/2019 | Other |
| 12/31/2018 | SOCF | SOCF-12-18-000215 | ICR | | 01/03/2019 | Failure to perform job duties |
| 12/31/2018 | SOCF | SOCF-12-18-000214 | ICR | | 01/03/2019 | Other |
| 12/18/2018 | SOCF | SOCF-12-18-000144 | ICR | | 12/19/2018 | Denial of phone privilege |
| 12/12/2018 | SOCF | SOCF-12-18-000098 | ICR | | 12/12/2018 | Reported use of force |
| 11/19/2018 | SOCF | SOCF-11-18-000158 | ICR | | 11/20/2018 | Privileges |
| 11/02/2018 | SOCF | SOCF-11-18-000034 | ICR | | 11/05/2018 | Other |
| 11/01/2018 | SOCF | SOCF-11-18-000020 | ICR | | 11/02/2018 | Other |
| 10/26/2018 | SOCF | SOCF-10-18-000273 | ICR | | 10/29/2018 | Other |
| 10/25/2018 | SOCF | SOCF-10-18-000264 | ICR | | 11/01/2018 | Other |
| 10/10/2018 | SOCF | SOCF-10-18-000103 | ICR | | 10/11/2018 | Other |
| 10/10/2018 | SOCF | SOCF-10-18-000104 | ICR | | 10/11/2018 | Failure to perform job duties |
| 09/28/2018 | SOCF | SOCF-09-18-000225 | ICR | | 10/05/2018 | Other |
| 09/05/2018 | SOCF | SOCF-09-18-000023 | ICR | | 09/10/2018 | Other |
| 09/05/2018 | SOCF | SOCF-09-18-000022 | ICR | | 09/11/2018 | Other |
| 09/05/2018 | SOCF | SOCF-09-18-000021 | ICR | | 09/07/2018 | Improper / |

**DEFENDANTS' MSJ  EXHIBIT A**
**Attachment 1**

5/11/22, 10:43 AM                                        DOTS-Portal

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | inadequate medical care |
| 08/29/2018 | SOCF | SOCF-08-18-000238 | ICR |  | 08/29/2018 | Other |
| 08/28/2018 | SOCF | SOCF-08-18-000221 | ICR |  | 08/28/2018 | Delay / failure in delivery |
| 08/15/2018 | SOCF | SOCF-08-18-000222 | GRIEVANCE | Affirmed | 10/15/2018 | Other |
| 08/15/2018 | SOCF | SOCF-08-18-000195 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 08/23/2018 | Other |
| 08/15/2018 | SOCF | SOCF-08-18-000193 | GRIEVANCE | Affirmed | 10/15/2018 | Other |
| 08/06/2018 | SOCF | SOCF-08-18-000044 | ICR |  | 08/06/2018 | Other |
| 08/03/2018 | SOCF | SOCF-08-18-000036 | ICR |  | 08/06/2018 | Other |
| 08/01/2018 | SOCF | SOCF-08-18-000003 | ICR |  | 08/01/2018 | Other |
| 07/26/2018 | SOCF | SOCF-07-18-000247 | ICR |  | 07/26/2018 | Other |
| 07/26/2018 | SOCF | SOCF-07-18-000269 | ICR |  | 07/26/2018 | Instrument overdue |
| 07/25/2018 | SOCF | SOCF-07-18-000231 | ICR |  | 07/25/2018 | Delay / failure in sending |
| 07/13/2018 | SOCF | SOCF-07-18-000140 | ICR |  | 07/13/2018 | Other |
| 07/13/2018 | SOCF | SOCF-07-18-000139 | ICR |  | 07/13/2018 | Other |
| 07/13/2018 | SOCF | SOCF-07-18-000138 | ICR |  | 07/13/2018 | Other |
| 07/11/2018 | SOCF | SOCF-07-18-000100 | ICR |  | 07/12/2018 | Other |
| 07/05/2018 | SOCF | SOCF-07-18-000035 | ICR |  | 07/10/2018 | Failure to respond to communication |
| 07/05/2018 | SOCF | SOCF-07-18-000038 | ICR |  | 07/10/2018 | Other |
| 07/05/2018 | SOCF | SOCF-07-18-000034 | ICR |  | 07/10/2018 | Denial of phone privilege |
| 07/05/2018 | SOCF | SOCF-07-18-000037 | ICR |  | 07/10/2018 | Other |
| 07/05/2018 | SOCF | SOCF-07-18-000036 | ICR |  | 07/07/2018 | Failure to respond to communication |
| 04/23/2018 | SOCF | SOCF-04-18-000229 | ICR |  | 04/24/2018 | Other |
| 04/10/2018 | SOCF | SOCF-04-18-000120 | ICR |  | 04/11/2018 | Lost, damaged, confiscated by staff |
| 04/04/2018 | SOCF | SOCF-04-18-000156 | GRIEVANCE | Affirmed | 06/05/2018 | Reported use of force |
| 03/28/2018 | SOCF | SOCF-03-18-000258 | ICR |  | 03/29/2018 | Reported use of force |
| 03/22/2018 | SOCF | SOCF-03-18-000200 | ICR |  | 03/24/2018 | Reported use of force |
| 03/22/2018 | SOCF | SOCF-03-18-000199 | ICR |  | 03/21/2018 | Improper / |

**DEFENDANTS' MSJ  EXHIBIT A**

**Attachment 1**

5/11/22, 10:43 AM                                                      DOTS-Portal

