**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,                                     Case No. 1:21-cv-141
     Plaintiff,                                        McFarland, J.
                                                        Litkovitz, M.J.

     vs.

BRIAN BARNEY, et al.,                                   **ORDER**
     Defendants.

This matter is before the Court on its own motion.  On October 25, 2022, the Court issued its Report and Recommendation that defendants' motion for summary judgment be granted. (Doc. 104).  The recommendation was based in part on this Court's prior Report and Recommendation in *Lamb v. Reece*, No. 1:20-cv-00265, 2021 WL 1200088 (S.D. Ohio Feb. 23, 2021), *report and recommendation adopted*, 2021 WL 1192892 (S.D. Ohio Mar. 30, 2021).  The next day, on October 26, 2022, the Sixth Circuit issued its opinion in the appeal of *Lamb*— reversing the District Court's Order and remanding the case.  *See Lamb v. Kendrick*, No. 21-3390, 2022 WL 14713620 (6th Cir. Oct. 26, 2022).

In view of the foregoing, the Court hereby **VACATES** its Report and Recommendation (Doc. 104) and directs the parties to brief the following questions in light of the Sixth Circuit's intervening opinion in *Lamb*:

1.  Is there a genuine issue of material fact that plaintiff made affirmative efforts to comply with step three of Ohio's grievance process that were sufficient under the circumstances?

2.  Assuming that there is a genuine issue of material fact regarding question one, do defendants have irrefutable evidence showing that they did not make step three of the grievance process unavailable to plaintiff?

*See Lamb*, 2022 WL 14713620, at *7-8.

Defendants shall have 21 days from the entry of this Order to file a responsive brief, to which plaintiff will have 14 days to respond.  Defendants shall have 14 days from plaintiff's response to file a reply.

**IT IS SO ORDERED**.

Date: 11/30/2022

Karen L. Litkovitz
United States Magistrate Judge