UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. JOHNSON, | : |
| *Plaintiff*, | : Case No. 1:21-cv-141 |
| v. | : Judge Jeffery P. Hopkins |
| BRIAN BARNEY, *et al.*, | : Magistrate Judge Litkovitz |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (the "R&R") issued by Chief Magistrate Judge Karen L. Litkovitz on April 18, 2024 (Doc. 150), which recommends that Plaintiff's Motion for Extension of Time (Doc. 145) be granted. The Court **ADOPTS** the R&R.

Because no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Redmon v. Noel*, No. 1:21-CV-445, 2021 WL 4771259, at *1 (S.D. Ohio Oct. 13, 2021) (collecting cases). The Court has carefully reviewed the R&R (Doc. 150) and determined that it does not contain clear error. Therefore, the Court **ADOPTS** the R&R in its entirety. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 145) is **GRANTED**. Plaintiff is granted an additional 14 days to file his notice of appeal of the February 23, 2024, Order (Doc. 144). The Court also certifies pursuant to 28

U.S.C. § 1915(a)(3) that an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

    **IT IS SO ORDERED.**

Dated: May 22, 2024

Hon. Jeffery P. Hopkins
United States District Judge