**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,
Plaintiff,

vs.

BRIAN BARNEY, *et al.*,
Defendants.

Case No. 1:21-cv-141
Hopkins, J.
Litkovitz, M.J.

**ORDER**

On September 19, 2025, the Court issued a Report and Recommendation to deny plaintiff's "Motion to issue service to the unnamed John Doe defendants who plaintiff was to discover the identity of through discovery" (Doc. 161). (Doc. 164). Plaintiff's service copy of this Report and Recommendation was returned to the Court with the notation "out to court." (Doc. 169 at PAGEID 1840).

The Clerk is therefore **DIRECTED** to send plaintiff an additional service copy of the Court's Report and Recommendation (Doc. 164), and plaintiff shall have until **October 21, 2025** to serve and file specific written objections to the Report and Recommendation.

Date: 10/7/2025

Karen L. Litkovitz
Karen L. Litkovitz
United States Magistrate Judge