**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT 6**
**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Defendants, Brian Barney, Jason Joseph, Scott Spriggs, Garth Fri, Robert Setty, Kristal Little, Jeremy Eaches, Lauren Hart, Teresa Hill and Interested Party State of Ohio[1] ("Defendants"), hereby give notice of the manual filing of Exhibit 6 to Defendants' Motion for Summary Judgment consisting of the security surveillance video stemming from the Use of Force incident on March 13, 2019, involving Incarcerated Person Michael L. Johnson, #A515-853, at the Southern Ohio Correctional Facility. Due to the format, the video could not be filed electronically.

Undersigned mailed the video to the Office of the Clerk, Potter Stewart U.S. Courthouse, Room 716, 100 E. Fifth Street, Cincinnati, Ohio 45202 on October 24, 2025.

---

[1] Under R.C. § 109.361, the Ohio Attorney General may appear in any civil action in order to protect the interest of the State even though no request for appearance has been made by the officer or employee. Such appearance does not waive personal service and any defenses available at law. … This constitutes the State's interest.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


*/s/  Marcy A. Vonderwell*
MARCY A. VONDERWELL (0078311)*
  *Lead Counsel*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/Fax: (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
Daniel.McKitrick@OhioAGO.gov

Counsel for Defendants




**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of *Defendants' Notice of Manual Filing* has been electronically

filed and served upon Plaintiff, via U.S. mail, postage prepaid, this <u>24th</u> day of October at the

address below:

Michael L. Johnson, # A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699

*/s/  Marcy A. Vonderwell*
MARCY A. VONDERWELL (078311)
Senior Assistant Attorney General

2