9 pages Exhibits

United States District Court
Southern District of Ohio
Western Division
Case No. 1:21-CV-141

Michael L. Johnson
Plaintiff
vs.
Brian Batney, et Al.,
Defendant

Judge: Hopkins
Magistrate judge: Litkovitz

Plaintiff Declaration
in Opposition Explaining
the Documents of the Origin
of Plaintiff Memorandum in
Opposition to the Defendants
motion for Summary judgment.

I Michael L. Johnson here
by declare:

Plaintiff Rebut Doc. 187,
Page: 3 of 7, PageID #2248
where defendants stated,

Plaintiff offers no evidence to the contrary that he was found guilty of Rule 6 And 60 violations of the Acts for spitting on defendant, Battey Doc.175, Ex.3, bs#000109, bs#000122,

First, Plaintiff would like to state, that Plaintiff did not receive Doc.175, from defendants through legal mail At Southern Ohio Correctional Facility on 10·30·2025 because i, Plaintiff were refused to have the color photo's of Plaintiff injuries by the mail room clerk Ms. Daulton At SOCF, So the mail room clerk Ms. Daulton wrote, Refuse to Sign, on the legal mail log book And denied me my incoming legal mail And stated, he going to Return the legal mail back to the

Attorney General Official
Mattey A. Vondertwell
And this happen on 10.30.2025,
wrote, Plaintiff filed a
grievance concerning
the situation. See grievance:
Saft-00000016054 And grievance:
Saft-61283568) And grievance:
Saft-00000015692,
Duplicated by: 619422761
Therefore,
Plaintiff were unaware of
of Def. 175, Ex.3, 6s#000109,
6s#000122 And Def.175, Ex.3,
6s#000119, 6s#000125, 6s#000130
Concerning defendant, joseph
Puile 60, 64, 20, 21, violations.
And will state All evidence
needed to create a genuine
issue to a material fact on All
claims including, DVR footage
that Saft And Attorney
General, Mattey A. Vondertwell
trying to hide from the
district court Along with the
photo's of plaintiff injuries.

See Video Footage
DVD 106-19
DVD 108-19

Note: those with Video Footage
of part of the incident
occur on March 13, 2019
Where is the Video Footage
of the entire incident occur
March 13, 2019 involving
defendant, Battey Allege that
Hull 6 and 60 of Spitting on
defendant, Battey,

Where is the Video Footage
of defendant, joseph
Where defendant, joseph
first enter jl block to do
the use of force Statement
involving defendant, Battey
And Preview All Range
Camera Available which
was 3, Cameras Available
to Capture the entire
incident and not only
1, Camera that only Show
, 2, Minutes of the incident

the Attorney General Marty A. VanNederveen submitted to the district court for video footage evidence trying to scam the district court of previewing All Available camera footage of All cameras from different Angle of the entire jl block from beginning to ending of the entire incident on March 13, 2019 involving All defendants of All claims. Preview All claims.

Review, Doc. 182, page: 4 of 7, PAGEID# 2249 Plaintiff further rebut defendants Argument stating, in contradiction to the medical evidence submitted by Defendants to demonstrate the de minimis injuries suffered by Plaintiff during the use of force event, Plaintiff now Alleges that he suffered life threaten injuries

Page 6

by the defendants,
At PageID 2147-2148
See, Grievance Number:
SOCF-04-19-000176
of Medical Exam reports
See, Exhibit # D4 And
Exhibit # D5

Plaintiff Rebut defendants
Arguments stating,
Plaintiff offers no
defense to the Allegations
that the Statute of limitation
had ran As it relates to the
Johnson VS. Hill, Case no. 1:21-CV-155
And Johnson VS. little,
Case no. 1:21-CV-171

Review All Complaints
before each Complaint
became Consolidated,
Such As
The received time stamp
of Richard W. Nagel
Clerk of Court
Cincinnati, Ohio

| DISPOSITION OF GRIEVANCE | *Exhibit #24* |
|---|---|

| | |
|---|---|
| **INMATE:** JOHNSON, MICHAEL | **COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force - Use of force with no report |
| **NUMBER:** A515853 | **DISPOSITION:** DENIED - Insufficient evidence to support claim |
| **INSTITUTION:** MACI | **GRIEVANCE NUMBER:** SOCF-04-19-000176 |
| **DATE:** 05/08/2019 | |

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 04/11/2019, has been reviewed and disposed of as follows:

You explain your complaint by stating a use of force incident occurred in medical on 03/13/2019. You state it began after Lt. Joseph, Sgt. Barney, and officers ran into the J1 shower and attacked you while you were handcuffed behind your back. You state after the assault, two officers escorted you from J1 to the infirmary. You state the two escorting officers attacked you "down the hallway to the infirmary and continue to attack me at the infirmary while medical staff and supervisor's watch and refuse me medical treatment." You state you need the names of the medical staff and escorting officer and you ask to have the camera footage reviewed.

