Pages and Exhibit #31

United States District Court
Southern District of Ohio
Western Division
Case no. 2:21-CV-141

Michael L. Johnson
Plaintiff
vs.
Brian Batney, et Al.,
Defendant

Judge, Hopkins
Magistrate judge, Litkovitz

Plaintiff Declaration
in Opposition to the
Magistrate judge,
Karen Litkovitz
Court order Doc. 193

I here by: Michael L.
Johnson declare,

On February 18, 2026
i Plaintiff Michael L.
Johnson Received Doc. 193
as legal mail by control
Number #RJ2021926T907

Page 2

At Southern Ohio Correctional Facility.

In the Court Order of Doc. 193, Page: 2 of 3, PAGEID #2322, the Magistrate judge, Litkovitz stated, Plaintiff fails to explain why he was able to file a lengthy response to defendants motion yet was unable to file a timely cross-motion for summary judgment.

Plaintiff Response,

Actually that's a good question Plaintiff would like to explain,

Plaintiff never received Doc. 175, of defendants motion for summary judgment so Plaintiff made many attempts to contact the

Attorney General, Matey Vonderwell is the Attorney of All of the defendants named in the instant case

Johnson vs. Danny,
     Case no. 1:21-CV-141
Consolidated with

Johnson vs. Hill,
     Case no. 1:21-CV-155
          And
Johnson vs. Little,
     Case no. 1:21-CV-171


[Did not] by phone but Ms. Vonderwell Adapted the phone by
Phone # 614-644-7233
when i plaintiff called to explain to Ms. Vonderwell how i plaintiff was refused to Accept that particular legal mail of Doc.175, by Doc. legal mail Staff Ms. Daulton on 10.30.2025 because i plaintiff requested to have the color photo's of plaintiff injuries

which i, plaintiff were denied to receive by legal mail staff Lt. Daulton stating, i plaintiff can only receive black and white photo's And wrote refuse to sign on the legal mail log book on 10·30·2025 And refused i plaintiff to receive Doc.175, of defendants motion for summary judgment which i plaintiff filed grievance And Appeal to the Chief Inspector About the incident And contact Ms.Vandetwell by phone And mail to notify Ms.Vandetwell About the situation but was unsuccessful do to the fact, Ms.Vandetwell do not respond to this day of 2·25·2026, And that's why plaintiff filed Doc.190, plaintiff motion to clarify, to order defendants to re-serve

at Restrictive Housing under
False Pretense during the extension
of time to file plaintiff Summary judgment

Page
5

him with their motion for
Summary judgment Doc. 175,
So i plaintiff can properly
respond to defendants motion
for Summary judgment, Doc. 175
And file plaintiff motion
for Summary judgment And
plaintiff Cross-motion for
Summary judgment while
receiving the discovery documents
of 855 pages with first And
second set of interrogatories
of All defendants that Attorney
general Matty Vanderwell
sent plaintiff through
discovery stage that Sept,
unit staff thref / lost,
while i plaintiff was going
to out side court to
Lucas county jail,
Please note:
plaintiff was waiting
on the magistrate judge,
Lithovitz court order
to prepare for plaintiff
Cross-motion for Summary

Judge Exhibit #9
Enclosed of. SOCF,
legal mail log book
Signature sheet.

Page 6

judgment of Doc. 193,

Conclusion,
review Doc. 193

Certificate of Service,
I hereby certify that the
following plaintiff Declaration
was placed in the Southern
Ohio Correctional facility
Mail box on 2·25·2026 and was
sent by U.S Regular mail to the
United States District Court,
Southern District of Ohio,
100 East fifth Street, Room #103
Cincinnati, Ohio 45202

Signature: Michael L. Johnson #A515-853
Southern Ohio Correctional facility
P.O Box 45699
Lucasville, Ohio 45699

Signature: Michael L. Johnson #A515-853
I declare under penalty of
perjury the following is true
And Correct. Executed on: 2·25·2026

| | **Legal Mail Log** | | | | | **Institution:**<br>Southern Ohio Correctional Facility | | |
|---|---|---|---|---|---|---|---|---|
| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
| Feb 19, 2026 | Feb 19, 2026 | jdd | | | | | | |
| Feb 17, 2026 | Feb 12, 2026 | NC021926T9O7 | JOHNSON | A-515853 | J3-45 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | | 2-19-26 |
| | | | | | | | | |

Exhibit #31

JOHNSON A 515 853

J3 45

Michael Johnson #000-000
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

FOREVER / USA

Clerk of Court
United States District Court
Southern District of Ohio
100 East Fifth Street, Room #103
Cincinnati, Ohio 45202



Legal
Mail



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022