**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S FILINGS, DOC 196; 197, and 198**

NOW COME Defendants, Brian Barney, Jason Joseph, Scott Spriggs, Garth Fri, Robert Setty, Kristal Little, Jeremy Eaches, Lauren Hart, Teresa Hill and Interested Party State of Ohio[1] ("Defendants"), by and through counsel, and respectfully note their Responses to Plaintiff's most recent filings, Doc. 196; 197; and 198.  A Memorandum is attached.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/  Marcy A. Vonderwell*
MARCY A. VONDERWELL (0078311)*
  *Lead Counsel*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/Fax:   (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
Daniel.McKitrick@OhioAGO.gov

*Counsel for Defendants*

---

[1] Under R.C. § 109.361, the Ohio Attorney General may appear in any civil action in order to protect the interest of the State even though no request for appearance has been made by the officer or employee. Such appearance does not waive personal service and any defenses available at law. … This constitutes the State's interest.

**MEMORANDUM**

I.      **Recent Procedural History**

Michael L. Johnson ( "Plaintiff") is an inmate in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC") and currently housed at Southern Ohio Correctional Facility ("SOCF"). In 2021, Plaintiff brought a consolidated prisoner civil rights action under 42 U.S.C. § 1983 against multiple SOCF correctional officers, medical staff, and employees. The litigation history has been well documented by this Court, therefore, only an abbreviated procedural and factual history of the most recent events will be provided.

On October 24, 2025, Defendants filed a Motion for Summary Judgment [Doc. 175].  On January 20, 2026, a Report and Recommendation recommended that the Motion for Summary Judgment be denied.  [Doc. 189].  On January 30, 2026, Plaintiff filed a Motion to Clarify  seeking clarification on whether the Court considered his response to Defendants' Motion. [Doc. 190].  He requested that Defendants re-serve their Motion for Summary Judgment. He also filed two motions for additional time to file his own summary judgment motion [Doc. 191; Doc. 192].  On February 11, 2026, the Court issued an Order confirming receipt of his Response, noting that Plaintiff relied on evidence cited in Defendants' Motion for Summary Judgment (suggesting he did, in fact, receive it), and determining that there was no good cause to extend the dispositive motions deadline.  [Doc. 193, PageID 2321-2322].  The Court also instructed the clerk's office to resend a copy of the docket to Plaintiff.

On February 13, 2026, Plaintiff subsequently filed a Notice, which appears to be a copy of the Report and Recommendation [Doc. 189], as well as an envelope addressed to Plaintiff, post marked January 20, 2026, containing a "RECEIVED" stamp dated Feb. 02, 2026.  [Doc. 194, PageID 2349-2350].  There does not appear to be any context surrounding this filing.

2

On March 5, 2026, this Court issued an Order adopting the Report and Recommendation [Doc. 195].  On March 24, 2026, Plaintiff filed a "Motion to Clarify" [Doc. 196]  That filing appears to ask the Court to once again clarify what was sent from the Court to Plaintiff.  [*Id.* at PageID 2359].  Plaintiff then goes on to state that SOCF is not providing Plaintiff with all of his legal mail.  Plaintiff then asks for a balance of costs due and for the Court to send his three operative complaints and all documents for trial, including a TRO form.  [*Id.*]

As a courtesy to the Court, Plaintiff's legal mail logs were pulled from SOCF.  [See Ex. A].  As evidenced by the legal mail logs, Plaintiff was out to court (meaning he was unavailable to receive mail) December 16, 2025 to December 23, 2025; January 6, 2026 to January 13, 2026; January 27, 2026 to January 30, 2026; and March 24, 2026 until March 30, 2026.  [Ex. A, bs# ???].

Plaintiff refused to accept Defendant's Motion for Summary Judgment on October 30, 2025.  [*Id.* at bs# ; Brenda Affidavit; October 24, 2025 Cover Letter and return envelope].  In addition, on January 2, 2026, and January 5, 2026, Plaintiff refused to accept mail from the Court.  [See Ex. A].  The contents of those envelopes are unknown.

On March 26, 2026, Plaintiff filed a "Declaration in Opposition Explaining the Documents of the Origin of Plaintiff Memorandum in Opposition to the Defendants Motion for Summary Judgment" [Doc. 197]. To the extent that this reads as an Objection to the Report and Recommendation [Doc. 189], the same is significantly past the fourteen (14) window to object and should be denied.  To the extent it is a sur-reply to summary judgment, the filing is moot based on the Court's Decision.  To the extent Plaintiff asserts he was unaware of prior filings sent by Defendants, the Court is referred to Plaintiff's legal mail logs, the affidavit of Ms. Carter, as well as the mailing logs of the Ohio Attorney General's Office, which demonstrate when the documents

were sent to Plaintiff, when they were received at the facility, and whether Plaintiff refused to accept the mailing.  [See Ex. A; Ex. B, Ex. C].

On March 26, 2026, Plaintiff filed "Plaintiff Declaration in Opposition to the Magistrate Judge Karen Litkovitz Court Order Doc. 193." [Doc. 198].  Therein, despite refusing to sign for the documents, Plaintiff again complains about not receiving Doc. 175, which is Defendants' Motion for Summary Judgment.  [Doc. 198, PageID 2381].[2]  Plaintiff also admits that he refused to accept the filing.  [*Id.* at PageID 2383].  Plaintiff is asking that Defendants be ordered to resend Plaintiff 220 pages that he admits that he refused to accept in order to respond to the motion for summary judgment that the Court already denied. [*Id.* at PageID 2384].

