PAGES

The United States District Court
Southern District of Ohio
Western Division
Case no. 1:21-cv-141

Michael L. Johnson
Plaintiff
vs.
Brian Barney, et al.,
Defendants

Judge, Hopkins
Magistrate judge, Litkovitz

Plaintiff Motion to Clarify,

Now comes plaintiff
Michael L. Johnson, respectfully
submit plaintiff motion to
clarify Doc. 189, dated: 1.20.2026
And Doc.199, dated: 4.7.2026,
A memorandum in support
follows.

Memorandum in Support,
On April 12, 2026 or 4·13·2026
i plaintiff Michael L. Johnson
Signed legal mail log book
"for" Doc. 200, by Attorney
general Mandy A. Vandetwell,

This plaintiff motion to clarify
concerns about from Doc. 200,
filed: 4·9·2026, page: 2 of 35,
PageID#2393,
where Attorney general
Ms. Vandetwell stated,
On February 13, 2026,
plaintiff subsequently filed a notice,
which appears to be a copy of
the Report and Recommendation
Doc. 189, As well As an envelope
Addressed to plaintiff,
post marked january 20, 2026,
containing a received stamp
dated: Feb. 02, 2026. Doc. 194,
PageID 2349-2350. There does not
Appear to be Any context
Surrounding this filing.

Further see,
Doc. 200, Page: 24 of 35,
PAGEID # 2415,
Where it states,
~~Off~~, 12:16:25 to 12:23:25
OTL 1:6:26 to 1:13:26
1:27:26 to 1:30:26
3:24:26 to 3:30:26
Note: OTL, Stand for,
, Out to Court,


Please note,
On 1:30:26, i've Plaintiff
Michael L. Johnson, Arrived
to, Sorg, from Lucas County
jail, to j3#11, And were Forced on
Constant Watch At Restricted
Housing Unit At J2#47 And then
moved to K1#41 on 2:1:2026
Still on Constant Watch being
Forced until 2:2:2026, when i were
Removed off Constant Watch
but kept in the Constant Watch
cell in K1#41 under False
Pretense still in Constant Watch
Suit with out Any property
or hygiene until 2:4:2026

See grievance no. SODE-26-000651, dated: 2·4·2026 → Conduct Report SODE-00000018655, & SODE-00000018690 dated: 2·14·2026 & Some time in February meaning that, how can i file a notice, which appears to be a copy of the report and recommendation Doc.189, As well As An envelope addressed to plaintiff, post marked January 20, 2026, containing A received stamp dated: Feb. 02, 2026 Doc.194, PageID 2349·2350 And All this was suppose to happen on February,

I can promise those Allegations from Attorney Mental, Mary A. Vanderwell is A lie. Review evidence stated Above of Conduct Report & grievance history. Also see, grievance no. SODE-0000017730, dated: 1·6·2026 that why i plaintiff did not received legal mail on 1·5·2026 or 1·4·2026 with Sergeant, Mcgee do to A illegal Strip Search to Sign for legal mail.

Plaintiff would also ask the court to direct Plaintiff, what set to take to agree with a reasonable amount settlement with the defendants before final pre-trial begain, because Plaintiff need to know if a motion need to be filed to appoint counsel with the court and/or do Plaintiff need to obtain a paid lawyer on his own behalf for trial, because Plaintiff already submitted a settlement demand to Attorney General, Mary A. Vanderwell on August 29, 2025 for $150,000 per defendant and another settlement demand on January 6, 2026 for $800,000 before the defendants summary judgment Doc. 175, were denied on January 20, 2026, Doc. 186, 189, now that the defendants summary judgment were denied Doc. 175, Plaintiff both settlement demands stated above no longer valid.

Conclusion,

Whereford,

1., Can the Court Ratify if Doc.189, And Doc.199, of the magistrate judge, Litkovitz Report And Recommendation, And the Judge, Hopkins, Adopted Report And Recommendation was mailed to Southern Ohio Correctional Facility to Plaintiff Michael L. Johnson.

2., Review the facts in the instant Plaintiff motion to Ratify of the Allegations of Attorney General, Mary A. Vonderwell falsely Accusing Plaintiff of Receiving Doc.175, of defendants motion for Summary judgment.

3., Can the Court direct Plaintiff what step to take to Arrange A settlement Conference with the defendants before final pre-trial begin.

Page 7

Certificate of Service,
I can hereby Certify that the Following
plaintiff motion to Clarify was placed
in the Southern Ohio Correctional
Facility mail box on 4·23·2026, And was
sent by Regular U.S mail to the,
United States District Court,
Southern District of Ohio,
100 East Fifth Street, Room #103
Cincinnati, Ohio 45202

Signature: Michael L. Johnson #A515-853
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, Ohio 45699

Signature: Michael L. Johnson #A515-853
I declare under penalty of perjury
that the following is true And Correct.
Executed: 4·23·2026

Michael Johnson #A515-852
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, OH 45699

Clerk of Court
United States District Court
Southern District of Ohio
100 East Fifth Street, Room #103
Cincinnati, Ohio, 45202

**INMATE FREE LETTER**

DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263