# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **Michael L. Johnson,** | : | |
| | : | **Case No. 1:21-cv-00141** |
| **Plaintiff,** | : | |
| | : | **Judge Hopkins** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Brian Barney, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS' REQUEST FOR MEDIATION

NOW COME the Interested Party, State of Ohio, and Defendants, Brian Barney, Jason Joseph, Scott Spriggs, Garth Fri, Robert Setty, Kristal Little, Jeremy Eaches, Lauren Hart, Teresa Hill and Interested Party State of Ohio[1] ("Defendants"), by and through counsel, and respectfully request that this Court assign this matter to mediation.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/  Marcy A. Vonderwell*
MARCY A. VONDERWELL (0078311)*
    *Lead Counsel*
D. CHADD MCKITRICK (0073750)
Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/Fax:(866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
Daniel.McKitrick@OhioAGO.gov

*Trial Counsel for Defendants*

---

[1] Under R.C. § 109.361, the Ohio Attorney General may appear in any civil action in order to protect the interest of the State even though no request for appearance has been made by the officer or employee. Such appearance does not waive personal service and any defenses available at law. … This constitutes the State's interest.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Request for Medication* has been electronically filed on May 4, 2026 and mailed to Plaintiff  via U.S. mail, postage prepaid to the address below:

Michael L. Johnson, #A515-853
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

/s/  *Marcy A. Vonderwell*
MARCY A. VONDERWELL (0078311)
Senior Assistant Attorney General