4 pages

The United States District Court
Southern District of Ohio
Western Division
Case no: 1:21-cv-141

Michael L. Johnson, pro se,
Plaintiff

vs.

Brian Barney, et Al.,
Defendant

FILED RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-CINCINNATI JUN -1 2026 12: 53 P

Judge: Hopkins
Magistrate judge, Litkovitz

Plaintiff Agrees to
Mediation, And Plaintiff
Agrees to Request Appointment
of pro bono Counsel For the
limited purpose of Such
Mediation.

Now Comes Plaintiff, Michael
L. Johnson, Respectfully Submit
Plaintiff Agrees to defendants
request for mediation, Doc. 203,
And Plaintiff Agrees to pro bono
Counsel For limited purpose

of mediation. A motion in Support of memorandum follows.

. Memorandum in Support.

On May 20, 2026, I plaintiff, Michael L. Johnson signed the Southern Ohio Correctional facility, legal mail log book for , 2, pieces of legal mail for, Doc. 203, and Doc. 204, dated: May 5, 2026, And dated: May 5, 2026, received At Institution on May 6, 2026 And May 8, 2026 for Defendants request for mediation by Attorney General matty A. VanderWall, And court order by the district court to court-facilitated mediation only upon the Agreement of the parties. please note: 1., plaintiff Agrees to A court-facilitated mediation of this matter, 2., plaintiff Agrees to the Appointment of pro bono counsel for the limited

Purpose of such mediation.
Doc. 204,
Conclusion,
Therefore the Court should grant defendants motion for Defendants Request for mediation, As Plaintiff Agrees.

Note: Plaintiff was hand cuffed on May 20, 2026 with my hands behind my back As Staff, mail room staff mr. Daulton sign the legal mail log book with date, May 20, 2026 on two different legal mail log book pages And gave my one of the legal mail log book pages which plaintiff enclosed with this instant motion As Exhibit # 3,000,000

Review And Investigate legal mail log book, Certificate of service, I hereby certify that the following motion plaintiff Report to defendants request for mediation were placed in the Southern Ohio Correctional Facility

mail box on may 21, 2026, And was placed sent by U.S. Regular mail to the, United States District Court, Southern District of Ohio, 100 East Fifth Street, Room #103, Cincinnati, Ohio 45202

Signature: Michael L. Johnson #A515-853
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, Ohio 45699

Signature: Michael L. Johnson #A515-853
I declare under penalty of perjury that the following is true and correct.
Executed: May 21, 2026

| Institution | Envelope | Name | Number | | Address | Signature | Date received |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| May 20, 2026 | May 20, 2026 | jdd | Held as per I/M request OTC | | | | |
| | | | 5/07 - 5/18 | | | | |
| May 6, 2026 | May 5, 2026 | 050426EGRR | JOHNSON | A-515853 | J2-72 | OH AG D. Yost 30 E Broad St 23rd FL Columbus OH 43215 | 5-20-26 |
| May 8, 2026 | May 5, 2026 | NC051926D54A | JOHNSON | A-515853 | J2-72 | US District Court South 100 E Fifth St Rm 103 Cincinnati OH 45202 | 5-20-26 |
| | | | Copy as per I/M request | | | | |
| | | | | | | | |

Exhibit # 3,000,000

DRC-2632 E (08/2025)                    Policy:                    Page 2 of 2

Page 4

Certificate of Service,
I hereby certify that the Plaintiff Motion to Clarify was placed in the Southern Ohio Correctional Facility mail box on 5.21.2026, and was sent by Trquiat U.S mail to the United States District Court, Southern District of Ohio, 100 East Fifth Street, Room #103, Cincinnati, Ohio 45202.

Signature: Michael L. Johnson #A515-853
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, OH 45699

Signature: Michael L. Johnson #A515-853
I declare under penalty of perjury that the following is true and correct.
Executed on. 5.21.2026

Doc.189, And Doc.199, were intact mailed to the Southern Ohio Correctional Facility with "legal mail", Control Number, on envelope to plaintiff Michael L. Johnson, #A515-853, because plaintiff Michael L. Johnson, #A515-853, did not recieve Doc.189, And/or Doc.199, court order from the district court at Southern Ohio Correctional Facility during january - may, And plaintiff did not refuse to sign for any "legal mail" with, Control Number, At, SOCF, from the district court And Attorney General Office.

Conclusion,
Wherefore,
plaintiff request the court, to clarify the "legal mail" Control Number to Doc.189, And Doc.199, And verify the date of when Docs. 189 And 199 were mailed from district court.

in support follows.

Memorandum in Support,

On january 20, 2026, Doc. 189, of the magistrate judge, Litkovitz, report and recommendation and On April 7, 2026, Doc. 199, the district court judge, Hopkins, Adopted the magistrate judge report and recommendation of Doc. 189.

Now plaintiff ask the district court to clarify the control number, of each envelope consider As "legal mail" of Doc. 189, And Doc. 199, sent to Southern Ohio correctional facility to plaintiff Michael L. Johnson, #A515-853 Along with the affidavit of the district court clerk vertification of the control number to vertify that

4
page

The United States District Court
Southern District of Ohio
Western Division
Case No. 1:21-cv-141

Michael L. Johnson, pro se,
Plaintiff

vs.

Brian Barney, et Al.,
Defendant

Judge, Hopkins
Magistrate judge, Lithovitz

Plaintiff Motion to
Clarify,

Now comes plaintiff
, Michael L. Johnson, Respectfully
submit plaintiff motion to
clarify the United States District
Court, Southern District of
Ohio, Western Division,
incoming mail, control number,
to Doc. 189, And Doc. 199,
of legal mail sent to
Southern Ohio Correction
Facility. A memorandum

Michael L. Johnson #0991804
Lucas County Corrections
1622 Spielbusch Ave.
Toledo, Ohio 43604

Clerk of Court
United States District Court
Southern District of Ohio
100 East Fifth Street, Room #103
Cincinnati, Ohio 45202

"Legal Mail"