**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,

    *Plaintiff*,

vs.

BRIAN BARNEY, *et al.*,

    *Defendants*.

:
:
:
:
:
:
:
:
:
:
:

Case No. 1:21-cv-00141 *consolidated with* Nos. 1:21-cv-171 and 1:21-cv-155

Judge Jeffery P. Hopkins

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on the Order and Supplemental Report and Recommendation (Doc. 167) ("Supplemental R&R") issued by Magistrate Judge Karen L. Litkovitz on October 1, 2025. In the Supplemental R&R, the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Leave to File Amended Complaint (Doc. 162) (the "Motion") to which Michael L. Johnson ("Plaintiff" or "Mr. Johnson"), proceeding *pro se*, has filed objections. *See* Doc. 173. In the Motion, Mr. Johnson requests leave to amend his Complaint to add two formerly unidentified John Doe defendants, David C. Conley and Michael T. Barney. Doc. 162, PageID 1767. The requested amendments (Doc. 162), however, merely reassert requests for relief that the Magistrate Judge has already recommended denying (Docs. 133, 164), which recommendation was previously adopted by Order of this Court. *See* Doc. 195. If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept,

reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* § 636(b)(1).

Here, Mr. Johnson objects to the Supplemental R&R asserting that his Motion, seeking to add David C. Conley and Michael T. Barney as defendants, was filed in compliance with the Magistrate Judge's previous R&R directing him to "file a motion to issue service" to the unidentified defendants "when [he] discover[ed]" their identities through discovery. [1] *See* No. 1:21-cv-00155, Doc. 6, PageID 77. He also contends that the Magistrate Judge is prejudiced against him. Doc. 173, PageID 1852. As explained in the Court's prior Order (Doc. 195), however, the Magistrate Judge's directive to "file a motion to issue service" to the unidentified defendants upon discovery of their identities did not relieve Mr. Johnson of his obligation to satisfy Rule 15(c)(1)(C)'s relation-back requirements, including timely notice to the proposed defendants within the Rule 4(m) period and a qualifying "mistake" concerning the proper party's identity. Doc. 195, PageID 2356–58. Mr. Johnson failed to meet those requirements. Therefore, for the reasons set forth in that Order (Doc. 195) and pursuant to Rules 15(c)(1)(C) and 4(m) of the Federal Rules of Civil Procedure, Mr. Johnson's objections are **OVERRULED**, and the Magistrate Judge's Supplemental R&R (Doc. 167) is **ADOPTED**.

**IT IS SO ORDERED.**

June 3, 2026

Jeffery P. Hopkins
United States District Judge

---

[1] Unless otherwise specified, document numbers referenced herein refer to docket numbers contained in the main case, *Johnson v. Barney*, 1:21-cv-00141. By Orders entered on May 27, 2021 (Doc. 13), and June 7, 2021 (Doc. 15), respectively, this case was consolidated with case numbers 1:21-cv-171 and 1:21-cv-155. The consolidated cases were reassigned to the undersigned Judge from the Hon. Matthew W. McFarland by Order of the then, Chief Judge on December 21, 2022. Doc. 117.