4 PAGES

The United States District Court
For the Southern District of Ohio
Western Division
Consolidated Case no. 1:21-CV-00141
Consolidate with nos. 1:21-CV-171
And 1:21-CV-155

Michael L. Johnson, pro se,
Plaintiff

vs.

Brian Damaky, et al.,
Defendant
        Judge, Hopkins
    Magistrate judge, Litkovitz
    Plaintiff Motion
    to Clarify,

Now comes Plaintiff
Michael L. Johnson
Respectfully submit Plaintiff
Motion to clarify the
Docket Sheet in the instant
Case, A Motion in memorandum
in support follows.

FILED
JUN 22 2026 11:44
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

Page 2

Memorandum in Support.

On May 7, 2024, I plaintiff Mr. Johnson, went to, out to Court, to Lucas County jail, from Southern Ohio Correctional Facility until May 7, 2024, to May 18, 2024, and then again on May 22, 2024 to May 29, 2024, and then again on June 11, 2024, today is, June 13, 2024, Saturday, As i'm plaintiff reading Def. 207, plaintiff now Ask the Court to Clarify Def. 205, and Def. 206, because plaintiff responded to Def. 203, And Def. 204, And Agree to A Court-facilitated mediation, plaintiff Also Agree to the Appointment of pro bono Counsel, now plaintiff request the Court to Clarify Def. 205, And Def. 206 And whether the Court received plaintiff response to Def. 205, 203, And Def. 206, 204, that plaintiff Agrees to Court-facilitated mediation And Appointment of pro bono Counsel.

Because Plaintiff sent Response
from, Lucas County jail,
known as, Lucas County Corrections
Center, 1622 Spielbusch Ave.
Toledo, Ohio 43604.

Certificate of Service,

Conclusion,

Plaintiff request the Court
to Plaintiff Doc. 205 And Doc. 206
and verify if the Court Received
Plaintiff Response to Doc. 203
And Doc. 204 by mediation and
pro bono Counsel.

Certificate of Service,

I hereby certify that the
following Plaintiff motion to
Plaintiff was placed in the
Lucas County Corrections Center
mail box on 6-13-2026, And was
sent by regular U.S mail to,
Clerk of Court, Southern District
of Ohio, 100 East 4th Street,
Room #103, Cincinnati, Ohio 45202

Signature: Michael L. Johnson #A515-853
Booking no. D991804
Southern Ohio Correctional Facility
P.O Box 45699
Lucasville, OH 45699

Page
4

Booking no. 0991804

Signature: Michael L. Johnson #A515-853
I declare under penalty of
Perjuty that the following is true
And Correct.
Executed on: 6·13·2026


Note: Plaintiff Also
Sent A 14 days extension of time
Motion to Respond to
Doc. 203 And Doc. 204

Michael L. Johnson #099/804
Lucas County Corrections Center
1622 Spielbusch Ave.
Toledo, Ohio 43604

FIRST-CLASS

ZIP 43604 $ 000.74⁰
02 7W
0008032782 JUN 16 2026

Clerk of Court
Southern District of Ohio
100 East Fifth Street, Room # 103
Cincinnati, Ohio 45202

45202-390599