**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,                                    Case No. 1:21-cv-141
          Plaintiff,                                           Hopkins, J.
                                                               Litkovitz, M.J.

          vs.

BRIAN BARNEY, et al.,                                  **ORDER**
          Defendants.

This matter is before the Court on plaintiff's motion (Doc. 209) seeking clarification that the Court received his filings agreeing to mediation and limited pro bono representation. As noted in its prior Order (Doc. 208), plaintiff informed the Court that he agreed to participate in mediation and be represented by pro bono counsel at that mediation. The Court has located an attorney willing to take plaintiff's case. Before the Court can appoint the attorney to represent plaintiff, plaintiff must sign and date the attached "AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE" form.

Plaintiff's motion to clarify (Doc. 209) is **GRANTED**, and plaintiff shall have until **July 30, 2026** to complete and return the attached form to the Court.

          **IT IS SO ORDERED**.


Date: 6/30/2026                                        Karen L. Litkovitz
                                                       United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Michael L. Johnson,                                    Case No. 1:21-cv-141
     Plaintiff,                                    Hopkins, J.
                                                      Litkovitz, M.J.

     vs.

Brian Barney, et al.,
     Defendants.

**AGREEMENT TO LIMITED APPOINTMENT**
**OF ATTORNEY FOR MEDIATION ASSISTANCE**

I, Michael L. Johnson, as a pro se plaintiff, agree to have the court appoint Attorney

Angela Larsen of Ohio Justice & Policy Center, 215 East 9th Street, Suite 601, Cincinnati, Ohio

45202, telephone number (513) 421-1108, to assist the court in representing me in the above-

captioned action solely for the limited purpose of advising me with the court ordered mediation.

I recognize that attorney Angela Larsen and Ohio Justice & Policy Center have accepted this

engagement on a pro bono basis at the request of the court and I shall not be responsible for

payment of my attorney's fees and costs.   Although representation at the mediation shall

include the protections of attorney-client privilege, I am not engaging attorney Angela Larsen

and Ohio Justice & Policy Center and have no attorney-client relationship beyond the court

ordered mediation.   Attorney Angela Larsen shall not be obligated to conduct any discovery or

prepare or respond to any motions, and shall not be responsible for the trial of this case.   Her

advising me ends upon completion of the mediation or any necessary follow up thereto.

I hereby acknowledge that I have read, understand and agree to the terms of this limited

appointment of Attorney Angela Larsen for mediation assistance.

Dated this _____ day of July, 2026.

                                                _____
                                                Michael L. Johnson
                                                  Pro Se Plaintiff