**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MICHAEL L. JOHNSON,                                 Case No. 1:21-cv-141
      Plaintiff,                                          Hopkins, J.
                                                    Litkovitz, M.J.
    vs.

BRIAN BARNEY, et al.,                               **ORDER**
      Defendants.

This matter is before the Court on several motions by plaintiff (Docs. 201, 206, 211, and 212[1]) seeking clarification on various matters.

1. <u>Clarification of filings</u>

Plaintiff requests that the Court confirm the filings it has received from plaintiff between May 5 and July 1, 2026. (Doc. 211 at PAGEID 2475). The Court has received the following filings by plaintiff during that period:

- Motion for extension of time (Doc. 205); certificate of service date: May 26, 2026

- Agreement to mediation with pro bono counsel and motion to clarify (Doc. 206); certificate of service date: May 21, 2026; postmark date: May 26, 2026

- Motion to clarify (Doc. 209); certificate of service date: June 13, 2026; postmark date: June 16, 2026

- Motion to clarify (Doc. 211); certificate of service date: June 22, 2026; postmark date: June 25, 2026

- Motion to clarify (Doc. 212 (*see supra* n.1)); certificate of service date: May 21, 2026; postmark date: June 25, 2026

2. <u>Defendants' motion for summary judgment and settlement process</u>

Plaintiff requests that the Court revisit the issue of his receipt of defendants' motion for summary judgment. (*See* Doc. 201 at PAGEID 2432). The Court has now twice considered this

---

[1] Document number 212 is a resubmission of a request embedded in plaintiff's prior filing, in which he agreed to mediation with pro bono counsel (Doc. 206).

issue (Docs. 193, 202), and declines to consider it again here.  To the extent plaintiff seeks clarification on the settlement process (*see id.*), the Court directs plaintiff to previous Orders of this Court that have outlined the next steps plaintiff must take to secure his pro bono representation for a pre-trial mediation.  Once plaintiff signs and returns the "AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE" form to the Court, the Court will appoint pro bono counsel and refer this matter to Magistrate Bowman for mediation.  (*See* Docs. 208, 210).

    3.   <u>Service of document numbers 189 and 199</u>

Plaintiff asks the Court to clarify the legal mail control number of these filings and the date they were mailed to him by the District Court.  (Doc. 201 at PAGEID 2432; Doc. 206 at PAGEID 2457; Doc. 212 at PAGEID 2481).  The Court mailed these filings to plaintiff on January 20, 2026 and April 7, 2026, respectively, but they did not contain a control number.  To the extent plaintiff alleges interference with his mail from the Court regarding this case, and in order to manage the case in a timely and efficient manner, the undersigned hereby **ORDERS** that mail from this Court addressed to plaintiff <u>in this case</u> is legal mail under *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003).  *See generally Vinson v. Brown,* No. 2:23-cv-80, 2024 U.S. Dist. LEXIS 4128 (S.D. Ohio Jan. 8, 2024) (discussing the "legal mail" issue).  The Ohio Department of Rehabilitation and Correction is **ORDERED** to treat the Court's mail to plaintiff in this case as legal mail regardless of whether it bears a "control number."

The Clerk of Court is **DIRECTED** to serve this Order on **(1)** the Ohio Attorney General's Office (which represents defendants employed by the State of Ohio in similar matters) at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215; and **(2)** the Mailroom Supervisor at the Southern Ohio Correctional Facility.

Plaintiffs' motions (Docs. 201, 206, 211, and 212) are **GRANTED in part** as explained herein.

      **IT IS SO ORDERED**.

Date: 7/8/2026

                                        Karen L. Litkovitz
                                        United States Magistrate Judge