**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **Michael L. Johnson** | **Case No: 1:21-cv-0041-JPH-KLL** |
| *Plaintiff,* | : |
| | : **Judge: Jeffrey P. Hopkins** |
| **vs.** | : |
| | : **Magistrate Judge: Karen L. Litkovitz** |
| **Brian Barney,** *et al.,* | : |
| *Defendants.* | : |
| | : |
| | : |

---

### NOTICE OF FILING OF AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE

---

Plaintiff Michael L. Johnson, by and through counsel, hereby gives Notice of Filing the Attached *Agreement to Limited Appointment of Attorney for Mediation Assistance.* Mr. Johnson has requested the undersigned file the attached document with the Court to ensure it is received by the Court in a timely manner.

Respectfully Submitted,

**/s/Angela S. Larsen**
Angela S. Larsen (0105189)
Ohio Justice and Policy Center
215 E 9th St. Suite 601
Cincinnati, OH 45202
T: 513-421-1108
F: 513-562-3200
alarsen@ohiojpc.org
*Attorney for Plaintiff for the Limited Purpose of Mediation Assistance*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that that foregoing was filed with the Court's electronic filing system, and sent via email to Marcy Vonderwell and D. Chadd McKitrick on July 27, 2026. Parties may access this filing electronically.

/s/Angela S. Larsen
Angela S. Larsen (0105189)