## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Michael L. Johnson,
    Plaintiff,

Case No. 1:21-cv-141
Hopkins, J.
Litkovitz, M.J.

vs.

Brian Barney, et al.,
    Defendants.

## AGREEMENT TO LIMITED APPOINTMENT
## OF ATTORNEY FOR MEDIATION ASSISTANCE

I, Michael L. Johnson, as a pro se plaintiff, agree to have the court appoint Attorney Angela Larsen of Ohio Justice & Policy Center, 215 East 9th Street, Suite 601, Cincinnati, Ohio 45202, telephone number (513) 421-1108, to assist the court in representing me in the above-captioned action solely for the limited purpose of advising me with the court ordered mediation. I recognize that attorney Angela Larsen and Ohio Justice & Policy Center have accepted this engagement on a pro bono basis at the request of the court and I shall not be responsible for payment of my attorney's fees and costs. Although representation at the mediation shall include the protections of attorney-client privilege, I am not engaging attorney Angela Larsen and Ohio Justice & Policy Center and have no attorney-client relationship beyond the court ordered mediation. Attorney Angela Larsen shall not be obligated to conduct any discovery or prepare or respond to any motions, and shall not be responsible for the trial of this case. Her advising me ends upon completion of the mediation or any necessary follow up thereto.

I hereby acknowledge that I have read, understand and agree to the terms of this limited appointment of Attorney Angela Larsen for mediation assistance.

Dated this **25** day of July, 2026.

#A515-853

*Michael L. Johnson*
Michael L. Johnson
Pro Se Plaintiff