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | inadequate medical care |
| 03/14/2018 | SOCF | SOCF-03-18-000133 | ICR | | 03/20/2018 | Reported use of force |
| 12/18/2017 | SOCF | SOCF-12-17-000200 | ICR | | 12/18/2017 | Denied commissary privileges |
| 12/07/2017 | SOCF | SOCF-12-17-000215 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 12/19/2017 | Postage charges |
| 12/06/2017 | SOCF | SOCF-12-17-000210 | GRIEVANCE | Affirmed | 02/23/2018 | RIB / Hearing Officer |
| 11/29/2017 | SOCF | SOCF-11-17-000296 | ICR | | 11/29/2017 | Other |
| 11/27/2017 | SOCF | SOCF-11-17-000259 | ICR | | 11/30/2017 | Other |
| 11/16/2017 | SOCF | SOCF-11-17-000177 | ICR | | 11/22/2017 | Other |
| 11/16/2017 | SOCF | SOCF-11-17-000162 | ICR | | 11/16/2017 | Denied commissary privileges |
| 11/16/2017 | SOCF | SOCF-11-17-000176 | ICR | | 11/22/2017 | Denied commissary privileges |
| 11/16/2017 | SOCF | SOCF-11-17-000178 | ICR | | 11/20/2017 | Postage charges |
| 10/31/2017 | SOCF | SOCF-10-17-000310 | ICR | | 11/01/2017 | Other |
| 10/24/2017 | SOCF | SOCF-10-17-000230 | ICR | | 10/31/2017 | RIB / Hearing Officer |
| 10/24/2017 | SOCF | SOCF-10-17-000231 | ICR | | 10/25/2017 | Reported use of force |
| 10/20/2017 | SOCF | SOCF-10-17-000200 | ICR | | 10/20/2017 | RIB / Hearing Officer |
| 10/12/2017 | SOCF | SOCF-10-17-000122 | ICR | | 10/13/2017 | RIB / Hearing Officer |
| 10/12/2017 | SOCF | SOCF-10-17-000121 | ICR | | 10/16/2017 | Other |
| 10/06/2017 | SOCF | SOCF-10-17-000080 | ICR | | 10/11/2017 | RIB / Hearing Officer |
| 09/27/2017 | SOCF | SOCF-10-17-000100 | GRIEVANCE | Affirmed | 01/16/2018 | Lost, damaged, confiscated by staff |
| 09/08/2017 | SOCF | SOCF-09-17-000072 | ICR | | 09/14/2017 | Failure to perform job duties |
| 09/08/2017 | SOCF | SOCF-09-17-000073 | ICR | | 09/12/2017 | Lost, damaged, confiscated by staff |
| 08/18/2017 | SOCF | SOCF-08-17-000216 | ICR | | 08/18/2017 | Retaliation for voicing complaints |
| 08/18/2017 | SOCF | SOCF-08-17-000217 | ICR | | 08/18/2017 | Other |
| 08/17/2017 | SOCF | SOCF-08-17-000207 | ICR | | 08/17/2017 | Lost, damaged, confiscated by staff |
| 08/08/2017 | SOCF | SOCF-08-17-000079 | ICR | | 08/15/2017 | Other |
| 08/08/2017 | SOCF | SOCF-08-17-000078 | ICR | | 08/08/2017 | Lost, damaged, confiscated by staff |
| 07/17/2017 | SOCF | SOCF-07-17-000145 | ICR | | 07/17/2017 | Retaliation for |

DEFENDANTS' MSJ  EXHIBIT A
Attachment 1

　　　　　　　　　　　　　　　DOTS-Portal

| | | | | |
|---|---|---|---|---|
| | | | | filing grievance |
| 07/14/2017 | SOCF | SOCF-07-17-000136 ICR | 07/17/2017 | Intimidation / threats |
| 07/14/2017 | SOCF | SOCF-07-17-000135 ICR | 07/17/2017 | Reported use of force |
| 07/11/2017 | SOCF | SOCF-07-17-000067 ICR | 07/12/2017 | RIB / Hearing Officer |
| 07/11/2017 | SOCF | SOCF-07-17-000065 ICR | 07/12/2017 | Reported use of force |
| 07/11/2017 | SOCF | SOCF-07-17-000066 ICR | 07/12/2017 | RIB / Hearing Officer |
| 07/11/2017 | SOCF | SOCF-07-17-000068 ICR | 07/12/2017 | Other |
| 07/11/2017 | SOCF | SOCF-07-17-000063 ICR | 07/12/2017 | Reported use of force |
| 07/11/2017 | SOCF | SOCF-07-17-000062 ICR | 07/12/2017 | Other |
| 06/28/2017 | SOCF | SOCF-06-17-000344 ICR | 06/29/2017 | Other |
| 06/28/2017 | SOCF | SOCF-06-17-000343 ICR | 06/29/2017 | Access / Delay in receiving medical care |
| 06/28/2017 | SOCF | SOCF-06-17-000342 ICR | 06/29/2017 | Other |
| 06/27/2017 | SOCF | SOCF-06-17-000315 ICR | 06/30/2017 | Separate appeal process |
| 06/26/2017 | SOCF | SOCF-06-17-000314 ICR | 06/29/2017 | Other |
| 06/08/2017 | SOCF | SOCF-06-17-000093 ICR | 06/09/2017 | Other |
| 06/08/2017 | SOCF | SOCF-06-17-000094 ICR | 06/09/2017 | RIB / Hearing Officer |
| 06/08/2017 | SOCF | SOCF-06-17-000095 ICR | 06/12/2017 | Other |
| 06/06/2017 | SOCF | SOCF-06-17-000040 ICR | 06/06/2017 | Other |
| 06/05/2017 | SOCF | SOCF-06-17-000041 ICR | 06/06/2017 | RIB / Hearing Officer |
| 06/05/2017 | SOCF | SOCF-06-17-000039 ICR | 06/06/2017 | Intimidation / threats |
| 05/25/2017 | SOCF | SOCF-05-17-000348 ICR | 05/25/2017 | Separate appeal process |
| 05/01/2017 | SOCF | SOCF-05-17-000020 ICR | 05/02/2017 | Improper / inadequate medical care |
| 05/01/2017 | SOCF | SOCF-05-17-000019 ICR | 05/02/2017 | Received soiled / damaged linen |
| 05/01/2017 | SOCF | SOCF-05-17-000021 ICR | 05/02/2017 | Intimidation / threats |
| 04/27/2017 | SOCF | SOCF-04-17-000342 ICR | 04/28/2017 | Failure to perform job duties |
| 04/27/2017 | SOCF | SOCF-04-17-000343 ICR | 04/28/2017 | Use of force with no report |
| 04/19/2017 | SOCF | SOCF-04-17-000233 ICR | 04/19/2017 | Use of force with |