Your complaint history was reviewed. You dated ICR 04-19-020 as 03/25/2019 and submitted it to medical. HCA Goodman responded on 04/02/2019. You dated ICR 04-19-036 as 03/25/2019 and submitted it to DWO Cool who responded on 04/01/2019. You dated ICR 04-19-041 as 03/28/2019 and submitted it to the investigator. Investigator Miller responded on 04/02/2019. In these three ICRs, you give no specific information as to what actually occurred other than you were assaulted by staff.

Your disciplinary history was reviewed. Under RIB SOCF-19-000830, you were issued the conduct report on 03/13/2019 by Sgt. Barney for violating rules 6 and 60 at approximately 09:30am. You refused to attend your RIB hearing on 03/18/2019 and the RIB found you guilty with CWA Greene affirming the decision. Under RIB SOCF-19-0831, you were issued the conduct report on 03/13/2019 by Lt. Joseph for violating rules 4, 20, 21, and 60 at approximately 10:28am. You also refused to attend that RIB hearing and the RIB found you guilty with CWA Greene affirming the decision.

Your first medical exam report completed 03/13/2019 was reviewed. The subjective evaluation notes, "Pt seen in shower for decontamination, pt states 'I got sprayed in my mouth. I don't got no injuries but my face is burning'". The objective physical findings noted, "Healthy appearing adult male with agitated/aggressive demeanor, a/ox3, resp slightly labored, ambulatory with steady gait, perrla, face and eyes red and irritated, no injuries or acute distress observed or reported at this time". Your vitals were taken and the treatment was noted as, "Pt offered decontamination shower, pt educated on decontamination techniques, advised to notify staff of any changes or concerns r/t incident".

Your second medical exam report completed on 03/13/2019 was reviewed. The subjective evaluation notes, "Pt uncooperative with staff and states 'I want some real medical attention. I got a cut lip.'" The objective physical findings noted, "Agitated, aggressive adult male, a/ox3, resp labored, ambulatory with steady gait, perrla, mild swelling to right cheek bone area, slight swelling and approx. 1cm laceration to left side of face, approx. 1cm laceration to left upper lip with slight edema, no active bleeding or s/s of infection present, no other injuries or distress observed or reported at this time". The treatment noted, "Pt brought to infirmary, wounds cleansed, pt seen by alp Conley, refused treatment by ALP (sutures to upper lip and left side of face), pt educated on possible outcomes r/t refusal of treatment, pt verbalized understanding stating 'I'll take the stitches if you let me out of these cuffs', pt uncooperative and aggressive towards staff, pt returned to block after refusal of treatment, pt educated on s/s to report".

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linnea Mahlman*

Page 1 of 2

DEFENDANTS' MSJ EXHIBIT A
Attachment 3

Case: 1:21-cv-00141-MWM-KLL Doc #: 88-1 Filed: 08/09/22 Page: 24 of 25 PAGEID #: 652

INMATE: JOHNSON, MICHAEL                    GRIEVANCE NUMBER: SOCF-04-19-000176

NUMBER: A515853                                             DATE: 05/08/2019

The progress notes from CNP Conley dated 03/13/2019 were reviewed. CNP Conley noted, "Asked pt what happened and pt refuse to answer. Pt states he just wants some medical attention and asked for me to look at his upper lip. Pt refused to answer any questions during HPI." Vital were taken, but then the notes report, "unable to obtain weight due to uncooperativeness with security staff neuro check per nursing staff: Check completed at 12pm. Inmate was pacing around his cell, steady gait, A&O x3, no signs of acute distress observed at this time. Inmate refused noon peridex mouth wash stating, 'Fuck that shit, I'm good'. No other concerns voiced at this time." Examination of your head noted, "No Battle's Sign. Mild edema right side of face. Slight edema left side of face. Left side a laceration anterior from ear: 1cm x .2 cm x .3 cm. No active drainage or bleeding." CNP Conley noted as the treatment, "Pt teaching 3 times on the importance of suturing lacerations to upper lip and left side of head. Pt said he did not want me to touch him. Neuro checks ordered per nursing. Medication side effects discussed with the patient. Pt teaching on skin care. Peridex oral rinse TID x 7 days. Diet and exercise reviewed with patient. Pt teaching on purchasing OTC medication from commissary. Pt teaching on notifying medical if any changes. Pt teaching on findings, outcomes, and plan. Will continue to monitor. At 12PM per nursing, patient refused Peridex oral rinse. Patients neuro check WNL. Will continue to monitor."