## II.     LAW AND ARGUMENT

### A.  Pursuant to Fed. R. Civ. P. 71(a), Plaintiff's Objections are untimely.

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Thus, to the extent any of these filings are read as an Objection to the Court's rulings, they are untimely and should be dismissed.

---

[2] Plaintiff also states that he made "many attempts to contact" the undersigned.  [Doc. 198, PageID 2381-2382].  The undersigned has never received a phone call, email, or letter from Plaintiff. Therefore, she is unaware of any attempts made by Plaintiff to contact her.

**B.  Plaintiff Does Not Meet the Standards for a Motion to Reconsider.**

A motion to alter or amend judgment calls for the court to reconsider its decision after the entry of final judgment. *Pechatsko v. Commissioner of Social Security*, 369 F.Supp.2d 909, 911 (N.D. Ohio 2004). A rule 59(e) motion does not "present the unhappy litigant with the opportunity to reargue the case." *Id*. Further, the motion "is not a substitute for appeal or a vehicle for the presentation of arguments omitted before judgment." *Id*. A motion to alter or amend a judgment "is not an opportunity to re-argue a case." *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998) (quoting *FDIC v. World Univ. Inc.*, 978 F.2d 10, 16 (1st Cir. 1992) ("Rule 59(e) motions are aimed at reconsideration, not initial consideration. Thus, parties should not use them to raise arguments which could, and should, have been made before judgment issued. Motions under Rule 59(e) must either clearly establish a manifest error of law or must present newly discovered evidence.")).

A court may grant a Rule 59(e) motion if there is: "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Intera Corp v. Henderson*, 428 F.3d 605, 620 (6th Cir. 2005) (citing *GenCorp, Inc. v. Am Int'l Underwriters,* 178 F.3d 804, 834 (6th Cir. 1999)). "As with Rule 15 motions, district courts have considerable discretion in deciding whether to grant Rule 59 motions," and Circuit courts review such decisions for abuse of discretion. *Clark v. United States*, 764 F.3d 653, 661 (6th Cir. 2014).  Granting such a motion is extraordinary because  it contradicts notions of finality and repose. *Wells Fargo Bank v. Daniels*, No. 1:05cv2573, 2007 U.S. Dist. LEXIS 80694, at *1 (N.D. Ohio Oct. 22, 2007). "Further, under Rule 59(e), parties cannot use a motion for reconsideration to raise new legal arguments that could have been raised before a judgment was issued." *Roger Miller Music v. Sony/ATV Publ'g*, 477 F.3d 383, 395 (6th Cir. 2007).

To the extent that Plaintiff's filings are taken as a motion to reconsider, Plaintiff presents no clear error of law that the Court departed from clearly established law.  The refusal to accept mail is not a mistake, inadvertence, excusable neglect, or an extraordinary circumstance that justifies relief.  See e.g. *Edwards v. Filson*, D.Nev. No. 3:17-cv-00148-LRH-WGC, 2019 U.S. Dist. LEXIS 131125, at *3 (Aug. 5, 2019).  A logical consequence of Plaintiff's deliberate refusal to accept mail from the Court or the Defense counsel is that he will not be aware of Court-imposed deadlines or the contents of filings.  *Gholson v. Andrews*, W.D.Pa. No. 2:18-cv-1632, 2020 U.S. Dist. LEXIS 26869, at *3 (Feb. 14, 2020).  Therefore, to the extent that he missed deadlines, or failed to have the information necessary to file a response, the fault is his alone.  There is no manifest injustice in refusing to give Plaintiff a "do over."

### C. Neither the Institution nor the Office of the Ohio Attorney General are Responsible for Plaintiff's Refusal to Accept Mail.

The Office of the Ohio Attorney General sent service copies of its Motion for Summary Judgment [Doc. 175].  The letter was prepared and mailed out on October 24, 2025, using Control # 102425NRYA.  [Brenda Aff. Ex. ???].  It arrived at the Institution on October 28, 2025.  [legal mail logs Ex. ???].  Plaintiff refused to sign the document.  [*Id.*].  It was returned to the Office of the Ohio Attorney General with a note that states "Refused to Accept delivery after opening."  Likewise, Plaintiff has refused documents from the Court.  [Legal mail logs].  The refusal by Plaintiff to accept documents does not create a duty on the part of the Institution or the Office of the Ohio Attorney General to resend documents to Plaintiff.  See e.g. *Guyer v. Beard*, 907 F.2d 1424, 1425 (3d Cir.1990)(The district court properly dismissed appellant's habeas petition because appellant refused to sign a power of attorney consenting to the receipt of his mail by prison officials); *Guyer v. Beard*, 907 F.2d 1424, 1425 (3d Cir.1990) (dismissal appropriate when Plaintiff/inmate refuses to accept mail from the Court).

6

**III.     Conclusion**

Plaintiff's most recent filings give rise to no cause for relief from the Court's rulings.  Any relief should be denied.   Further, defense counsel should not be penalized for Plaintiff's refusal to accept mail.  Defendants respectfully request that Plaintiff's requested relief be denied.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


/s/  Marcy A. Vonderwell
MARCY A. VONDERWELL (0078311)*
   *Lead Counsel
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/Fax:   (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
Daniel.McKitrick@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Response Doc. 196, 197, and 198*

has been electronically filed and has been served upon Plaintiff, via U.S. mail, postage prepaid,

this 9th day of April, 2026, at the below address:

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699

/s/  Marcy A. Vonderwell
MARCY A. VONDERWELL (0078311)
Senior Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S FILINGS, DOC 196, 197 and 198 APPENDIX**

| Exhibit | Description | Bates-stamp ## |
|---|---|---|
| Exhibit 1 | Declaration of Travis Wellman | 0001-0002 |
| Exhibit 1-A | Legal mail logs 10.01.2025-02.26.2026 | 0003-0015 |
| Exhibit 2 | Declaration of Cynthia Dummermuth | 0016-0017 |
| Exhibit 2-A | Summary of Legal Mail Logs & Control Number Report from Oct 2025 to Feb 2026 | 0018-0019 |
| Exhibit 2-B | Service letter re Doc 175, 176, 177 Cover letter | 0020 |
| Exhibit 2-C | Envelope - Docs 175-177 refused | 0021 |
| Exhibit 2-D | Envelope, Docs 175-177 returned to OAG | 0022 |
| Exhibit 2-E | Service letter re resent discovery 2025-10-03 | 0023-00026 |

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge McFarland** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, *et al.*** | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF LT. TRAVIS WELLMAN

I, Travis Wellman, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the following statements are true and correct:

1. I am the Mailroom Supervisor for the Southern Ohio Correctional Facility (SOCF), Ohio Department of Rehabilitation and Correction (ODRC). I have served in this position since Jan 2025.

2. I am a custodian of records for the attached documents, which are true and accurate copies (except the redactions and Bates-stamp numbers implemented by the Ohio Attorney General's Office), kept in the ordinary course of business of the institution.

3. Between October 1, 2025, and March 26, 2026, twenty-nine (21) pieces of legal mail were delivered to SOCF addressed to Incarcerated Individual Michael Johnson, #A515-853. Of the twenty-nine pieces of mail, IP Johnson signed for and received fourteen (14) pieces of legal mail; four (4) pieces of mail were delivered to SOCF while IP Johnson was out-to-court and he sign for and received the legal mail on January 15, 2026; and IP Johnson refused the following three (3) pieces of legal mail

Exhibit 1   **0001**

- Received October 28, 2025, from the Ohio Attorney General's Office, Control #102425NRYA

- Received January 2, 2026, and postmarked December 30, 2025, from the U.S. District Court, Southern Division in Cincinnati, Control #NC010526U78N

- Received January 5, 2026, and postmarked December 31, 2025, from the U.S. District Court of Appeals, #NC010526T60D

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __7__, 2026, in Scioto County, State of Ohio.

LT. TRAVIS WELLMAN
Mailroom Supervisor

2

0002

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Oct 9, 2025 | Oct 9, 2025 | | | | | | | |
| | | | | | | | | |
| Oct 6, 2025 | Oct 2, 2025 | NC100825U2LD | JOHNSON | A-515853 | J4-60 | US DIST CRT SOUTH 100 E FIFTH ST R#103 CINCY OH 45202H ST | Johnson | 10.9.2025 |
| Oct 6, 2025 | Oct 2, 2025 | 100125RGVE | JOHNSON | A-515853 | J4-60 | OH AG D. YOST 30 E BROAD ST 23FL CO, OH 43215 | Johnson | 10.9.2025 |
| Oct 6, 2025 | Oct 3, 2025 | 100325RGEG | JOHNSON | A-515853 | J4-60 | OH AG D. YOST 30 E BROAD ST 23FL CO, OH 43215 | Johnson | 10.9.2025 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                           Policy:                                    Page 2 of 2

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Oct 14, 2025 | Oct 14, 2025 | | | | | | | |
| Oct 10, 2025 | Oct 3, 2025 | ███████ | ███████ | ███████ | | OH INNOC PROJECT PO BOX 210040 CINCY OH 45221 | ███████ | |
| | | | | | | | | |
| Oct 10, 2025 | Oct 3, 2025 | 100325WWMA | JOHNSON | A-515853 | J4-60 | OH AG D. YOST 30 E BROAD 23RD FL CO, OH 43215 | X Johnson | 10·14·202 |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                    Policy:                    Page 2 of 2

0004

Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Oct 16, 2025 | Oct 16, 2025 | ▮▮▮ | | | | | | |
| Oct 14, 2025 | Oct 9, 2025 | ▮▮▮ | | | | JS DIST CRT SOUTH 00 E FIFTH RM 103 CINCY OH 45202 | ▮▮▮ | |
| Oct 15, 2025 | Oct 6, 2025 | ▮▮▮ | | | | JS SUPREME COURT VSHNGTN DC 20543 | ▮▮▮ | |
| Oct 14, 2025 | Oct 10, 2025 | ▮▮▮ | | | | JS DIST CRT SOUTH 5 MARCONI B #121 CO, OH 43215 | ▮▮▮ | |
| | | | | | | | | |
| Oct 14, 2025 | Oct 8, 2025 | ▮▮▮ | | | | JS DIST CRT SOUTH 5 MARCONI B #121 CO, OH 43215 | ▮▮▮ | |
| | | | | | | | | |
| Oct 14, 2025 | Oct 3, 2025 | ▮▮▮ | | | | OH JUST&POLICYCT 215 E 9th ST STE 601 CINCY OH 45202 | ▮▮▮ | |
| | | | | | | | | |
| Oct 14, 2025 | Oct 10, 2025 | ▮▮▮ | | | | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | ▮▮▮ | |
| | | | | | | | | |
| Oct 14, 2025 | Oct 9, 2025 | NC1015253UNN | JOHNSON | A-515853 | J4-60 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | X Johnson | 10·16·2025 |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                     Policy:                                         Page 1 of 2