**DEFENDANTS' MSJ  EXHIBIT A**

**Attachment 1**

5/11/22, 10:43 AM                                                DOTS-Portal

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | no report |
| 04/19/2017 | SOCF | SOCF-04-17-000223 | ICR | | 04/26/2017 | Denied exchange |
| 03/20/2017 | SOCF | SOCF-03-17-000322 | GRIEVANCE Affirmed | | 05/17/2017 | Denied exchange |
| 03/20/2017 | SOCF | SOCF-03-17-000302 | GRIEVANCE Affirmed | | 07/20/2017 | Other |
| 03/08/2017 | SOCF | SOCF-03-17-000102 | ICR | | 03/14/2017 | Reported use of force |
| 03/08/2017 | SOCF | SOCF-03-17-000101 | ICR | | 03/08/2017 | Failure to perform job duties |
| 02/24/2017 | SOCF | SOCF-02-17-000260 | ICR | | 02/27/2017 | Other |
| 02/24/2017 | SOCF | SOCF-02-17-000261 | ICR | | 03/01/2017 | Denied exchange |
| 02/15/2017 | SOCF | SOCF-02-17-000161 | ICR | | 02/16/2017 | Lost, damaged, confiscated by staff |
| 02/15/2017 | SOCF | SOCF-02-17-000160 | ICR | | 02/16/2017 | Reported use of force |
| 02/02/2017 | SOCF | SOCF-02-17-000015 | ICR | | 02/03/2017 | Reported use of force |
| 01/23/2017 | SOCF | SOCF-01-17-000236 | ICR | | 01/24/2017 | Other |
| 11/18/2016 | SOCF | SOCF-11-16-000167 | ICR | | 12/05/2016 | Denied commissary privileges |
| 11/16/2016 | SOCF | SOCF-11-16-000138 | ICR | | 11/16/2016 | Insufficient quantities |
| 10/25/2016 | SOCF | SOCF-10-16-000233 | ICR | | 10/26/2016 | Denial of phone privilege |
| 10/25/2016 | SOCF | SOCF-10-16-000232 | ICR | | 11/02/2016 | Other |
| 10/20/2016 | SOCF | SOCF-10-16-000208 | ICR | | 10/20/2016 | Denial of phone privilege |
| 10/20/2016 | SOCF | SOCF-10-16-000207 | ICR | | 10/20/2016 | Denial of phone privilege |
| 10/12/2016 | SOCF | SOCF-10-16-000143 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 10/14/2016 | Improper / inadequate medical care |
| 09/19/2016 | SOCF | SOCF-09-16-000171 | ICR | | 09/26/2016 | Lost, damaged, confiscated by staff |
| 09/13/2016 | SOCF | SOCF-09-16-000150 | ICR | | 09/13/2016 | Placement |
| 09/06/2016 | SOCF | SOCF-09-16-000067 | ICR | | 09/06/2016 | Improper / inadequate medical care |
| 09/06/2016 | SOCF | SOCF-09-16-000072 | ICR | | 09/06/2016 | Intimidation / threats |
| 09/06/2016 | SOCF | SOCF-09-16-000033 | ICR | | 09/06/2016 | Separate appeal process |
| 08/31/2016 | SOCF | SOCF-09-16-000015 | ICR | | 08/31/2016 | Other |
| 08/30/2016 | SOCF | SOCF-09-16-000117 | GRIEVANCE Affirmed | | 11/08/2016 | Failure to perform job duties |
| 08/26/2016 | SOCF | SOCF-08-16-000357 | ICR | | 08/26/2016 | Denied permission |

**DEFENDANTS' MSJ EXHIBIT A**

**Attachment 1**

5/11/22, 10:43 AM                                                                    DOTS-Portal

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | to receive / possess |
| 08/17/2016 | SOCF | SOCF-08-16-000256 | ICR | | 08/17/2016 | Other |
| 08/16/2016 | SOCF | SOCF-08-16-000243 | ICR | | 08/16/2016 | Unprofessional conduct |
| 08/11/2016 | SOCF | SOCF-08-16-000336 | GRIEVANCE | Affirmed | 10/07/2016 | Legal assistance |
| 08/10/2016 | SOCF | SOCF-08-16-000149 | ICR | | 08/12/2016 | Failure to perform job duties |
| 08/08/2016 | SOCF | SOCF-08-16-000255 | GRIEVANCE | Affirmed | 11/08/2016 | Failure to perform job duties |
| 07/26/2016 | SOCF | SOCF-07-16-000245 | ICR | | 07/29/2016 | Legal assistance |
| 07/26/2016 | SOCF | SOCF-07-16-000246 | ICR | | 07/27/2016 | Failure to perform job duties |
| 07/12/2016 | SOCF | SOCF-07-16-000105 | ICR | | 07/15/2016 | |
| 07/11/2016 | SOCF | SOCF-07-16-000191 | GRIEVANCE | Affirmed | 08/02/2016 | Denial / inadequate treatment |
| 07/07/2016 | SOCF | SOCF-07-16-000154 | GRIEVANCE | Affirmed | 08/29/2016 | Dirty living quarters / work areas |
| 06/15/2016 | SOCF | SOCF-06-16-000176 | ICR | | 06/17/2016 | Unsafe living areas |
| 06/15/2016 | SOCF | SOCF-06-16-000177 | ICR | | 06/17/2016 | Cell / bed assignment |
| 06/13/2016 | SOCF | SOCF-06-16-000195 | GRIEVANCE | DENIED - Not within the time limits | 06/16/2016 | Postage charges |
| 05/19/2016 | SOCF | SOCF-05-16-000197 | ICR | | 05/24/2016 | Charged for item not received |
| 05/10/2016 | SOCF | SOCF-05-16-000080 | ICR | | 05/24/2016 | Postage charges |
| 04/26/2016 | SOCF | SOCF-04-16-000240 | ICR | | 04/26/2016 | Other |
| 04/26/2016 | SOCF | SOCF-04-16-000226 | ICR | | 04/29/2016 | Other |
| 04/13/2016 | SOCF | SOCF-04-16-000103 | ICR | | 04/27/2016 | Other |
| 04/13/2016 | SOCF | SOCF-04-16-000102 | ICR | | 04/15/2016 | Unprofessional conduct |
| 04/11/2016 | SOCF | SOCF-04-16-000132 | GRIEVANCE | Affirmed | 06/03/2016 | Failure to perform job duties |
| 04/11/2016 | SOCF | SOCF-04-16-000134 | GRIEVANCE | Affirmed | 06/14/2016 | Unprofessional conduct |
| 04/11/2016 | SOCF | SOCF-04-16-000076 | ICR | | 04/11/2016 | Other |
| 03/29/2016 | SOCF | SOCF-04-16-000092 | GRIEVANCE | Affirmed | 06/08/2016 | Reported use of force |
| 03/07/2016 | SOCF | SOCF-03-16-000089 | ICR | | 03/07/2016 | Intimidation / threats |
| 03/02/2016 | SOCF | SOCF-03-16-000017 | ICR | | 03/10/2016 | Other |
| 03/02/2016 | SOCF | SOCF-03-16-000018 | ICR | | 03/08/2016 | Unprofessional |