Your medical exam report completed on 03/14/2019 was reviewed. You requested to see medical after refusing treatment the previous day. The subjective evaluation noted, "Subjective Pt presented with multiple complaints of injuries sustained yesterday (3/13). Pt previously refused treatment by CNP Conley noted in ECW, AMA completed. Pt seen today at cell front and brought to infirmary for further assessment and treatment." The objective physical findings noted, "Adult mail, a/ox3, resp easy/reg, ambulatory with steady gait, perrla, right eye red with bruising and swelling noted around it, left cheek bone area swollen yet non-tender on palpation with no s/s of fracture, upper and lower lip swollen with healing lacerations, approx. 1cm long laceration anterior to left ear, no active bleeding present, hand grips equal and strong, no swelling/bruising or tenderness to back of head, jaw in proper alignment, no other bruising, swelling or other injuries observed at this time, denies any fevers, chills, n/v, SOB, diaphoresis or any other concerns." Your vitals were taken and the treatment noted. "Pt brought to infirmary, assessment performed, wounds cleansed and dressed, tao applied, ice pass x 48 hrs and 2 bags of ibuprofen sent to pt at evening med pass with instructions on proper use of ice and ibuprofen, pt referred to alp asap in am (3/15), educated on possible poor outcomes from refusing medical care, advised to follow medical instruction and notify staff immediately of any concerns or distress".

DRC 106-19 and DVR 108-19, regarding both reported use of force incidents on 03/13/2019, were reviewed. At 10:32:22, you entered medical. At 10:32:48, you entered the exam room. At 10:56, you left medical and entered D-Corridor. You were walking on your own accord and with ease. You did not display any sign of duress and you appeared comfortable with the escorting staff and were talking with them. At 10:58, you walked past the IDR without incident. At 11:00, you entered the gate at CC-3. At 11:00:13, you passed through another gate and entered J-Block. At 11:01, you entered the J1 receiving/programming area and were walking on the ramp. At 11:02, you entered J1 while still having conversation with the escorting staff. At 11:03, you were placed into your cell without incident.

When you were escorted to medical on 03/13/2019, you already had blood on your shirt due to the lacerations to your upper lip and left side of your face which you had sustained during the reported use of force incident that occurred in J1 at approximately 10:28am. Then while in medical to receive treatment for your lacerations, you were noted to be uncooperative and aggressive with medical staff and you refused sutures for the lacerations.

The incident that occurred in J1 on 03/13/2019 before approximately 10:30am was reported as a use of force incident that is being investigated in accordance with AR5120-9-02 and DRC Policy 63-UOF-03. All the use of force reports regarding the incident were reviewed by this office. An investigator will interview all involved parties with the DWO and managing officer having the final determination whether the force used was justified.

You transferred from SOCF to MACI on 04/11/2019 and upon the review of the DVR footage, medical reports, and disciplinary records, an interview with you was determined to not be necessary. With all the information presented in this report, there is no substantial evidence to support your allegation that an unreported use of force incident occurred in medical on 03/13/2019. However, a report to the managing officer will be completed for his review and, at this time, your grievance is considered denied with no further action being taken.

DRC4089 (REV 7/91)                                                                        Page 2 of 2

DEFENDANTS' MSJ EXHIBIT A
Attachment 3

*Exhibit #D5*

4-1-19
(LM)

# NOTIFICATION OF GRIEVANCE

| Name: | Johnson | | | Institution: | SOCF |
|---|---|---|---|---|---|
| Number: | 515-853 | | | Grievance No. (To be completed by Inspector's Office): | 04-19-19 |
| Housing Assignment: | J1-1 | | Date: | 4-8-19 | | 4-19-0091-76 |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

*3-13-19 alleged unreported Use of Force in Medical*

THE Alleged Unreported Use of Force in Medical on 3-13-19 Actually was A Reported Use of Force. Line #1

THE Reported Use of Force Line #2 Begin After Lt. Joseph, Sgt. Barney And Correctional Officer Ran into J1 Shower Attacking Me While i was Hand Cuffed Behind My Back. After the Assault From the Supervisor's & Officer, that's When two Officer's Enter J1 Block For Escort to the infirmary. Line #3