0005

Legal Mail Log

| Institution: |
| --- |
| Southern Ohio Correctional Facility |

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Oct 30, 2025 | Oct 30, 2025 | jdd | | | | | | |
| Oct 29, 2025 | Oct 24, 2025 | ███ | | | | US DIST CRT SOUTH 85 MARCONI BLVD CO, OH 43215 | ███ | |
| | | | | | | | | |
| Oct 24, 2025 | Oct 22, 2025 | NC102825L14D | JOHNSON | A-515853 | K4-49 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | | |
| Oct 27, 2025 | Oct 24, 2025 | NC102825972N | JOHNSON | A-515853 | K4-49 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | 10-30-25 | |
| Oct 28, 2025 | Oct 24, 2025 | 102425NRYA | JOHNSON | A-515853 | K4-49 | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | Refused | |
| | | | | | | | | |
| Oct 29, 2025 | Oct 27, 2025 | ███ | | | | K. CORRAL & ASSOC 3311 PERKINS ST#20: CLEVLND OH 44114 | ███ | |
| | | | | | | | | |
| Oct 29, 2025 | Oct 27, 2025 | ███ | | | | OH PUB DEF YTH DT 250 E BROAD ST1400 CO, OH 43215 | ███ | |
| | | | | | | | | |
| Oct 29, 2025 | Oct 24, 2025 | ███ | | | | US DIST CRT SOUTH 85 MARCONI BLVD CO, OH 43215 | ███ | |
| Oct 29, 2025 | Oct 24, 2025 | ███ | | | | US DIST CRT SOUTH 85 MARCONI RM 121 CO, OH 43215 | ███ | |
| | | | | | | | | |
| Oct 27, 2025 | Oct 22, 2025 | ███ | | | | US DIST CRT NORTH 01 W SUPRIOR AVE CLEVLND OH 44113 | ███ | |

DRC-2632 E (08/2025)          Policy:                    Page 1 of 1

Legal Mail Log

**Institution:** Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Nov 3, 2025 | Oct 27, 2025 | ███ | | | | US DIST CRT SOUTH CINCY OH 45202 | ███ | |
| Nov 3, 2025 | Oct 29, 2025 | ███ | | | | US DIST CRT SOUTH CINCY OH 45202 | ███ | |
| | | | | | | | | |
| Oct 31, 2025 | Oct 24, 2025 | ███ | | | | OH JUST&PLICY CTR 215 E 9th ST STE 601 CINCY OH 45202 | ███ | |
| | | | | | | | | |
| Oct 31, 2025 | Oct 22, 2025 | ███ | | | | TRUBULL CO PUB D 108 MAIN AVE #302c WARREN OH 44481 | ███ | |
| | | | | | | | | |
| Oct 30, 2025 | Oct 27, 2025 | NC1103252N5U | JOHNSON | A-515853 | K4-47 | US DIST CT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | X | 11-4-25 |
| Oct 31, 2025 | Oct 29, 2025 | NC1103250795 | JOHNSON | A-515853 | K4-47 | US DIST CT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | X | |
| | | | | | | | | |
| Nov 3, 2025 | Oct 31, 2025 | ███ | | | | LEGAL AID SOCIETY 1223 W SIXTH ST CLEVLND OH 44113 | ███ | |
| Nov 3, 2025 | Oct 31, 2025 | ███ | | | | OH JUST&PLICY CTR 215 E 9th ST STE 601 CINCY OH 45202 | ███ | |
| Oct 30, 2025 | Oct 24, 2025 | ███ | | | | OH SUPREME CRT 65 E STATE ST #1510 CO, OH 43215 | ███ | |
| Nov 3, 2025 | Oct 31, 2025 | ███ | | | | OH DSABLTY RGHTS 200 CIVIC CTR DR CO, OH 43215 | ███ | |
| | | | | | | | | |

DRC-2632 E (08/2025)          Policy:          Page 1 of 3

**0007**

Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Nov 20, 2025 | Nov 20, 2025 | ███████ | | | | | | |
| Nov 19, 2025 | Nov 17, 2025 | NC1119251890 | JOHNSON | A-515853 | J2-58 | US DISTCRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | X Johnson | 11·25·2025 |
| | | | | | | | | |
| Nov 19, 2025 | Nov 17, 2025 | ███████ | | | | US DIST CRT SOUTH 200 W 2nd ST RM 712 DAYTON OH 45402 | ███████ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                    Policy:                    Page 1 of 1

Legal Mail Log

Institution:
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Nov 25, 2025 | Nov 25, 2025 | ████ | | | | | | |
| Nov 24, 2025 | Nov 21, 2025 | ████ | | | | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | ████ | |
| | | | | | | | | |
| Nov 24, 2025 | Nov 21, 2025 | NC1125245351 | JOHNSON | A-515853 | J2-57 | US CRT OF APPEALS 100 E FIFTH RM 540 CINCY OH 45202 | A Johnson | 11-25-202c |
| | | | | | | | | |
| Nov 24, 2025 | Nov 19, 2025 | ████ | | | | US DIST CRT SOUTH 85 MARCONI BVLD CO, OH 43215 | ████ | |
| | | | | | | | | |
| Nov 24, 2025 | N/A | ████ | | | | MC CORRIGAN, ESQ 5495 MYFLD RD ST E LYNDHRST OH44124 | ████ | |
| Nov 24, 2025 | Nov 20, 2025 | ████ | | | | OH INNOC PROJECT PO BOX 210040 CINCY OH 45221 | | |
| Nov 24, 2025 | Nov 17, 2025 | ████ | | | | US DIST CRT SOUTH CO, OH 43215 | | |
| Nov 24, 2025 | Nov 20, 2025 | ████ | | | | OH INNOC PROJECT PO BOX 210040 CINCY OH 45221 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                    Policy:                    Page 1 of 3