**DEFENDANTS' MSJ  EXHIBIT A**

**Attachment 1**

5/11/22, 10:43 AM                                                                                   DOTS-Portal

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | conduct |
| 02/26/2016 | SOCF | SOCF-02-16-000286 | ICR |  | 02/26/2016 | Reported use of force |
| 02/26/2016 | SOCF | SOCF-02-16-000285 | ICR |  | 02/26/2016 | Harassment |
| 11/27/2015 | CI | CI-11-15-000033 | GRIEVANCE | DENIED | 12/22/2015 | Failure to perform assigned duties |
| 11/27/2015 | CI | CI-11-15-000034 | GRIEVANCE | DENIED | 12/22/2015 | Institution operations/policies |
| 10/26/2015 | SOCF | SOCF-10-15-000282 | GRIEVANCE | Affirmed | 12/21/2015 | Reported use of force |
| 10/26/2015 | SOCF | SOCF-10-15-000281 | GRIEVANCE | Affirmed | 11/23/2015 | Other |
| 04/28/2014 | SOCF | SOCF-05-14-000002 | GRIEVANCE | Affirmed | 06/23/2014 | Denied item |
| 03/13/2014 | OSP | OSP-03-14-000033 | GRIEVANCE | Affirmed | 05/19/2014 | Other |
| 03/10/2014 | OSP | OSP-03-14-000047 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 04/02/2014 | Reported use of force |
| 03/10/2014 | OSP | OSP-03-14-000048 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 04/02/2014 | Failure to perform job duties |
| 02/27/2014 | OSP | OSP-03-14-000030 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 03/27/2014 | Unprofessional conduct |
| 12/19/2013 | OSP | OSP-12-13-000123 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/16/2014 | Delay / failure in sending |
| 12/17/2013 | OSP | OSP-12-13-000122 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 01/13/2014 | Failure to follow policies |
| 12/06/2013 | OSP | OSP-12-13-000052 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 12/23/2013 | Other |
| 11/29/2013 | OSP | OSP-12-13-000050 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 12/13/2013 | RIB / Hearing Officer |
| 10/01/2013 | OSP | OSP-10-13-000044 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 10/11/2013 | Reported use of force |
| 10/01/2013 | OSP | OSP-10-13-000045 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 10/11/2013 | Reported use of force |
| 08/13/2013 | OSP | OSP-08-13-000051 | GRIEVANCE | DENIED - False Claim | 08/14/2013 | Racial or ethnic slurs |
| 07/08/2013 | OSP | OSP-07-13-000032 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 08/01/2013 | Failure to respond to communication |
| 06/20/2013 | OSP | OSP-06-13-000099 | GRIEVANCE | Affirmed | 07/23/2013 | Delay / failure in delivery |
| 04/03/2013 | OSP | OSP-04-13-000023 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 04/10/2013 | Delay / failure in delivery |

DEFENDANTS' MSJ  EXHIBIT A
Attachment 1

5/11/22, 10:43 AM                                                    DOTS-Portal

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/30/2013 | OSP | OSP-02-13-000021 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 02/15/2013 | Unprofessional conduct |
| 01/30/2013 | OSP | OSP-02-13-000022 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 02/15/2013 | Unprofessional conduct |
| 12/14/2012 | OSP | OSP-12-12-000087 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/04/2013 | Unprofessional conduct |
| 11/30/2012 | OSP | OSP-12-12-000041 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 12/21/2012 | Other |
| 11/30/2012 | OSP | OSP-12-12-000042 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 12/21/2012 | Other |
| 07/19/2012 | OSP | OSP-07-12-000192 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 08/07/2012 | RIB / Hearing Officer |
| 07/19/2012 | OSP | OSP-07-12-000193 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 08/07/2012 | RIB / Hearing Officer |
| 07/09/2012 | OSP | OSP-07-12-000121 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 07/27/2012 | Failure to perform job duties |
| 06/01/2012 | OSP | OSP-06-12-000010 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 06/05/2012 | Failure to perform job duties |
| 06/01/2012 | OSP | OSP-06-12-000008 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 06/15/2012 | Failure to perform job duties |
| 06/01/2012 | OSP | OSP-06-12-000009 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 06/15/2012 | Delay / failure in delivery |
| 05/10/2012 | OSP | OSP-05-12-000020 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 06/05/2012 | Retaliation for filing grievance |
| 05/10/2012 | OSP | OSP-05-12-000019 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 06/05/2012 | Retaliation for filing grievance |
| 01/03/2012 | OSP | OSP-01-12-000025 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 01/24/2012 | Handling of legal mail |
| 01/03/2012 | OSP | OSP-01-12-000026 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 01/24/2012 | Retaliation for filing grievance |
| 12/27/2011 | OSP | OSP-01-12-000018 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 01/24/2012 | Damaged or missing |
| 12/27/2011 | OSP | OSP-01-12-000017 | GRIEVANCE | DENIED - Insufficient | 01/24/2012 | Failure to perform job duties |