THE Escort to the infirmary is where the two Escort Officer's Attack Me down the Hallway to the infirmary And Continue to Attack Me At the infirmary While Medical Staff And Supervisor's Watch And Refuse Me Medical Treatment. 8:30AM Through 2:00PM Line #4

Note: I Gotta Receive the Names of Medical Staff And the two Escort Officer's Names From incident And Use of Force Report's. Line #5

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.
☒ Yes ☐ No

C. I filed an informal complaint on _____None_____ with _Wahlman Sent Grievance_
Date         Name         Position
(Attach informal complaint resolution). Review Camera

D. I have read Administrative Regulation 5120-9-31. ☒ Yes ☐ No up 8:30 AM And From 2:00PM Through in Firmary

| Inmate Signature: | Michael Johnson |
|---|---|

DRC 4088 (Rev. 11/01)    DISTRIBUTION: WHITE & CANARY - Inspector    PINK - Inmate    ON    ACA 4271, 4331

3-13-19

DEFENDANTS' MSJ EXHIBIT A
Attachment 2

5/11/22, 10:43 AM                                    DOTS-Portal

|            |      |                  |           | to use informal complaint procedure |            | missing |
|------------|------|------------------|-----------|-------------------------------------|------------|---------|
| 05/14/2010 | OSP  | OSP-05-10-000085 | GRIEVANCE | DENIED - False Claim | 05/26/2010 | Cell / bed assignment |
| 10/29/2009 | OSP  | OSP-10-09-000196 | GRIEVANCE | DENIED - False Claim | 11/09/2009 | Harassment |
| 08/04/2009 | SOCF | SOCF-08-09-000036 | GRIEVANCE | DENIED - False Claim | 08/05/2009 | Unprofessional conduct |
| 06/03/2009 | SOCF | SOCF-06-09-000092 | GRIEVANCE | DENIED - False Claim | 06/08/2009 | Lost, damaged, confiscated by staff |
| 05/15/2009 | SOCF | SOCF-05-09-000193 | GRIEVANCE | Affirmed | 06/29/2009 | Reported use of force |
| 02/03/2009 | SOCF | SOCF-02-09-000030 | ICR |  |  | Harassment |
| 12/02/2008 | SOCF | SOCF-12-08-000079 | GRIEVANCE | DENIED - False Claim | 12/03/2008 | Unprofessional conduct |
| 03/11/2008 | LECI | LECI-03-08-000058 | GRIEVANCE | Affirmed | 05/14/2008 | Intimidation / threats |

Departmental Offender Tracking System Portal

DEFENDANTS' MSJ EXHIBIT A
Attachment 1

Further Review
Page 6 of Each Complaint
of Relief,
Where it States,
Signed This Day of 2021
Signature of Plaintiff
Michael L. Johnson

Plaintiff Rebut Defendants
Argument Stating,
    was his Response,
Address the Capacity under
which Plaintiff is Suing
Defendants, Plaintiff Response,
    it first that Plaintiff
Suing Each defendant in their
individual Capacity.

Most Important
    Plaintiff Rebut
    defendants respectfully
request that the court grant
Summary judgment in their
favor.

Page 8

The evidence shows that All defendants did violate plaintiff Eighth Amendment rights And A reasonable jury conclude otherwise.

Defendants are not entitled to qualified immunity because their Actions were not reasonable under clearly established law.

Accordingly, plaintiff claims should not be dismissed with prejudice.

plaintiff respectfully ask that this Court enter judgment: Granting plaintiff Michael L. Johnson A declaration that the Acts And Omissions described here in violate his rights under the Constitution And law of the United States Constitution in this Action.

And At All times, Each defendants Acted under color of state law.

Conclusion,
I certify that the following facts are true and accurate under the laws of the United States Constitution penalty of perjury.

Certificate of service,
I here by certify that the following Plaintiff Declaration was placed in the Southern Ohio Correctional facility mail box on 2·10·2026 and was sent through U.S. regular mail to the, United States District Court, Southern District of Ohio, 100 East Fifth Street, Room #103 Cincinnati, Ohio 45202

Signature: Michael L. Johnson #A515-853
Southern Ohio Correctional facility
P.O Box 45699
Lucasville, Ohio 45699

Michael _____ Telepro #05-535-853
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, Ohio 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

FOREVER / USA

Clerk of Court
United States District Court
Southern District of Ohio
100 East Fifth Street, Room #103
Cincinnati, Ohio 45202

© USPS 2022

COLUMBUS OH 430

28 FEB 2026 PM 3 L