Legal Mail Log

**Institution:**
Southern Ohio Correctional Facility

| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| Jan 6, 2026 | Jan 6, 2026 | ███ | | | | | | |
| Jan 5, 2026 | Dec 30, 2025 | ███ | | | | ASHTABULA CO CT 4717 MAIN AVE ASHTBLA OH 44004 | ███ | |
| Jan 2, 2026 | Dec 29, 2025 | ███ | | | | US DIST CRT SOUTH 85 MARCONI BVLD CO, OH 43215 | ███ | |
| | | | | | | | | |
| Jan 2, 2026 | Dec 29, 2025 | ███ | | | | ATY JE SCOTT LLC 602 CHILLICOTHE ST PRTSMTH OH 45662 | ███ | |
| | | | | | | | | |
| Jan 2, 2026 | Dec 26, 2025 | ███ | | | | ATY J BRANDT PSC 629 MAIN ST STE B CVNGTN KY 41011 | ███ | |
| | | | | | | | | |
| Dec 24, 2025 | Dec 18, 2025 | ███ | | | | US DIST CRT SOUTH 200 W 2nd ST RM 712 DAYTON OH 45402 | ███ | |
| | | ███ | | | | | | |
| Jan 2, 2026 | Dec 30, 2025 | NC010526U78N | JOHNSON | A-515853 | J4-30 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | Refused | |
| Jan 5, 2026 | Dec 31, 2025 | NC010526T60D | JOHNSON | A-515853 | J4-30 | US DIST CRT APEAL 100 E FIFTH RM 540 CINCY OH 45202 | 9:24 A | |
| | | | | | | | | |
| Jan 2, 2026 | Dec 31, 2025 | ███ | | | | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | ███ | |
| | | | | | | | | |

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Jan 14, 2026 | Jan 14, 2026 | ███████ | | | | | | |
| | | | | | | | | |
| Jan 13, 2026 | Jan 7, 2026 | 010726HLTG | JOHNSON | A-515853 | J3-56 J2 47 | OHDSABLTYRIGHTS 200 CIVIC CTR DR CO, OH 43215 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| Jan 8, 2026 | Jan 5, 2026 | 010526DDWR | JOHNSON | A-515853 | J3-56 J2 47 | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Jan 2, 2026 | Dec 30, 2025 | NC010526U78N | *JOHNSON | A-515853 | J3-56 J2 47 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | | |
| Jan 5, 2026 | Dec 31, 2025 | NC010526T60D | *JOHNSON | A-515853 | J3-56 J2 47 | US DIST CRT SOUTH 100 E FIFTH RM 540 CINCY OH 45202 | | |
| | | | HELD PER I/M REQUEST | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                                        Policy:                                                        Page 2 of 2

**0011**

| Institution | Envelope | Number | Name | Number | Assignment | Address | Signature of I.P. | Date received by I.P. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Jan 20, 2026 | Jan 20, 2026 | ███████ | | | | | | |
| | | | | | | | | |
| Jan 16, 2026 | Jan 14, 2026 | 011426ALYD | JOHNSON | A-515853 | J2-41 69 | OH AG D. YOST 30 E BROAD 23rd FL CO, OH 43215 | | 1/20/26 |
| | | | | | | | | |
| | | | | | | | | |

DRC-2632 E (08/2025)                    Policy:                    Page 2 of 2

0012

| Legal Mail Log | | | | | | | Institution: Southern Ohio Correctional Facility | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. | |
| Feb 19, 2026 | Feb 19, 2026 | ███████ | | | | | | | |
| Feb 17, 2026 | Feb 12, 2026 | NC021926T9O7 | JOHNSON | A-515853 | J3-45 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | | 2-19-26 | |
| | | | | | | | | | |
| Feb 17, 2026 | Feb 6, 2026 | █████████████████ | | | | OH JUST&PLCY CTR 215 E 9th STE 601 CINCY OH 45202 | ████████ | | |
| Feb 17, 2026 | Feb 13, 2026 | █████████████████ | | | | ATTY J SCOTT LLC 602 CHLLCTH #429 PRTSMTH OH 45662 | ████████ | | |
| | | | | | | | | | |
| Feb 17, 2026 | Feb 13, 2026 | █████████████████ | | | | OH JUST&PLCY CTR 215 E 9th STE 601 CINCY OH 45202 | ████████ | | |
| | | | | | | | | | |
| Feb 17, 2026 | Feb 12, 2026 | █████████████████ | | | | US DIST CRT SOUTH 5 MARCONI RM 121 CO, OH 43215 | ████████ | | |
| | | | | | | | | | |
| Feb 17, 2026 | Feb 13, 2026 | █████████████████ | | | | OH JUST&PLCY CTR 215 E 9th STE 601 CINCY OH 45202 | ████████ | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Legal Mail Log | | | | | | Institution:<br>Southern Ohio Correctional Facility | | |
|---|---|---|---|---|---|---|---|---|
| Date Received by Institution | Postmark Date on Envelope | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of I.P. | Date received by I.P. |
| Mar 12, 2026 | Mar 12, 2026 | ███████ | | | | | | |
| Mar 9, 2026 | Mar 5, 2026 | NC031126LD08 | JOHNSON | A-515853 | K1-44 | US DIST CRT SOUTH 100 E FIFTH RM 103 CINCY OH 45202 | ✗ ⟋ | 3/12/26 |
| Mar 10, 2026 | | ████████ | | | | OH PD - E. TIMAN 250 E BROAD #1400 CO, OH 43215 | ████ | |
| Mar 9, 2026 | Mar 6, 2026 | ████████ | | | | OH INNOC PROJECT PO BOX 210040 CINCY OH 45221 | ████ | |
| Mar 9, 2026 | Mar 7, 2026 | ████████ | | | | ATTY N GRIM LLC PO BOX 108 KENT OH 44240 | ████ | |
| Mar 10, 2026 | Mar 6, 2026 | ████████ | | | | OH JUST&PLCY CTR 215 E 9th ST STE 601 CINCY OH 45202 | ████ | |
| Mar 9, 2026 | Mar 7, 2026 | ████████ | | | | ATTY N GRIM LLC PO BOX 108 KENT OH 44240 | ████ | |
| Mar 9, 2026 | Mar 4, 2026 | ████████ | | | | CARTWRIGHT JONES 26 MARKET ST #304 YNGSTWN OH 44503 | ████ | |