DEFENDANTS' MSJ  EXHIBIT A
Attachment 1

5/11/22, 10:43 AM                                                    DOTS-Portal

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | evidence to support claim | | |
| 12/16/2011 | OSP | OSP-12-11-000140 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/05/2012 | Failure to perform job duties |
| 12/16/2011 | OSP | OSP-12-11-000143 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 01/05/2012 | Other |
| 12/16/2011 | OSP | OSP-12-11-000141 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/05/2012 | Failure to perform job duties |
| 12/16/2011 | OSP | OSP-12-11-000142 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/05/2012 | Failure to perform job duties |
| 12/16/2011 | OSP | OSP-12-11-000144 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/05/2012 | Other |
| 12/07/2011 | OSP | OSP-12-11-000126 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/04/2012 | Unprofessional conduct |
| 12/07/2011 | OSP | OSP-12-11-000127 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/04/2012 | Unprofessional conduct |
| 12/07/2011 | OSP | OSP-12-11-000129 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 01/04/2012 | Unprofessional conduct |
| 12/07/2011 | OSP | OSP-12-11-000125 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 01/04/2012 | Failure to perform job duties |
| 12/07/2011 | OSP | OSP-12-11-000128 | GRIEVANCE | DENIED - Staff action was a valid exercise of discretion | 01/04/2012 | Denial |
| 11/14/2011 | OSP | OSP-11-11-000056 | GRIEVANCE | Affirmed | 05/02/2012 | Delay / failure in sending |
| 11/07/2011 | OSP | OSP-11-11-000052 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 11/25/2011 | State pay |
| 10/11/2011 | OSP | OSP-10-11-000057 | GRIEVANCE | Affirmed | 04/26/2012 | Stolen or damaged by inmate |
| 10/11/2011 | OSP | OSP-10-11-000056 | GRIEVANCE | Affirmed | 04/11/2012 | Denial |
| 09/16/2011 | OSP | OSP-09-11-000087 | GRIEVANCE | Affirmed | 04/11/2012 | Postage charges |
| 09/16/2011 | OSP | OSP-09-11-000088 | GRIEVANCE | Affirmed | 04/12/2012 | Stolen or damaged by inmate |
| 09/13/2011 | OSP | OSP-09-11-000061 | GRIEVANCE | DENIED - No violation of rule, policy, or law | 09/16/2011 | Denied permission to receive / possess |
| 09/13/2011 | OSP | OSP-09-11-000060 | GRIEVANCE | DENIED - False Claim | 09/16/2011 | Other |
| 09/13/2011 | OSP | OSP-09-11-000064 | GRIEVANCE | DENIED - Failure to use informal complaint procedure | 09/27/2011 | Denial |
| 09/13/2011 | OSP | OSP-09-11-000062 | GRIEVANCE | DENIED - False | 09/16/2011 | Other |

**DEFENDANTS' MSJ  EXHIBIT A**
**Attachment 1**

5/11/22, 10:43 AM                                                    DOTS-Portal

| | | | | Claim | | |
|---|---|---|---|---|---|---|
| 09/13/2011 | OSP | OSP-09-11-000063 | GRIEVANCE | DENIED - Failure to use informal complaint procedure | 09/22/2011 | Air / water quality |
| 08/27/2011 | OSP | OSP-08-11-000232 | GRIEVANCE | Modified – additional response required | 10/28/2011 | Delay / failure in delivery |
| 08/23/2011 | OSP | OSP-08-11-000171 | GRIEVANCE | Affirmed | 10/28/2011 | Reported use of force |
| 08/23/2011 | OSP | OSP-08-11-000172 | GRIEVANCE | Modified – additional response required | 11/28/2011 | Delay / failure in delivery |
| 08/23/2011 | OSP | OSP-08-11-000170 | GRIEVANCE | Affirmed | 10/27/2011 | Postage charges |
| 08/04/2011 | OSP | OSP-08-11-000043 | GRIEVANCE | DENIED - Failure to use informal complaint procedure | 08/17/2011 | Failure to perform job duties |
| 07/28/2011 | OSP | OSP-07-11-000150 | GRIEVANCE | Affirmed | 02/15/2012 | Other |
| 07/28/2011 | OSP | OSP-07-11-000151 | GRIEVANCE | Affirmed | 02/15/2012 | Denial |
| 07/08/2011 | OSP | OSP-07-11-000043 | GRIEVANCE | DENIED - False Claim | 07/15/2011 | Delay / failure in sending |
| 07/05/2011 | OSP | OSP-07-11-000040 | GRIEVANCE | Affirmed | 12/19/2011 | Intimidation / threats |
| 07/05/2011 | OSP | OSP-07-11-000042 | GRIEVANCE | Affirmed | 04/12/2012 | Lost, damaged, confiscated by staff |
| 06/17/2011 | CI | CI-06-11-000022 | GRIEVANCE | DENIED | 07/01/2011 | Other |
| 06/17/2011 | CI | CI-06-11-000021 | GRIEVANCE | DENIED | 07/01/2011 | Other |
| 06/13/2011 | OSP | OSP-06-11-000098 | GRIEVANCE | DENIED - Failure to use informal complaint procedure | 06/14/2011 | Failure to perform job duties |
| 06/01/2011 | OSP | OSP-06-11-000001 | GRIEVANCE | DENIED - Not within the scope of the grievance procedure | 06/15/2011 | Other |
| 05/25/2011 | OSP | OSP-06-11-000003 | GRIEVANCE | Affirmed | 01/19/2012 | Failure to perform job duties |
| 03/24/2011 | OSP | OSP-03-11-000097 | GRIEVANCE | Affirmed | 12/13/2011 | Delay / failure in sending |
| 02/16/2011 | OSP | OSP-02-11-000075 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 02/24/2011 | Failure to perform job duties |
| 10/01/2010 | OSP | OSP-10-10-000016 | GRIEVANCE | DENIED - Failure to use informal complaint procedure | 10/12/2010 | Lost, damaged, confiscated by staff |
| 06/02/2010 | OSP | OSP-06-10-000031 | GRIEVANCE | DENIED - Insufficient evidence to support claim | 06/04/2010 | Lost, damaged, confiscated by staff |
| 05/20/2010 | OSP | OSP-05-10-000097 | GRIEVANCE | DENIED - Failure | 05/25/2010 | Damaged or |

https://dotsportal.odrc1.state.oh.us/grievance.aspx?sid=B6604169-B2D5-4C16-9262-255D48A091D6;GPL;A515853;1;;                                   11/12

**DEFENDANTS' MSJ  EXHIBIT A**
**Attachment 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | to use informal complaint procedure | | missing |
| 05/14/2010 | OSP | OSP-05-10-000085 | GRIEVANCE | DENIED - False Claim | 05/26/2010 | Cell / bed assignment |
| 10/29/2009 | OSP | OSP-10-09-000196 | GRIEVANCE | DENIED - False Claim | 11/09/2009 | Harassment |
| 08/04/2009 | SOCF | SOCF-08-09-000036 | GRIEVANCE | DENIED - False Claim | 08/05/2009 | Unprofessional conduct |
| 06/03/2009 | SOCF | SOCF-06-09-000092 | GRIEVANCE | DENIED - False Claim | 06/08/2009 | Lost, damaged, confiscated by staff |
| 05/15/2009 | SOCF | SOCF-05-09-000193 | GRIEVANCE | Affirmed | 06/29/2009 | Reported use of force |
| 02/03/2009 | SOCF | SOCF-02-09-000030 | ICR | | | Harassment |
| 12/02/2008 | SOCF | SOCF-12-08-000079 | GRIEVANCE | DENIED - False Claim | 12/03/2008 | Unprofessional conduct |
| 03/11/2008 | LECI | LECI-03-08-000058 | GRIEVANCE | Affirmed | 05/14/2008 | Intimidation / threats |