DRC-2632 E (08/2025)  Policy:  Page 1 of 2

| | Date | Facility | Code |
|---|---|---|---|
| o | 03/30/2026 | SOCF | EJJ3/60 |
| o | 03/24/2026 | SOCF | Z/OTC/06 |
| | 03/14/2026 | SOCF | EJJ3/45 |
| | 03/08/2026 | SOCF | A/K3/44 |
| | 02/04/2026 | SOCF | EJJ3/45 |
| | 02/01/2026 | SOCF | A/K1/41 |
| o | 01/30/2026 | SOCF | EJJ2/46 |
| o | 01/27/2026 | SOCF | Z/OTC/61 |
| | 01/16/2025 | SOCF | EJJ2/69 |
| | 01/14/2025 | SOCF | EJJ2/47 |
| | 01/14/2026 | SOCF | EJJ2/44 |
| | 01/14/2026 | SOCF | EJJ2/31 |
| o | 01/13/2026 | SOCF | EJJ3/56 |
| o | 01/06/2026 | SOCF | Z/OTC/61 |
| o | 12/23/2025 | SOCF | EJJ4/30 |
| o | 12/16/2025 | SOCF | Z/OTC/69 |
| | 11/25/2025 | SOCF | EJJ4/69 |
| | 11/21/2025 | SOCF | EJJ2/67 |
| | 11/20/2025 | SOCF | EJJ2/41 |

OTC    12/16/25 to 12/23/25

1/6/26 to 1/13/26

1/27/26 to 1/30/26

3/24/26 to 3/30/26

13 pg

0015

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Michael L. Johnson, | : | |
| | : | Case No. 1:21-cv-00141 |
| Plaintiff, | : | |
| | : | Judge McFarland |
| v. | : | |
| | : | Magistrate Judge Litkovitz |
| Brian Barney, et al., | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF CYNTHIA DUMMERMUTH

I, Cynthia Dummermuth, pursuant to 28 U.S.C. 1746, make this unsworn declaration, under the penalty of perjury and declare that the statements made below are true:

1. I have personal knowledge of the facts in this Declaration. I am competent to testify about these facts.

2. I am presently employed as a Paralegal with the Ohio Attorney General's Office (OAG), Criminal Justice Section and have been in my current position for 12 years.

3. As an OAG paralegal my duties include: reviewing cases, gather and organize factual data; conduct legal research; review, index and summarize documents for purposes of discovery; conduct or coordinate fact investigation obtain, examine, organize and summarize records; prepare legal/procedural materials & related information for review, handle sensitive & routine inquiries from & contacts with public, legal personnel, business officials &/or clients.

4. In the course of my duties, I have become familiar with IP Michael Johnson (Inmate No. A515-853), an individual with a lawsuit in the Southern District of Ohio, Case No. 1:21-cv-141.

5. Between October 1, 2025, and January 14, 2026, the Office of the Attorney General, Criminal Justice Section prepared and sent out seven mailings to IP Johnson for Attorney Vonderwell. They are reflected in the attached chart, which I prepared. [Dummermuth Decl. Ex. 2-A, Mailing Chart, bs# 0018-9.] The chart reflects the sender of the legal mail with a brief description for legal mail sent by the OAG to IP Johnson, the legal mail postmarked date, the date the legal mail was received at the institution, and the control number utilized.

6. On October 24, 2025, the Office of the Attorney General, Criminal Justice Section prepared and mailed out to IP Johnson Documents 175 through 177, which constituted Defendants

1

Exhibit 2

0016

Motion for Summary Judgment, Attachments, and Notice of Manual Filing. Control Number 102425NRYA was utilized. [Ex. 2-A, bs# 0019; Ex. 2-B, Cover Letter 10.24.2025, bs# DRC0020.]

7. The records of the Office of the Attorney General, Criminal Justice Section reflect that it was received by IP Johnson's parent institution, the Southern Ohio Correctional Facility, but returned to the Office of the Ohio Attorney General as refused. [Ex. 2-A, bs# 0021; Ex. 2-C, Envelope, 10.24.2025, bs# 0022; Ex. 2-D, Envelope, 10.31.2025, bs# 0023.]

8. The records of the Office of the Attorney General, Criminal Justice Section further reflect that because mail sent by the OAG, Criminal Justice Section to IP Johnson on August 29, 2025, September 5, 2025, and September 9, 2025, were returned, the OAG Criminal Justice Section on October 3, 2025, resent the mail to IP Johnson as a courtesy to Plaintiff. [Ex. 2-E, service letter, bs# 0023-6; Ex. 1-A, bs# 0004.]

I, Cynthia Dummermuth, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the foregoing statements are true.

Executed on this 8th day of April, 2026.