**Departmental Offender Tracking System Portal**

**DEFENDANTS' MSJ  EXHIBIT A**
**Attachment 1**

Case: 1:21-cv-00141-JPH-KLL Doc #: 88-1 Filed: 08/09/22 Page: 18 of 25 PAGEID #: 646

4-1-19
(LM)

# NOTIFICATION OF GRIEVANCE

| | | |
|---|---|---|
| RECEIVED | Grievance No. (To be completed by Inspector's Office): | Institution: |
| APR 1 1 2019 | 04-19-19 | SOCF |
| SOCF INSPECTOR | Date: | |
| | 4-8-19 | |

**Name:** Johnson

**Number:** 515-853

**Housing Assignment:** J1-1

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

3-13-19
Alleged Excessive
Used of force in Woodrow
P.E.

THE Alleged unReported Use of force in Medical
On 3-13-19 Actually was 1 ReporTed Use of force. Line #1

THE RePorTed use of force
Begin After Lt. Joseph, Sgt. Barney
And Correctional officer #2
ATTacking Me While, I was hand cuffed Behind
My Back.

After The Assault from The
That's when two officers shower Line #2
EscorT to the infirmary.

THE escort to the infirmary is where The two escort
officers attack ME down The hallway to the 8:30 Am
infirmary And continue to attach Me at the 2:00pm Through
infirmary while Medical staff And supervisor's
watch And Before ME Medical TreatMent. Line #4

Note: I gotta Receive The Names of Medical
staff And The two escort officer's Names
from incident And use of force Report's Line #5

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☒ Yes ☐ No

C. I filed an informal complaint on ___None___ with _Mahlman Sent Grievance___

Date    Name

(Attach informal complaint resolution).    Position

Review
Camera

D. I have read Administrative Regulation 5120-9-31.    ☒ Yes ☐ No

8:30 Am
Through
2:00pm

And
from
infirmary
On    ACA 4271, 4331

**Inmate Signature:** Michael Johnson    3-13-19

DRC 4088 (Rev. 11/01)    DISTRIBUTION: WHITE & CANARY - Inspector    PINK - Inmate

DEFENDANTS' MSJ EXHIBIT A
Attachment 2

# Informal Complaint Resolution

04-19-020

Institution: SOCF

RECEIVED

Top section to be completed by inmate, within 14 days of incident.
Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy. MAR 29 2019

| Submitted To: Supervisor of Medical | Date Submitted: SOCF-INFIRMARY |
| Inmate's Name: Johnson  Number: #515-853 | Housing Assignment: #1 |

**Complaint Regarding:** Medical Staff

On March 13 2019 1st Shift 9am through 10am Medical Staff watch Correctional Officers Attack Me Under Supervisor's Supervision And Fail to report the Assault And then falsied Medical Reports, Medical Exam, Medical Staff Also Stated i Refuse Medical treatment.

THE Supervisor's Supervision Were Lt. Little Lt. Eaghes Lt. Setty

RECEIVED

APR 02 2019

S.O.C.F. INSPECTOR

Note: Highway Patrol took Authority For Me to Get Medical treatment March 14 2019 which was a Failure.

---

Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.
Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.

**Action Taken (Cite appropriate policy, procedure or regulation in response):**

Mr. Johnson,                                                         3-13-19
This was a reported use of force (RIB Case # A-000831. You were seen by a Nurse and sent to the Infirmary. You were Evaluated by ALP and you refused Treatment. You refused to sign an AMA Which was witnessed by another medical staff member. All in Accordance with 6P-Med-01 you were see a second time (by your request) on 3-14-19 and Treatment was offered and accepted at that time. OUR shows you being see and brought to the infirmary on 3-13-19.

| Staff Member's Signature and Title:  Woodma HCA | Date: 4-2-19 |

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)                                                                                    ACA 4271

DEFENDANTS' MSJ EXHIBIT A
Attachment 2

# Informal Complaint Resolution

4-19-36

Institution: SoCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: Mr. Cool

Date Submitted: 3-25-19

Inmate's Name: JOHNSON    Number: #515-853

Housing Assignment: 1 #1

Complaint Regarding: Lt. little

Retaliation

March 13 2019 1st Shift 9AM through 3PM Lt. little Enter the Medical Room Allowing and watching Correctional Officers to Attack I Michael Johnson While placed with Hand Cuffs Behind My Back Still Sitting in a Chair. They Kept Saying, "Attack A Officers!"

RECEIVED

MAR 28

DEPUTY WARDEN OF OPERATIONS

Notes: One of the Correctional Officers name tag head GreGNoUS A white old Guy. Ht. "62" Wt. 315 lbs. Hair Black and Gray

Review Camera and Preserve For Further investigation March 13 2019 9AM through 3PM

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

SOCF INSPECTOR

There are no cameras in the Medical rooms. There are no reported Use of Forces in the Infirmary for this date. The IIS will be contacted in regards to your allegation.

Staff Member's Signature and Title: DWO Wm Cool

Date: 4-1-19

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

DEFENDANTS' MSJ EXHIBIT A
Attachment 2

# Informal Complaint Resolution

4-19-41

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: INVESTIGATOR

Date Submitted: 3-28-19

Inmate's Name: JOHNSON Number: #315-853

Housing Assignment: J-1 #7

Complaint Regarding: CRIMINAL INVESTIGATION

On March 14th 2019 I talked to the Highway Patrol About PRESSING CHARGES'S on Supervisor's & Officers's Concerning RiB CASE # SOCF-19-000830 And RiB CASE# SOCF-19-000831 Further Mole. THE Highway Patrol Got it ON RECORDING tape. I want to PRESS CHARGES'S ON NAME'S.