**Cynthia Dummermuth,**
Paralegal 2
Ohio Attorney General Office
Criminal Justice Section

0017

| Summary of Legal Mail Logs & Control Number Report from Oct 2025 to Feb 2026 | | | | | |
|---|---|---|---|---|---|
| Sender | Rec'd at Inst. | Postmarked | Control # | Date Signed for by IP | Accepted/declined |
| USDC, SW | 10.06.2025 | 10.02.2025 | NC100825U2LD | 10.09.2025 | accepted |
| AGO – discovery responses (Laura Hart's responses to supplemental Interrogatories with verification page) | 10.06.2025 | 10.02.2025 | 100125RGVE | 10.09.2025 | accepted |
| AGO – discovery responses | 10.06.2025 | 10.03.2025 | 100325RGEG | 10.09.2025 | accepted |
| AGO – service copy of Doc. Defendant's Response to Motion for a 30 Day Extension (Doc. 165); and Response in Opposition to Motion for an Order Compelling Discovery (Doc. 166) with Declaration of Cynthia Dummermuth and Defendants' Production of Documents Appendix | 10.10.2025 | 10.03.2025 | 100325WWMA | 10.14.2025 | accepted |
| USDC, SW | 10.14.2025 | 10.09.2025 | NC1015253UNN | 10.16.2025 | accepted |
| AGO – discovery supplemental responses re: Jason Joseph | | 10.16.2025 | 101625DVRE | | control number expired |
| USDC, SW | 10.24.2025 | 10.22.2025 | NC102825L14D | | accepted |
| USDC, SW | 10.27.2025 | 10.24.2025 | NC102825972N | 10.30.2025 | accepted |
| AGO – Service Letter with [Doc 175] Defendants' and Interested Party, State of Ohio's motion for Summary Judgment, Appendix with Exhibits 1-10 (BS 000001-000162); [Doc 176] Defendants Response to Plaintiff's Objections to Mag. Judge's R&R; and [Doc 177] Notice of Compliance with Order [174] | 10.28.2025 | 10.24.2025 | 102525NRYA | | refused, per mail log |
| USDC, SW | 10.30.2025 | 10.27.2025 | NC1103252N5U | 11.04.2025 | accepted |
| USDC, SW | 10.31.2025 | 10.29.2025 | NC110325O795 | 11.04.2025 | accepted |
| USDC, SW | 11.19.2025 | 11.17.2025 | NC1119251890 | 11.25.2025 | accepted |
| 6th Cir. CA | 11.24.2025 | 11.21.2025 | NC1125245351 | 11.25.2025 | accepted |
| USDC, SW | 01.02.2026 | 12.30.2025 | NC010526U78N | | refused, per mail log |
| 6th Cir. CA | 01.05.2026 | 12.31.2025 | NC010526T60D | | refused, per mail log |

Exhibit 2-A

0018

| Ohio Disability Rights | 01.13.2026 | 01.07.2026 | 010726HLTG | | Held per IP Request and accepted by IP on 01.15.2026 |
|---|---|---|---|---|---|
| AGO – Service letter for [Doc 187] Defendants' and Interested Party, State of Ohio's Reply in Support of Motion for Summary Judgment | 01.08.2026 | 01.05.2026 | 010526DDWR | | Held per IP Request and accepted by IP on 01.15.2026 |
| USDC, SW | 01.02.2026 | 12.30.2025 | NC010526U78N | 01.15.2026 (or 01.19.2026) | Held per IP Request and accepted by IP on 01.15.2026 |
| USDC, SW | 01.05.2026 | 12.31.2025 | NC010526T60D | | Held per IP Request and accepted by IP on 01.15.2026 |
| AGO – Service letter for [Doc 188] Defendants' and Interested Party, State of Ohio's Reply in Support of Motion for Summary Judgment | 01.16.2026 | 01.14.2026 | 011426ALYD | 01.20.2026 | accepted |
| USDC, SW | 02.17.2026 | 02.12.2026 | NC021926T907 | 02.19.2026 | accepted |
| USDC, SW | 03.09.2026 | 03.05.2026 | NC031126LD08 | 03.12.2026 | accepted |

DATES JOHNSON OUT-TO-COURT:

12.16.2025—12.23.2025
01.06.2026—01.13.2026
01.27.2026—01.30.2026
03.24.2026—03.30.2026

0019



Criminal Justice Section
Office 614-644-7233
Fax 866-521-9902

October 24, 2025

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Re:    *Johnson v. Barney, et al.*
         Case No. 1:21 cv 141

Dear Mr. Johnson:

Enclosed is a copy of *Defendants' and Interested Party, State of Ohio's motion for Summary Judgment, Appendix with Exhibits 1-10 (BS 000001-000162)* and *Notice of Manual Filing*, which were filed with the court in the above-captioned case.