Note: THE NAMES OF the OFFICERS is DURING ESCORT to AND FROM THE in FIRMANY OR incident of MARCH, 13, 2019

- Lt. JOSEPH
- SGT. BASNEY
- Lt. EACHES
- Lt. SETTY
- Lt. LITTLE
- c/o BATES
- c/o GREGROUS
(And COUPLE MORE CORRECTIONAL OFFICER'S I don't know THE NAME'S And SUPERVISOR'S

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

Criminal Investigations Are Handle By the OSHP. they will get in touch with You if they are completed a Case on your Issue

RECEIVED
APR 03 2019
SOCF INSPECTOR

Staff Member's Signature and Title: Investigator

Date: 4/2/19

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

DEFENDANTS' MSJ EXHIBIT A
Attachment 2

DRC4089                                                                    Page 1 of 1

---

| DISPOSITION OF GRIEVANCE |

**INMATE:** JOHNSON, MICHAEL     **COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force - Use of force with no report

**NUMBER:** A515853                  **DISPOSITION:** Pending Disposition

**INSTITUTION:** MACI             **GRIEVANCE NUMBER:** SOCF-04-19-000176

**DATE:** 04/25/2019

---

☑ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):
So that the entire matter can be thoroughly investigated.

☐ Your grievance, filed on 04/11/2019, has been reviewed and disposed of as follows:

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linnea Mahlman*

Page 1 of 1

http://dotsportal/reports/DRC4089.aspx?fid=18bdefbc-e237-46dd-bed9-47a6cb84330b&g...   4/25/2019

**DEFENDANTS' MSJ EXHIBIT A**
**Attachment 3**

## DISPOSITION OF GRIEVANCE

**INMATE:** JOHNSON, MICHAEL

**COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force - Use of force with no report

**NUMBER:** A515853

**DISPOSITION:** DENIED - Insufficient evidence to support claim

**INSTITUTION:** MACI

**GRIEVANCE NUMBER:** SOCF-04-19-000176

**DATE:** 05/08/2019

---

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 04/11/2019, has been reviewed and disposed of as follows:

You explain your complaint by stating a use of force incident occurred in medical on 03/13/2019. You state it began after Lt. Joseph, Sgt. Barney, and officers ran into the J1 shower and attacked you while you were handcuffed behind your back. You state after the assault, two officers escorted you from J1 to the infirmary. You state the two escorting officers attacked you "down the hallway to the infirmary and continue to attack me at the infirmary while medical staff and supervisor's watch and refuse me medical treatment." You state you need the names of the medical staff and escorting officer and you ask to have the camera footage reviewed.

Your complaint history was reviewed. You dated ICR 04-19-020 as 03/25/2019 and submitted it to medical. HCA Goodman responded on 04/02/2019. You dated ICR 04-19-036 as 03/25/2019 and submitted it to DWO Cool who responded on 04/01/2019. You dated ICR 04-19-041 as 03/28/2019 and submitted it to the investigator. Investigator Miller responded on 04/02/2019. In these three ICRs, you give no specific information as to what actually occurred other than you were assaulted by staff.

Your disciplinary history was reviewed. Under RIB SOCF-19-000830, you were issued the conduct report on 03/13/2019 by Sgt. Barney for violating rules 6 and 60 at approximately 09:30am. You refused to attend your RIB hearing on 03/18/2019 and the RIB found you guilty with CWA Greene affirming the decision. Under RIB SOCF-19-0831, you were issued the conduct report on 03/13/2019 by Lt. Joseph for violating rules 4, 20, 21, and 60 at approximately 10:28am. You also refused to attend that RIB hearing and the RIB found you guilty with CWA Greene affirming the decision.

Your first medical exam report completed 03/13/2019 was reviewed. The subjective evaluation notes, "Pt seen in shower for decontamination, pt states 'I got sprayed in my mouth. I don't got no injuries but my face is burning". The objective physical findings noted, "Healthy appearing adult male with agitated/aggressive demeanor, a/ox3, resp slightly labored, ambulatory with steady gait, perrla, face and eyes red and irritated, no injuries or acute distress observed or reported at this time". Your vitals were taken and the treatment was noted as, "Pt offered decontamination shower, pt educated on decontamination techniques, advised to notify staff of any changes or concerns r/t incident".

Your second medical exam report completed on 03/13/2019 was reviewed. The subjective evaluation notes, "Pt uncooperative with staff and states 'I want some real medical attention. I got a cut lip.'" The objective physical findings noted, "Agitated, aggressive adult male, a/ox3, resp labored, ambulatory with steady gait, perrla, mild swelling to right cheek bone area, slight swelling and approx. 1cm laceration to left side of face, approx.. 1cm laceration to left upper lip with slight edema, no active bleeding or s/s of infection present, no other injuries or distress observed or reported at this time". The treatment noted, "Pt brought to infirmary, wounds cleansed, pt seen by alp Conley, refused treatment by ALP (sutures to upper lip and left side of face), pt educated on possible outcomes r/t refusal of treatment, pt verbalized understanding stating 'I'll take the stitches if you let me out of these cuffs', pt uncooperative and aggressive towards staff, pt returned to block after refusal of treatment, pt educated on s/s to report".

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linnea Mahlman*

Page 1 of 2

**DEFENDANTS' MSJ EXHIBIT A**
**Attachment 3**

**INMATE:** JOHNSON, MICHAEL

**NUMBER:** A515853

**GRIEVANCE NUMBER:** SOCF-04-19-000176

**DATE:** 05/08/2019

The progress notes from CNP Conley dated 03/13/2019 were reviewed. CNP Conley noted, "Asked pt what happened and pt refuse to answer. Pt states he just wants some medical attention and asked for me to look at his upper lip. Pt refused to answer any questions during HPI." Vital were taken, but then the notes report, "unable to obtain weight due to uncooperativeness with security staff neuro check per nursing staff: Check completed at 12pm. Inmate was pacing around his cell, steady gait, A&O x3, no signs of acute distress observed at this time. Inmate refused noon peridex mouth wash stating, 'Fuck that shit, I'm good'. No other concerns voiced at this time." Examination of your head noted, "No Battle's Sign. Mild edema right side of face. Slight edema left side of face. Left side a laceration anterior from ear: 1cm x .2 cm x .3 cm. No active drainage or bleeding." CNP Conley noted as the treatment, "Pt teaching 3 times on the importance of suturing lacerations to upper lip and left side of head. Pt said he did not want me to touch him. Neuro checks ordered per nursing. Medication side effects discussed with the patient. Pt teaching on skin care. Peridex oral rinse TID x 7 days. Diet and exercise reviewed with patient. Pt teaching on purchasing OTC medication from commissary. Pt teaching on notifying medical if any changes. Pt teaching on findings, outcomes, and plan. Will continue to monitor. At 12PM per nursing, patient refused Peridex oral rinse. Patients neuro check WNL. Will continue to monitor."