Respectfully,

DAVE YOST
Ohio Attorney General

*Marcy A. Vonderwell/cd*

MARCY A. VONDERWELL
Senior Assistant Attorney General
Criminal Justice Section

MAV:blc

Enclosure

Exhibit 2-B          0020



Refused to Accept delivery After opening

RETURN TO
SENDER

**DAVE YOST**
Criminal Justice Section **423000**
30 East Broad Street, 23rd Floor
Columbus, OH 43215

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699
Control # 102425NRYA

K449

LEGAL

**0021**

Exhibit 2-C



Johnson 515 853
SOCF
Po Box 45699
Lucasville Oh
          45699

Southern Ohio Correctional Facility

CJ

US POSTAGE
ZIP 45648  $ 016.80⁰
02 4W
0000388647 OCT. 31. 2025

CERTIFIED MAIL

Dave Yost
Criminal Justice Section 423000
30 East Broad St. 23ʳᵈ Floor
Columbus, Oh.
              43215

Exhibit 2-D

0022



**DAVE YOST**
OHIO ATTORNEY GENERAL

Criminal Justice Section
Office 614-644-7233
Fax 866-521-9902

October 3, 2025

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699

      RE:   *Johnson v. Barney, et al.*
             Case No. 1:21 cv 141

Dear Mr. Johnson:

Enclosed please find the original letter dated August 29, 2025 with responses from Defendants Barney (Responses to Second Set of Interrogatories); Hill (Responses to Second Set of Interrogatories); Spriggs (Second Set of Interrogatories); Joseph (Responses to Second Set of Interrogatories); Fri (Responses to Second Set of Interrogatories); Hart and Conley (Responses to First Set of Interrogatories); Hart (Responses to Second Set of Interrogatories); and, Joseph (Responses to Second Request for Production of Documents).

Also enclosed is the original letter dated September 5, 2025 with Responses from Defendants Little (Responses to Second Set of Interrogatories ) and Fri (Responses to Second Set of Interrogatories).

In addition, the original letter dated September 9, 2025 with responses from Defendants Eaches (Responses to Second Set of Interrogatories) and Setty (Responses to Second Set of Interrogatories).

As the envelopes show that you were not available at the time of the mailings, the mail was returned to us.

                    Sincerely,

                    DAVE YOST
                    Ohio Attorney General

                    *Marcy A. Vonderwell/blc*
                    MARCY A. VONDERWELL
                    Senior Assistant Attorney General
                    Criminal Justice Section

MAV:blc

Enclosures

Exhibit 2-E

0023



**DAVE YOST**

OHIO ATTORNEY GENERAL

Criminal Justice Section
Office 614-644-7233
Fax 866-521-9902

August 29, 2025

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

      RE:   Case No. 1:21-cv-00141
             Case No. 1:21-cv-0171

Dear Mr. Johnson:

I am in receipt of your settlement demand for $150,000 per defendant. My clients reject your settlement demand, in its entirety. At this time, they have no counteroffer.

I am also in receipt of your additional discovery requests. In reviewing this matter, it appears that you have previously served the following discovery requests upon the various defendants:

- Barney
    - Plaintiff's First Set of Interrogatories received 03.20.2025, responded to on 04.21.2025.
    - Plaintiff's Second Set of Interrogatories received 07.14.2025, no responses provided due to requests exceeding 25 interrogatories.

- Hill
    - Plaintiff's First Set of Interrogatories received 04.23.2025, responded to on 05.23.2025.
    - Plaintiff's Second Set of Interrogatories received 08.04.2025, responded to on 08.29.2025.

- Spriggs
    - Plaintiff's First Set of Interrogatories received 04.21.2025, responded to on 05.23.2025.
    - Plaintiff's Second Set of Interrogatories received 07.14.2025, responded to on August 29, 2025.

0024



DAVE YOST
OHIO ATTORNEY GENERAL

Criminal Justice Section
Office 614-644-7233
Fax 866-521-9902

September 5, 2025

Michael L. Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699

      Re:    *Johnson v. Barney, et al.*
              Case Nos. 1:21-cv-00141 & 1:21-cv-0171

Dear Mr. Johnson:

This correspondence supplements our responses sent to you on August 29, 2025, with additional Defendants' responses to your Second Set of Interrogatories.  In this mailing, you will find the following documents attached:

- Kristal Little's Responses to Plaintiff's Second Set of Interrogatories received on July 22, 2025; and

- Garth Fri's Responses to Plaintiff's Second Set of Interrogatories received on August 4, 2025.

To Summarize, on August 29, 2025, you were sent Defendants' Responses to Plaintiff's Second Set of Interrogatories for Defendants, Barney, Hill, and Spriggs, with corresponding signed verification pages; the responses for Defendants' Hart, Fri, Hart and Joseph without signed verification pages; and Jason Joseph's Responses to Plaintiff's Request for Production of Documents.

I am waiting for the responses from Defendants Setty and Eaches; and Defendants Hart and Joseph's verification page. I will send the responses and verification pages when they are received.

              Sincerely,

              DAVE YOST
              Ohio Attorney General

              *Marcy Vonderwell/bcb*
              MARCY VONDERWELL
              Senior Assistant Attorney General
              Criminal Justice Sectio

MV/bcb
Enclosures



Criminal Justice Section
Office 614-644-7233
Fax 866-521-9902

September 9, 2025

Michael Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

    Re:    Case No. 1:21-cv-00141
           Case No. 1:21-cv-0171

Dear Mr. Johnson:

This correspondence supplements our responses sent to you on August 29, 2025, and September 5, 2025, with additional Defendants' responses to your Second Set of Interrogatories.

In this mailing, you will find the following documents attached:

- Jeremey Eaches' Responses to Plaintiff's Second Set of Interrogatories received on July 22, 2025;

- Robert Setty's Responses to Plaintiff's Second Set of Interrogatories received on July 22, 2025; and,

- Legal mail log for June 2, 2025.

To summarize, on August 29, 2025, you were sent Defendants' Responses to Plaintiff's Second Set of Interrogatories for Defendants Barney, Hill, and Spriggs with corresponding signed verification pages; the responses for Defendants' Hart, Fri, Hart and Joseph without signed verification pages; and Jason Joseph's Responses to Plaintiff's Request for Production of Documents. On September 5, 2025, Kristal Little and Garth Fri's Responses to Plaintiff's Second Set of Interrogatories were sent to you.

---