Your medical exam report completed on 03/14/2019 was reviewed. You requested to see medical after refusing treatment the previous day. The subjective evaluation noted, "Subjective Pt presented with multiple complaints of injuries sustained yesterday (3/13). Pt previously refused treatment by CNP Conley noted in ECW, AMA completed. Pt seen today at cell front and brought to infirmary for further assessment and treatment." The objective physical findings noted, "Adult mail, a/ox3, resp easy/reg, ambulatory with steady gait, perrla, right eye red with bruising and swelling noted around it, left cheek bone area swollen yet non-tender on palpation with no s/s of fracture, upper and lower lip swollen with healing lacerations, approx. 1cm long laceration anterior to left ear, no active bleeding present, hand grips equal and strong, no swelling/bruising or tenderness to back of head, jaw in proper alignment, no other bruising, swelling or other injuries observed at this time, denies any fevers, chills, n/v, SOB, diaphoresis or any other concerns." Your vitals were taken and the treatment noted, "Pt brought to infirmary, assessment performed, wounds cleansed and dressed, tao applied, ice pass x 48 hrs and 2 bags of ibuprofen sent to pt at evening med pass with instructions on proper use of ice and ibuprofen, pt referred to alp asap in am (3/15), educated on possible poor outcomes from refusing medical care, advised to follow medical instruction and notify staff immediately of any concerns or distress".

DRC 106-19 and DVR 108-19, regarding both reported use of force incidents on 03/13/2019, were reviewed. At 10:32:22, you entered medical. At 10:32:48, you entered the exam room. At 10:56, you left medical and entered D-Corridor. You were walking on your own accord and with ease. You did not display any sign of duress and you appeared comfortable with the escorting staff and were talking with them. At 10:58, you walked past the IDR without incident. At 11:00, you entered the gate at CC-3. At 11:00:13, you passed through another gate and entered J-Block. At 11:01, you entered the J1 receiving/programming area and were walking on the ramp. At 11:02, you entered J1 while still having conversation with the escorting staff. At 11:03, you were placed into your cell without incident.

When you were escorted to medical on 03/13/2019, you already had blood on your shirt due to the lacerations to your upper lip and left side of your face which you had sustained during the reported use of force incident that occurred in J1 at approximately 10:28am. Then while in medical to receive treatment for your lacerations, you were noted to be uncooperative and aggressive with medical staff and you refused sutures for the lacerations.

The incident that occurred in J1 on 03/13/2019 before approximately 10:30am was reported as a use of force incident that is being investigated in accordance with AR5120-9-02 and DRC Policy 63-UOF-03. All the use of force reports regarding the incident were reviewed by this office. An investigator will interview all involved parties with the DWO and managing officer having the final determination whether the force used was justified.

You transferred from SOCF to MACI on 04/11/2019 and upon the review of the DVR footage, medical reports, and disciplinary records, an interview with you was determined to not be necessary. With all the information presented in this report, there is no substantial evidence to support your allegation that an unreported use of force incident occurred in medical on 03/13/2019. However, a report to the managing officer will be completed for his review and, at this time, your grievance is considered denied with no further action being taken.

DRC4089 (REV 7/91)

Page 2 of 2

**DEFENDANTS' MSJ EXHIBIT A**

**Attachment 3**

# Inmate Orientation Checklist

| | |
|---|---|
| Inmate Name: Johnson | Date of Arrival: 4/11/19 |
| Number: 515853 | Institution: MacI |

## To be completed upon arrival.

☑ Receipt of Handbook (return after 14 days)
☑ Sexual Misconduct
 (Verbal information on prevention, self-protection, reporting and treatment counseling)

☑ Verbal/Written Explanation of the Grievance System
☑ Verbally and in writing: an explanation of how to access medical/mental health services

Staff Assistance Required: ☑ No ☐ Yes Staff Assigned: _____

☐ Language: _____ ☐ ADA Accommodations - Type: _____ ☐ Other: _____
☐ Literacy ☐ Mental Health

Inmate Signature: X _____ Johnson      Date: X 4/15/19
Staff Signature: Sgt. A. Troy      Date: 4/15/19

## To be completed within 7 calendar days of arrival.

☑ Inmate Disciplinary Process & Range of Penalties
☑ Unauthorized Groups -- AR 5120-9-06 Rule 17
☑ American Disability Acts
☑ Safety/Sanitation
☑ Cashier's Office/Commissary/Inmate Funds
☑ Classification/Reclassification/Institution Transfers
☑ Intensive Program Prison/Transitional Control
☑ Reentry-RMT-RAP & Release Preparation & Reentry
☑ Intro to Unit Staff/Rules/Mission
☑ Education (Testing, Orientation)
☑ Identification Department
☑ Job Change Information
☑ Offender Job Linkage
☑ Library/Law Library
☑ Cell Inspections/Cell Assignments
☑ Risk Reduction Sentence
☑ HB86/SB337/80% Judicial Release
☑ Mental Health/Psych/Suicide Awareness Video

☑ Inmate Grievance Procedures/Inspector
☑ Application Process- State of Ohio identification card, social security card, birth certificate, driver's license
☑ Explanation of Mail & Visiting Procedures
☑ Contraband & Searches/Personal Property Limits
☑ Medical Services & Pharmacy
☑ Nutrition Services
☑ Quartermaster/Clothing/Laundry
☑ Religious Services
☑ Recovery Services
☑ Recreation
☑ Ohio Revised Code 2921.36 - Prohibits drug traffic by offenders
☑ Ohio Revised Code 2907.03 - Prohibits sexual acts with any individuals under supervision
☑ DRC Policy 31-SEM-07 - Unauthorized Relationships
☑ PREA Education Video
☑ PPE/Safe Usage of Cell Cleaning Chemicals

**I hereby acknowledge that I have received Orientation on the above area from staff as indicated.**

Inmate Signature: X _____ Johnson      Date: X 4/15/19
Staff Signature: Sgt. A. Troy      Date: 4/15/19

## Reception Centers Only
 * To be completed within 5 calendar days of being permanently assigned to a reception center as a Parent Institution.

Cadre Unit Orientation Given: ☐ No ☐ Yes, on _____ DATE by _____ NAME
Other: _____ TYPE OF UNIT Given: ☐ No ☐ Yes, on _____ DATE by _____ NAME

Inmate Signature: _____ Date: _____
Staff Signature: _____ Date: _____

DRC 4141 E (Rev. 02/16)

**DEFENDANTS' MSJ EXHIBIT A**
**Attachment 4**